Curriculum Vitae

Lawrence D. Sporty, MD

**PERSONAL:**

| | |
|---|---|
| Business Address: | 2021 E. Fourth St. Ste 118<br>Santa Ana, Ca. 92705 |
| Business Telephone: | (714) 285-0870 |
| Home Address: | [redacted] |
| Home Telephone: | [redacted] |
| Date of Birth: | [redacted] |
| Place of Birth: | New York, New York |
| Citizenship: | USA |
| Sex: | Male |
| Marital Status: | Married |
| Social Security Number | [redacted] |

**EDUCATION:**

Undergraduate: Queens College
City University of New York
Flushing, New York
1960-1963
B.A., Chemistry/Biology

Graduated Cum Laude, Dean's List, Honors Program

# Curriculum Vitae

| | |
|---|---|
| Medical School: | State University of New York, Downstate Medical Center<br>Brooklyn, New York<br>1964-1968<br>MD, Graduated Cum Laude<br>Member AOA Honor Society |
| Internship: | University of Pittsburgh<br>Pittsburgh, Pennsylvania<br>1968-1969<br>Internal Medicine |
| Residencies: | State University of New York Downstate Medical Center<br>Brooklyn, New York<br>1969-1972<br>Psychiatry |

## MILITARY SERVICE:

Honorable Discharge, United States Air Force
June, 1972
Rank on Discharge - Captain

## LICENSURE:

| | | |
|---|---|---|
| California | G36014 | 1978 |
| New York | 104079 | 1969 |

## BOARD CERTIFICATION:

American Board of Psychiatry and Neurology, October, 1975

## PROFESSIONAL MEMBERSHIPS:

| | |
|---|---|
| Alpha Omega Alpha Medical Honor Society | 1966-present |
| Archaeological Institute of America | 1972-present |
| American Psychiatric Association | 1974-present |
| Brooklyn Psychiatric Society<br>    Committee on Aging | 1974-1978 |

Curriculum Vitae

| | |
|---|---|
| New York Academy of Sciences | 1978-1979 |
| American Association for the Advancement of Science | 1978-present |
| Southern California Psychiatric Society | 1978-1984 |
| Orange County Psychiatric Society | 1978-present |
|     Member of Executive Council | 1980-1986 |
|     President | 1982-1984 |
| American Association of Chairmen of Departments of Psychiatry | 1979-1982 |
| Association for Academic Psychiatry | 1979-1982 |
| African, New World and Oceanic Arts Council, Bowers Museum, Santa Ana, California | 1981-1994 |
| American School of Oriental Research, General | 1983-1997 |
| American School of Oriental Research, West Coast | 1985-1986 |
| Board of Governors, Bowers Museum | 1988-1996 |
| Academy of Psychosomatic Medicine | 1988-1992 |
| American College of Forensic Examiners | 1995-2006 |

HONORS AND AWARDS:

| | |
|---|---|
| Alpha Omega Alpha | 1966-present |
| Chief Resident, State University Hospital Brooklyn, New York | 1971-1972 |
| Department of Psychiatry, Faculty Recognition Award, "Best Professor" | 1980 |
| Department of Psychiatry, Faculty Recognition Award, "Best Professor" | 1981 |
| Commendation to the Acting Chair and the Department by the Executive Committee of the Medical Staff | 1981 |
| Letter of Appreciation from Executive Vice-Chancellor | 1981 |
| Department of Psychiatry, Faculty Recognition Award, "Best Professor" | 1983 |
| Department of Psychiatry, Faculty recognition Award, "Best Professor" | 1984 |
| Fellow, American Psychiatric Association | 1985 |
| Resident Teaching Award | 1987 |
| Resident Teaching Award | 1988 |
| Honorary Award for Service, South Coast Alliance for the Mentally Ill | 1989 |
| Distinguished Service Citation, Medical Board of California | 1992 |

Curriculum Vitae

Best Resident Research Paper, Academy of
　　Psychosomatic Medicine for:
"Effects of Non-Compliance, Psychiatric Comorbidity
and Substance Abuse on Readmission Rates to a
General Hospital Medical Service" by J. Glass
and L. Sporty								1993
Certificate of Appreciation for Service,
　　Bowers Museum							1993
Teacher of the Year by Residents UCI				1993
Letter of Appreciation for Service, American
　　Board of Psychiatry and Neurology, for
　　10 years service as Board Examiner				1995
Appointed Fellow, American College of Forensic
　　Examiners								1997
Voted into "Best Physicians in the West" by
　　Woodward and White						1996
Voted into "Best Physicians in America" by
　　Woodward and White						1997
Voted into "Best Physicians America" by
　　Woodward and White						1998-2012
Dean's Award, voted by Medical Students, for
　　Teaching, plus Honorarium					2000
　　Dean's Award for Teaching, plus honorarium			2001
　　Resident's Award "Teacher of the Year"			2004
　　Distinguished Life Fellow, American Psychiatric Association

2006
　　Outstanding Lifetime Teaching Award UCI			2012

ACADEMIC APPOINTMENTS:

1972-1975 Downstate Medical Center, S.U.N.Y.   Clinical Instructor,
　　　　　　　　　　　　　　　　　　　　　Psychiatry
1975-1978 Downstate Medical Center, S.U.N.Y.   Asst. Clinical Professor
　　　　　　　　　　　　　　　　　　　　　Psychiatry
1978-1979 University of Southern California      Associate Professor of
　　　　　　　　　　　　　　　　　　　　　Clinical Psychiatry
April 1979- December 1979, UCI                 Associate Clinical Professor
　　　　　　　　　　　　　　　　　　　　　Psychiatry
December 1979-July 1983, U.C.I.                Clinical Professor;
　　　　　　　　　　　　　　　　　　　　　Psychiatry
July 1983 to 6/2012 U.C.I.                     Senior Lecturer
　　　　　　　　　　　　　　　　　　　　　(with security of
employment)
　　1993-2012          U.C.I. Joint Appointment with the Department of Neurology

Curriculum Vitae

**CLINICAL APPOINTMENTS:**

| | | |
|---|---|---|
| 1972-1974 | State University Hospital, Downstate Medical Center, Brooklyn, NY | Attending Psychiatrist |
| 1972-1974 | South Beach Psychiatric Center Staten Island, NY | Chief of Service Mapleton service |
| 1975-1978 | South Beach Psychiatric Center Staten Island, NY | Deputy Director |
| July 1978-March 1979 | Metropolitan State Hospital Norwalk, California | Medical Director |
| April 1979-Sept. 1979 | University of California, Irvine Orange, California | Chief, Adult Inpatient, Psychiatry |
| Sept. 1979-January 1982 | University of California, Irvine Orange, California | Acting Chairman, Dept. of Psychiatry, and Director of Clinical Services |
| April 1982-July 1984 | University of California, Irvine Orange, California | Vice-Chairman, Clinical Services, Dept. of Psychiatry |
| July 1984-July 1987 | University of California, Irvine Orange, California | Vice-Chairman, Clinical Services, Dept. of Psychiatry |
| July 1987-July 1995 | University of California, Irvine Orange, California | Director of Consultation & Liaison Services, Medical Center |
| July 1995-June 2012 | UCIMC | Member of Medical Staff |

Curriculum Vitae

PROFESSIONAL AND SERVICE ACTIVITIES:

| | | |
|---|---|---|
| 1972-1974 | State University Hospital Downstate Medical Center Brooklyn, New York | Director of Admissions, Inpatient |
| 1972-1974 | State University Hospital Downstate Medical Center Brooklyn, NY | Medical Records Committee |
| 1972-1974 | South Beach Psychiatric Center | Administrative and Clinical Director, Emergency & Crisis Treatment Services |
| 1974-1975 | South Beach Psychiatric Center | Chief of Service, Mapleton Mental Health Services |
| 1975-1978 | South Beach Psychiatric Center | Deputy Director, Clinical Services |
| 1975-1978 | South Beach Psychiatric Center | Chairman, Clinical Incident Committee |
| 1978-1979 | Metropolitan State Hospital | Medical Director |
| April 1979-Sept. 1979 | University of California, Irvine Medical Center | Chief, Adult Inpatient Psychiatric Service |
| Sept 1979-Feb. 1982 | University of California, Irvine California College of Medicine | Acting Chairman, Dept. of Psychiatry |
| 1979-1982 | University of California, Irvine College of Medicine | Member of Dean's Advisory Board |
| | | Member, Council of Chairs |

Curriculum Vitae

| | | |
|---|---|---|
| | University of California, Irvine Veterans' Hospital, Long Beach | Member, Medical Group Executive Committee<br><br>Member Dean's Committee |
| 1980-1989 | University of California, Irvine College of Medicine | Fifth Pathway Committee<br><br>Dean's Task Force on Gerontology and Geriatric Medicine<br><br>Member, Geriatric Health Subcommittee |
| | University of California, Irvine Medical Center | Member, Advisory Budget Committee, UCIMC Medical Staff |
| 1981-1982 | University of California, Irvine Medical Center | Member, C.A.R.E.- Cost Containment Committee |
| April 1982- July 1984 | University of California, Irvine Medical Center | Vice Chairman, Clinical Services, Dept. of Psychiatry |
| July 1984- July 1987 | University of California, Irvine Medical Center | Vice Chair Clinical Services |
| 1982- July 1987 | University of California, Irvine | Representative for Dept. Chair, Dept. of Psychiatry, UCI, CCM & UCIMC |
| 1982-1983 | University of California, Irvine Medical Center | Member, Search Committee for Director of Nsg. |

## Curriculum Vitae

| | | |
|---|---|---|
| Feb. 1983 | Atascadero State Hospital<br>Atascadero, Ca. | Consultant on Organization of Clinical Program for Executive Director of Hospital |
| Mar. & April 1983 | Invitation by Judge J. Warren Knight, Santa Ana, California | Amicus Curae |
| 1983-July 1987 | University of California, Irvine Medical Center | Member, PPE Subcommittee of Medical Group Executive Committee |
| 1984-1987 | University of California, Irvine | Member, CCM Admissions Interview Committee |
| 1985-1995 | American Board of Psychiatry and Neurology | Examiner |
| Nov. 1985-Jan. 1991 | Alliance for the Mentally Ill | Member, Professional Advisory Board |
| 1987-1996 | Memory Disorders Program, Dept. of Neurology, | Team Member, & Psychiatric Consultant |
| April 1984-July 1987 | Department of Psychiatry, UCI | Chair, Clinical Incident Committee |
| April 1986-June 1994 | H.O.M.E.S., Inc. | Member, Professional Advisory Board |
| April 1986-1987 | UCI | Member, Inpatient Psychiatric Facility Development Committee |

Curriculum Vitae

| | | |
|---|---|---|
| May 1985-1989 | UCI | Postgraduate Education Committee |
| 1987-1992 | Board of Medical Quality Assurance | District 13 Member |
| 1985 | American Civil Liberties Union & LA County Mental health vs. State of California | Expert Witness |
| 1986-present | Member Fellowship Nominating Committee, OCPS | |
| 1989-2011 | Member, Physician's | Well-Being Committee |
| 1988-1996 | Member, Board of Governors | Bowers Museum |
| 1989-1992 | Vice President Chairman Collections Committee | Bowers Museum Bowers Museum |
| 1993-1996 | Chairman, Nominating Committee Board of Governors | Bowers Museum |
| 1993-1995 | Clinical Consultant for Risk Management Committee | CPC Santa Ana Hospital |
| 1993-2004 | Peer reviewer, American Journal of Obstetrics and Gynecology | |
| 1993-1991 | Peer reviewer, Psychosomatics | |

TEACHING:

| | |
|---|---|
| 1979 | Psychotherapy, Psychiatric Resident Core Program |
| 1979 | Interview Techniques, Psychiatric Resident Core Program |
| 1979-1982 | Concepts of Mental Illness, Medical Student Clerkship, Behavioral Sciences I and II |

## Curriculum Vitae

|  |  |
|---|---|
|  | Interview of the Patient, Medical Student Clerkship, Behavioral Sciences I and II |
| 1980 | The Therapeutic Milieu, Psychiatric Core Program |
| 1980-1981 | Schizophrenia, Medical Student Clerkship Program Behavioral Sciences I and II |
| 1980-1982 | Mid-life and Old Age, Medical Students Clerkship Program, Behavioral Sciences I and II |
| 1980-1982 | Mental Status Examination, Multidisciplinary Approach, Case Formulation, Psychoses, Phenomenology of Addictive Disorders Psychiatric Resident Core Program |
| 1980-1990 | Continuing Case Conference, Metropolitan State Hospital, Twice Monthly |
| 1981-1982 | What it Feels Like to be Mentally Ill, Medical Student Clerkship Program, Behavioral Sciences I and II |
|  | What is Mental Health? Medical Student Clerkship Behavioral Sciences I and II |
| 1982-1990 | Suicide, Medical Student Clerkship Program Behavioral Sciences I and II |
|  | What is Mental Health?, Medical Student Clerkship Program Behavioral Sciences I and II |
| 1983-1986 | Continuing Case Conferences, Psychiatry Residents with Donald Summers, MD and Edward Kaufman, MD |
| Nov. 1984-1987 | Administrative Psychiatric Elective, Chief Residents in Psychiatry |
| 1986-1988 | The Initial Interview and Beginning Psychotherapy Weekly, Continuous |
| 1984-1987 | OD Rounds, Long Beach V.A. Hospital, Participant Long Beach V.A. Hospital - C & L Rounds |

Page 10

Curriculum Vitae

| | |
|---|---|
| 1991 | Core Curriculum, for First Year Residents "Neurobehavioral Examination" |
| 1987-2012 | Neuropsychiatry Clinical Teaching Conference- Co-lead with Arnold Starr, MD |
| 1987-2004 | weekly Teaching Conference in Consultation- Liaison Psychiatry |
| 1988-1995 Consultation-Liaison | Fellowship (Senior Year Resident Elective) in Psychiatry, Research and Clinical Services |
| 1987-1995 | Medical Student Clerkship C & L Psychiatry Senior Year Student Elective in C & L Psychiatry |
| 1987-1995 | Clinical Supervision C & L Psychiatry Four days per week Teaching Rounds Psychiatry Residents |
| 1987-1995 | The Interface Between Medicine and Psychiatry Lectures in Basic Sciences II Curriculum |
| 1987-1995 | Evening Seminars with Doctoral Candidates in Neuropsychiatry, with Arnold Starr, MD, various topics in Clinical Neuropsychiatry, quarterly |
| 1993 | Core- Curriculum, First Year Residents - "The Initial Psychiatric Interview" |
| 1993 | Panelist, Medical Student Conference on Interdisciplinary Approaches to the Mentally Ill, UCI |
| 1993 | Clinical Evaluation of Resident Clinical Skills- December 1993 |
| 1994-present | See Addendum |

CONFERENCES:

1. "A Model of Comprehensive Psychiatric Services within a State Mental Health System." Panel member, American Psychiatric Association Annual Meeting, Miami, Florida, 1976.

Curriculum Vitae

2. "Genetic Factors & Management Issues with Schizophrenic Patients." Panel member. South Beach Psychiatric Center, Staten Island, New York

3. "What is our Continuing Role in the Development of Community Services?" Panel member. New York State Department of Health, Deputy Director's Conference, Albany, New York 1976.

4. "Schizophrenia, A Comprehensive Update - Aspects of Family Life." Panel member, American Psychiatric Association Area 11 Council. 9th Biennial Divisional Meeting, New York, 1976.

5. Discussant of Paper. "Patient's Requests of an Outpatient Clinic." R.W. Burgoyne, MD - American Psychiatric Association Annual meeting, Toronto, Canada. 1977

6. "Chronic Schizophrenia Atypical Manic Depressive Illness." CME panel member. American Psychiatric Association Annual Meeting, Toronto, Canada, 1977

7. "The Violent Patient." Organizer and Leader of Conference. New York State Department of Mental Hygiene, 1977

8. "Drugs in Psychiatry." Presented CME Panel. American Psychiatric Association, New York, 1977

9. "Mental Health and the Workplace." Panel Member. California State University, Northridge, California, 1978

10. "Interdisciplinary Team Models." Organizer of Panel and Presenter. American Psychiatric Association Annual Meeting, Chicago, Illinois 1979

11. "Commitment Laws - Effects on Psychiatric Treatment." Organizer of Panel and Presenter, San Francisco, California, 1981

12. "Long Term Schizophrenia - What Works and What Doesn't Work." National Alliance for the Mentally Ill. July 4, 1984

13. "The New Alternate Location of the Second Temple and Its Implications." Presented at the American School for Oriental Research, Western Division Scientific Meeting April 4, 1987

14. "How Can Families Work With Psychiatrists?" Panel Member and

Presentation at the California Alliance for the Mentally Ill. 1987, Winter Conference December 4, 1987

    15. "Musical Hallucinations in Dementia" Poster Session, with A. Starr at the American Neurological Association annual meeting, Montreal, Canada 1998

PRESENTATIONS:

    1. "Evaluation of the Suicidal Patient." Paper presented at South Beach Psychiatric Center, Conference on Suicide, Staten Island, New York, 1977

    2. "A Conceptual Model for Evaluation of the Violent Patient." Grand Rounds, SUNY. Downstate Medical Center, Brooklyn, New York, 1978

    3. "Evaluation of Patients with OBS." "Assessment of the Suicidal Patient." "Evaluating the Violent Patient" All presented at Metropolitan State Hospital Continuing Medical Education Program, Norwalk, California, 1980 and 1981.

    4. "A Conceptual Model for evaluation of the Violent Patient." Grand Rounds, St. Joseph Hospital, Orange, California, 1980

    5. "Conceptual Models for Evaluation of the Violent Patient." All day meeting, Patton State Hospital, Patton, California, 1981

    6. "Treatment of the Mentally Ill: Facts, Fallacies and the Future.' California Association, Families of the Mentally Disabled. Anaheim, California, September 1982

    7. "Current Concepts in Understanding Violent Behavior.' Grand rounds, Metropolitan State Hospital, Norwalk, California, April 27, 1983

    8. "Current Direction in Responding to and Treatment of Schizophrenia." San Diego Chapter of Alliance for the Mentally Ill., San Diego, California, May 21, 1983

    9. Workshop Leader ( with Lawrence Plon, Pharm. D.) at Community Support Systems for the Chronic Mentally Ill: People Working Together for a Common Goal. Funded by a grant from NIMH, California State University, Sacramento, Ca. May 25, 1983

    10. "Symbolic Implications of the New Alternate Location of the Second Temple." Presented at the First Annual Meeting of the American Schools of Oriental Research, Western Chapter, at Cal State Long Beach in conjunction with the American Academy of Religion, April 3-4, 1987

    11. "Evaluation of Treatment of the Violent Patient." Hoag Hospital Newport Beach, California, March 1987

Curriculum Vitae

12. "A Challenge to Basic Assumptions on our Knowledge of Mental Illness," Alliance for the Mentally Ill, Orange, California, 1986

13. "The Evaluation of the Violent Patient." Hoag memorial Hospital, Department of psychiatry, February 1987

14. "The New Alternate Location of the Second Temple and Its Implications." Southern California College, April 22, 1987

15. "Medical Illnesses Manifested as Depression." Manic Depressive Association, September 1987

16. "Recognizing Depression-Differential Diagnosis of Depression." CIGNA Health Plan Seminar, October 1987

17. Davenloo Seminar, by the Orange County Institute for Short Term Dynamic Psychotherapy. Invited Principal Discussant, February 2, 1990

18. "The Long Term Prognosis of Schizophrenia." Statewide California Alliance for the Mentally Ill Annual Meeting. Invited speaker 1989

19. "The Long Term Prognosis for Chronic Schizophrenia" for the Orange County Chapter of the Alliance for the Mentally ill. By invitation 1989

20. "Hysteria" Grand Rounds in the Department of Neurology, UCI, January 17, 1990

21. "The Problems Faced by Physician Spouses" California Medical Association Annual Meeting, to the Auxiliary, by invitation September 22, 1991

22. Metropolitan State Hospital, Norwalk, California. Invited Lecture Series to the Medical Staff:

    10-9-91 "Conversion Disorders"
    03-11-92 "Effects of Sexual and Physical Abuse on Psychiatric Patients"
    04-8-92 "Temporal Lobe Epilepsy-Associated Personality Changes"

23. Clinical Grand Rounds in Psychiatry, On rotation for the C & L Service, and Discussant, on rotation. 1991-1993

24. "Behavioral Correlates and Staff Recognition of Alcohol Use in a University

Hospital Trauma Service"   B. Silva and L.D. Sporty at the Annual Meeting of the Academy of Psychosomatic Medicine,   New Orleans, La., October 1990

25. "The Pedestrian Trauma Patient"   Kliger and Sporty at the Annual Meeting of the Academy of Psychosomatic Medicine ,   Las Vegas, Nevada.   Fall 1991

26. "Effects of Noncompliance, Psychiatric Co-morbidity, and Substance Abuse on Readmission Rates to a General Hospital Medical Services",   L.   Glass and L.D. Sporty at the Academy of Psychosomatic Medicine Meeting, Atlanta, Georgia. 1992.  This paper won a prize at the meeting

27. "The Interface Between Medicine and Psychiatry"   for the Mental Health Association of Orange County,   Invited speaker May 7, 1992

28. "Psoriasis and Psychiatry" to the National Psoriasis Foundation meeting at UCIMC, May 31,1992

29. "Current Concepts in the Treatment of Depression' at CPC Santa Ana Hospital as part of Mental Illness Awareness Week.   Public lecture,   October 7, 1992

30. "Mania and Depression in Physical Illness"   to the Manic Depressive Association of Orange County.   Invited speaker.   October 19, 1992

31. "Psychiatric Issues of the Chronically Medically Ill" invited presentation, and panelist, at the California Medical Association Scientific Assembly, Anaheim, Ca. March 1, 1993

32. "Evaluation and Treatment of the Suicidal patient" invited professional staff lecture CPC Santa Ana Hospital. Nov. 16, 1993

33. "Neurological Issues in Psychiatry" Grand rounds, Department of Psychiatry, UCIMC with A. Starr Nov. 16, 1993

34. "Mood Disorders and Medical Illness" 1994 at the Depressive and Manic depressive Association meetings

35. "Depressive Disorders" at the Depressive and Manic Depressive Association meetings 1995

36."Medical Causes of Depression" at the Depressive and Manic Depressive Association meetings 1996

Curriculum Vitae

    37. "How to Handle Psychiatric Patients on the Medical Floor" Medical Grand Rounds, St. Joseph Hospital Medical Staff 1998

PUBLICATIONS:

    1. Steinberg M, Pardes H, Bjork D and Sporty L.D.: "Demographic and Clinical Characteristics of Black Psychiatric Patients in a Private General Hospital." Hospital and Community Psychiatry, 28:128-132, 1977

    2. Sporty L.D., Breslin L and Lizza P: "The Emergency Evacuation of a Psychiatric Hospital." Journal of Social Psychology, 107:117-123, 1997

    3. Wilner M and Sporty L.D.: " A Nutrition Program as Surrogate for Family Life." Psychiatric Quarterly, 50 (1), 59-62, 1978

    4. Sporty L.D., Trambath P and Lizza P: "Linking the Public Care System and the Private Practitioner: A study in the Use of Contracts." Hospital and Community Psychiatry. 31 (1): 45-48, 1980

    5. Sporty L.D. and Plon L: " Rapid, Psychopharmacologically Induced Improvement can Produce New Psychological Symptoms." Canadian Journal of Psychiatry. May, 1983

    6. Sporty, L.D.: " The Curving Line on the Bar-Kokhba Temple Coin," Biblical Archaeologist, 46 (2), 1983. (peer reviewed)

    7. Kaufman E and Sporty L.D.:   "The Therapeutic Community in Brief Hospitalization." Presented at the APA Meeting, 5/5/83. Printed in abstract, Hospital and Community Psychiatry, June, 1983

    8. Kaufman E, Plon L and Sporty L.D.:   " Changing Diagnostic Patterns After DSM III."   World Journal of Psychosynthesis, 1984/1985

    9. Sporty, L.D. " Herod's Temple-Evidence from the Pre-Destruction Period." Biblical Archaeologist, Dec. 1990 (Peer reviewed)

    10. Sporty, L.D. "Herod's Temple-Evidence From the Post-Destruction Period." Biblical Archaeologist, March 1991 (Peer reviewed)

    11. Silver, BA, Sporty, L.D. "Behavioral Correlates and Staff Recognition of Alcohol Use in a University Hospital Trauma Service"   Psychosomatics, vol. 31, no, 4, Fall 1990

    12. Sporty, L. "The Psychiatrist As Collector" invited article, in Artifacts,   Vol.

3, no. 2, 1990 (Non-peer reviewed)

13. Kliger, D., Sporty, L.D. "The Pedestrian Trauma Patient: Perspective From a Psychiatric Consultation Service" (cover article) Psychosomatics vol. 34, no. 3, May 1993

14. Vaziri, Oveisi, Wierzbiezki, Shaw, and Sporty. "Serum Melatonin and 6-Sulfatoxymelatonin in End Stage Renal Disease: Effect of Hemodialysis" Artificial Organs 1993 vol. 17 no. 9

15. Starr, A. and Sporty, L. "Similar Disorders Viewed With Different Perspectives: A Challenge from Neurology and Psychiatry" invited editorial, accepted for publication in Archives of Neurology.

16. Glass, J. and Sporty, L. "Effects of Non-Compliance, Psychiatric Co-morbidity and Substance Abuse on Readmission Rated To A General Hospital Medical Service", under submission.

BOOK CHAPTERS:

1. Sacher, MS, Sporty, L.D." "Nutrition in Schizophrenia and Major Depression Illness, A Review of the Research." Eating Disorders ed. by Blinder, et al.

GRANTS:

1. Tewari, S. And Sporty, L.D., "Alcohol and Substance Abuse Training Research Program", Project Director, 1987

2. Tewari, S. And Sporty, L.D., "Focused Interdisciplinary Research Project in Phencyclidine Research". Funded 1987

3. Starr, A. (Principal Investigator), Sporty, et al Motor Control in Chronic Fatigue Syndrome DHS funded 1998.