ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

COLEEN P. SCHOCH
California State Bar No. 262444
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
coleen.schoch@usdoj.gov

*Attorneys for Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Susan Ellsworth, Personally and as Personal Representative of the Estate of James Dennis Ellsworth, Jr., | CV-16-08150-PCT-DLR |
|---|---|
| Plaintiff, | **INDEX OF ATTACHMENTS TO SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| United States of America, | |
| Defendant. | |

| ATTACHMENT NO. | DESCRIPTION |
|---|---|
| 1. | Preliminary Report of Dr. Sporty dated 10/25/2015 |
| 2. | Supplemental Report of Dr. Sporty dated 8/16/201 |
| 3. | Curriculum Vitae of Dr. Sporty |
| 4. | Excerpts of the deposition of NP Eleanor Hollingsworth taken on July 26, 2017 |
| 5. | Excerpts of the deposition of Steven B. Chintis, D.O. taken on July 28, 2017 |
| 6. | Excerpts of the deposition of Suzanne Ball, R.N. taken on July 28 2017 |

| | | |
|---|---|---|
| | 7. | Medical Records ELLSWORTH-VA-001167-001170 |
| | 8. | Medical Records ELLSWORTH-VA-003022-003027 |
| | 9. | ELLSWORTH-VA-001295–001298, 001232–001233, 001221–001222, 001142–001145 |
| | 10. | ELLSWORTH-VA-001217–001219 |
| | 11. | Medical Records ELLSWORTH-VA-001333–001337, 001256–001257, 001241–001242 |