EXHIBIT 5

Case 3:16-cv-08150-DLR   Document 54-6   Filed 10/20/17   Page 2 of 12

1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ARIZONA
2
                     Civil Action No. CV 16-08150 PCT-DLR
3

4     Susan Ellsworth, Personally and
      as Personal Representative of
5     the Estate of James Dennis
      Ellsworth, Jr.,
6
            Plaintiff,
7
          vs.
8
      United States of America,
9
            Defendant.
10

11

12

13            Oral deposition of STEVEN B. CHINTIS,

14    D.O., held at the Northern Arizona Veterans

15    Administration Medical Center, 500 North Highway 89,

16    Building 14, Room 116C, Prescott, Arizona 86301, on

17    Friday, July 28, 2017, commencing at 8:22 a.m., before

18    David M. Lee, Registered Merit Reporter, Arizona

19    Certified Reporter Certificate Number 50391.

20

21

22

23

24

25

```
 1   APPEARANCES:

 2   RAPPAPORT, GLASS, LEVINE & ZULLO

 3   BY:   THOMAS P. VALET, ESQUIRE

 4   tvalet@rapplaw.com

 5   1355 Motor Parkway

 6   Islandia, New York 11749

 7   631-293-2300, Extension 103

 8

 9   LAW OFFICE OF JEANNE ANNE STEFFIN

10   BY:   JEANNE ANNE STEFFIN, ESQUIRE

11   jsteffin@steffin.com

12   626 North Garfield Avenue, Suite A

13   Alhambra, California 91801-1448

14   626-235-1173

15

16   LAW OFFICE OF ERIN STEFFIN

17   BY:   ERIN STEFFIN, ESQUIRE

18   esteffin@gmail.com

19   3260 North Hayden Road, Suite 210

20   Scottsdale, Arizona 85251

21   480-285-8259

22         Counsel for Plaintiff

23

24

25   APPEARANCES CONTINUED:
```

ORAL DEPOSITION OF STEVEN CHINTIS, D.O.; 7/28/2017

```
 1   APPEARANCES CONTINUES:

 2   UNITED STATES ATTORNEY'S OFFICE

 3   UNITED STATES DEPARTMENT OF JUSTICE

 4   BY:  COLEEN P. SCHOCH, ASSISTANT UNITED STATES

 5   ATTORNEY, DISTRICT OF ARIZONA

 6   coleen.schoch@usdoj.gov

 7   Two Renaissance Square

 8   40 North Central Avenue, Suite 1200

 9   Phoenix, Arizona 85004-4408

10   602-514-7659

11          Counsel for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:16-cv-08150-DLR   Document 54-6   Filed 10/20/17   Page 5 of 12

```
 1               STEVEN B. CHINTIS, D.O.

 2    you don't understand the question, please tell me and

 3    I'll be glad to repeat or rephrase the question.

 4         A.   Okay.

 5         Q.   So are you licensed as a physician by the

 6    State of Arizona?

 7         A.   Yes.

 8         Q.   Okay.  And what year did you receive that

 9    license?

10         A.   1985, I believe.

11         Q.   You currently have a medical license --

12         A.   No, I'm sorry.  I graduated medical school

13    in '89, so it's been a while.  So 1989, 1990,

14    somewhere in there.

15         Q.   That's fine.

16              Do you have any other medical license that

17     is current besides Arizona?

18         A.   New Mexico.

19         Q.   Okay.  And where did you go to medical

20     school?

21         A.   I went to the Western University of

22    Healthcare Sciences.

23         Q.   And I understand that you're a Doctor of

24     Osteopathic Medicine.

25         A.   Uh-huh.
```

Case 3:16-cv-08150-DLR   Document 54-6   Filed 10/20/17   Page 6 of 12

```
 1              STEVEN B. CHINTIS, D.O.

 2   mistaken.

 3          Q.  And at that time did you start to work

 4    exclusively at Wickenburg?

 5          A.  Yes.

 6          Q.  Still working at Wickenburg?

 7          A.  Yes.

 8          Q.  And during the time that you worked at the

 9   Prescott VA were you paid a salary by the United

10   States Government?

11          A.  Yes.

12          Q.  In August and September of 2014 what was

13    your job assignment at the Prescott VA?

14          A.  I worked in the emergency department.

15          Q.  And would you be able to tell me how many

16    days a week you worked in the emergency department in

17    those months back in 2014 at the Prescott VA?

18          A.  Well, fourteen days a month was considered

19   full-time.

20          Q.  All right.  And did you have a shift that

21    you worked, or a schedule?  How did that -- how did

22    that work back then?

23          A.  Predominantly day shifts.  Occasionally a

24   night shift, and it varied greatly.

25          Q.  Back in August/September of 2014, when you
```

Case 3:16-cv-08150-DLR   Document 54-6   Filed 10/20/17   Page 7 of 12
ORAL DEPOSITION OF STEVEN CHINTIS, D.O., 7/28/2017

```
 1                STEVEN B. CHINTIS, D.O.

 2     were working in the Prescott VA emergency room, were

 3      there any other physicians assigned to the emergency

 4      room at the same time?

 5             A.   No.

 6             Q.   Do you have a Board certification?

 7             A.   Yes.

 8             Q.   When were you Board Certified?

 9             A.   I finished residency in '92, and a couple

10     years after that, so I'm going to guess around

11     2004/2005 was the initial Board certification.

12             Q.   You said "2004/2005."  Did you mean '94 or

13      '95?

14             A.   I did.  I did.

15             Q.   And is your Board certification in internal

16      medicine?

17             A.   Yes.

18             Q.   Any subspecialty?

19             A.   No.

20             Q.   Have you ever written any medical articles

21      that have been published?

22             A.   No.

23             Q.   Have you ever been formally disciplined by

24      any licensing Board?

25             A.   No.
```

1          STEVEN B. CHINTIS, D.O.

2          Q.  Yes.

3          A.  It was that the patient had presented to

4   her with basically the exact same complaints, or

5   similar complaints, and I also gleaned what her

6   approach was to care for those complaints.

7          Q.  Which was what?

8          A.  She prescribed medications and made sure

9   that he was involved in mental healthcare and follow-

10  up.  That's the major part of her note.

11         Q.  Okay.  So in other words, you saw from the

12   note that she had prescribed some psychiatric

13   medications for Mr. Ellsworth.

14         A.  Yes.

15         Q.  And you saw that she had scheduled an

16  appointment for him to be seen after the visit that

17   she had with him in August by someone from mental

18   health.

19         A.  Yes.

20         Q.  When you were, at some point, asked to see

21   Mr. Ellsworth on September 4 --

22             And I apologize if we've gone over some of

23   this already.

24         A.  That's all right.

25         Q.  -- you would have had a conversation with

Case 3:16-cv-08150-DLR   Document 54-6   Filed 10/20/17   Page 9 of 12

```
 1              STEVEN B. CHINTIS, D.O.

 2   Ms. Rose about her interaction with Mr. Ellsworth

 3    before you saw him?

 4         A.   She would have just told me what the Chief

 5   Complaint was and why he was there.

 6         Q.   All right.  And in --

 7         A.   But it wouldn't have been in any great

 8   detail.

 9         Q.   And what was the Chief Complaint that she

10    told you that Mr. Ellsworth presented with on

11    September 4?

12         A.   That he had been noncompliant with his

13   medications; that he had severe insomnia and was not

14   suicidal.

15         Q.   At some point you then saw Mr. Ellsworth

16    yourself.

17         A.   Uh-huh, yes.

18         Q.   And when you saw him, that would have been

19    in an examining room.

20         A.   Yes.

21         Q.   Anybody else present during the time that

22    you saw him?

23         A.   No, typically they would not, but sometimes

24   a nurse would be in the room.  I don't remember if

25   Ms. Rose was there or not when I was in the exam room
```

Case 3:16-cv-08150-DLR   Document 54-6   Filed 10/20/17   Page 10 of 12

```
 1                     STEVEN B. CHINTIS, D.O.

 2     For Visit (CC)."  What is the "(CC)"?  What does that

 3      mean?

 4            A.   Chief Complaint.

 5            Q.   "Chief Complaint:  Insomnia, Anxiety."  Is

 6      that taken from Ms. Rose's note?

 7            A.   That would be mine.

 8            Q.   That's your assessment as well?

 9            A.   Yes.

10            Q.   All right.  And then could you read what --

11       I realize it's typed here, but I want to have it read

12        into the record what you've entered in the paragraph

13        that fallows "Reason For Visit."

14            A.    "Patient with multiple psych diagnoses who

15      has not taken any of his medications for months.

16      Presents with complaints, severe insomnia.  Has not

17      slept in days.  Some auditory, but not visual

18      hallucinations.  Denies any suicidal thoughts or

19      ideations today.  Paranoia seems worse than usual

20      today.  Lives with a."

21            Q.   And do you know why that sentence ends in

22       that fashion?

23            A.   It was -- I used Dragon dictation.  It was

24      a typo.

25            Q.   So in other words, you were not actually
```

ORAL DEPOSITION OF STEVEN CHINTIS, D.O., 7/28/2017

```
 1                STEVEN B. CHINTIS, D.O.

 2                    CERTIFICATION

 3             I CERTIFY that the foregoing deposition

 4   was taken by me pursuant to Notice; that I was then

 5   and there a Certified Reporter for the State of

 6   Arizona, and by virtue thereof authorized to

 7   administer an oath; that the witness before testifying

 8   was duly sworn by me to testify to the truth; that the

 9   questions propounded by counsel and the answers of the

10   witness thereto were taken down by me in shorthand and

11   thereafter transcribed under my direction, and that

12   the foregoing typewritten pages contain a full, true,

13   and accurate transcript of all proceedings had upon

14   the taking of said deposition, all done to the best of

15   my skill and ability; that deposition review and

16   signature was requested.

17             I FURTHER CERTIFY that I am in no way

18   related to nor employed by any of the parties hereto,

19   nor am I in any way interested in the outcome hereof.

20

21

22

23

24   _____
     David M. Lee, RMR, CRR
25   Arizona Certificate No. 50391
```



advanced
depositions

855.204.8184                    733 3rd Avenue, 16th Floor ▪ New York, NY 10017                    215.751.0581
PHONE                                 www.advanceddepo-jdr.com                                           FAX

ORAL DEPOSITION OF STEVEN CHINTIS, D.O., 7/28/2017

```
 1              STEVEN B. CHINTIS, D.O.

 2              WITNESS CERTIFICATION

 3        I hereby certify that I have read the

 4   foregoing transcript of my deposition testimony, and

 5   that my answers to the questions propounded, with the

 6   attached corrections or changes, if any, are true and

 7   correct.

 8

 9

10

11

12

13
      9-5-17                    (signature)
14   _____
     DATE        STEVEN B. CHINTIS, D.O.
15

16

17
         Steven B. Chintis
18   _____
     PRINTED NAME
19

20

21   FILE 13151

22   Susan Ellsworth, ET AL

23   vs.

24   United States of America

25
```