EXHIBIT 6

1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ARIZONA
2
              Civil Action No. CV 16-08150 PCT-DLR
3

4    Susan Ellsworth, Personally and
     as Personal Representative of
5    the Estate of James Dennis
     Ellsworth, Jr.,
6
          Plaintiff,
7
        vs.
8
     United States of America,
9
          Defendant.
10

11

12

13             Oral deposition of SUZANNE SHARON BALL,

14   R.N., held at the Northern Arizona Veterans

15   Administration Medical Center, 500 North Highway 89,

16   Building 14, Room 116C, Prescott, Arizona 86301, on

17   Wednesday, July 28, 2017, commencing at 2:58 p.m.,

18   before David M. Lee, Registered Merit Reporter,

19   Arizona Certified Reporter Certificate Number 50391.

20

21

22

23

24

25

```
 1    APPEARANCES:

 2    RAPPAPORT, GLASS, LEVINE & ZULLO

 3    BY:  THOMAS P. VALET, ESQUIRE

 4    tvalet@rapplaw.com

 5    1355 Motor Parkway

 6    Islandia, New York 11749

 7    631-293-2300, Extension 103

 8

 9    LAW OFFICE OF JEANNE ANNE STEFFIN

10    BY:  JEANNE ANNE STEFFIN, ESQUIRE

11    jsteffin@steffin.com

12    626 North Garfield Avenue, Suite A

13    Alhambra, California 91801

14    626-235-1173

15

16    LAW OFFICE OF ERIN STEFFIN

17    BY:  ERIN STEFFIN, ESQUIRE

18    esteffin@gmail.com

19    3260 North Hayden Road, Suite 210

20    Scottsdale, Arizona 85251

21    480-285-8259

22            Counsel for Plaintiff

23

24

25
```

Case 3:16-cv-08150-DLR Document 54-7 Filed 10/20/17 Page 4 of 17

```
 1    APPEARANCES:

 2    UNITED STATES ATTORNEY'S OFFICE

 3    UNITED STATES DEPARTMENT OF JUSTICE

 4    BY:  COLEEN P. SCHOCH, ASSISTANT UNITED STATES

 5    ATTORNEY, DISTRICT OF ARIZONA

 6    coleen.schoch@usdoj.gov

 7    Two Renaissance Square

 8    40 North Central Avenue, Suite 1200

 9    Phoenix, Arizona 85004

10    602-514-7659

11           Counsel for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    EXAMINATION INDEX

 2

 3      SUZANNE SHARON BALL

 4           BY MR. VALET                        5

 5           BY MS. SCHOCH                      71

 6           BY MR. VALET                       76

 7

 8

 9

10                     EXHIBIT INDEX

11      NUMBER                              MARKED

12      1    E-mail String From Suzanne S.     42

13           Ball to Susan Ellsworth Dated

14           Friday, October 17, 2014, At

15           5:17 a.m. (2 Pages)

16

17

18

19

20

21

22

23

24

25
```

ORAL DEPOSITION OF SUZANNE BALL, R.N., 7/28/2017

```
 1                  SUZANNE SHARON BALL, R.N.

 2          A.   -- as a tech.

 3          Q.   All right.  So when did you -- and you

 4     obtained at some point a nursing degree.

 5          A.   I did.

 6          Q.   Okay.  And where did you go to school for

 7     that?

 8          A.   Yavapai College.

 9          Q.   Okay.  And when did you get your nursing

10     degree?

11          A.   2005.

12          Q.   And after that did you then become licensed

13     as a nurse?

14          A.   I did.

15          Q.   You did that as an R.N.?

16          A.   Uh-huh, yes.

17          Q.   And after you got your R.N. license, did

18     you then continue to work at the Prescott VA as a

19     nurse?

20          A.   I did.

21          Q.   And when you first started working as an

22     R.N. at the Prescott VA, what was your assignment or

23     job responsibilities?

24          A.   I worked for the Community Living Center on

25     the first floor in the rehab unit, and with the
```

Case 3:16-cv-08150-DLR Document 54-7 Filed 10/20/17 Page 7 of 17
ORAL DEPOSITION OF SUZANNE BALL, R.N., 7/28/2017

```
 1                    SUZANNE SHARON BALL, R.N.

 2   Dementia unit.

 3             Q.   What is Community Living?

 4             A.   It was -- well, that's like the fifth name.

 5   It was just where we would have long-term patients or

 6   status postsurgical for cardiac or stroke, or actual

 7   hip replacements, knee replacements, and then also on

 8   the ward we would have Dementia in the locked unit.

 9   Then I would float upstairs sometimes to work on the

10   hospice unit.

11             Q.   So for how long did you work in Community

12    Living?

13             A.   About seven years.

14             Q.   During those seven years did you treat any

15    patients who were also being seen by the Mental Health

16    Department here at the Prescott VA?

17             A.   In that setting it was a little different

18   simply because they were inpatient, so we actually had

19   a clinical nurse practitioner in psychiatric that did

20   rounds over there, because she ran the Dementia unit.

21   If we had any that were out of the Dementia unit, she

22   saw them there herself, so...

23             Q.   All right.   So you spent seven years

24    working in Community Living, and what did you do after

25    that?
```

1                    SUZANNE SHARON BALL, R.N.

2          A.   I then went to manage the home-based

3    primary care teams where our staff would go into the

4    home to see the geriatric patient population, and try

5    and keep them from becoming inpatient.  Keep them in

6    their home and keep them independent.

7          Q.   Okay.  And for how many years did you do

8     that?

9          A.   That was probably five years.  Four years,

10   five years.

11          MR. VALET:  Okay.  So off the record for a

12   second.

13              (The deposition recessed from 3:06 p.m.

14   to 3:07 p.m.)

15          MR. VALET:  We'll go back on the record.

16          Q.   I'll just ask you if we can clarify, you

17    know, the work assignments that you had here at the

18    VA.

19          A.   Okay.

20          Q.   So you worked in Community Living, and you

21   said "seven years" before, but it's probably less than

22    that?

23          A.   Probably less than that, yes.

24          Q.   Okay.  And then worked in home-based

25   primary care after working in Community Living?

1                SUZANNE SHARON BALL, R.N.

2          A.   Uh-huh.

3          Q.   And what was the next job assignment you

4     had after home-based primary care?

5          A.   They detailed me over to the Caregiver

6     Support Program.

7          Q.   Okay.  And what is the Caregiver Support

8      Program?

9          A.   It was a program mandated to assist the

10    returning OEF/OIF veterans and their caregivers to

11    help them reintegrate and get them socialized, and the

12    program was designed to -- if they met the criteria,

13    we would pay the caregivers, because of the time off

14    work spent to keep the veterans out of the facilities,

15    get them to their appointments, things of that nature.

16    It was to support the caregivers that were taking care

17    of our veterans.

18          Q.   Okay.

19          A.   That had pretty extensive issues, medical

20    and mental.

21          Q.   All right.  What is OEF and OIF?

22          A.   Operation Enduring Freedom and Operation

23    Iraqi Freedom.  I can't remember the terms.  My son

24    was in them.

25          Q.   Okay.  Thank you.

ORAL DEPOSITION OF SUZANNE BALL, R.N., 7/28/2017

1            SUZANNE SHARON BALL, R.N.

2    Program besides yourself in 2014?

3         A.  I do not remember if my other employee was

4    working full-time with me.  I had fee-based nurses

5    that I had going out in the field all over Northern

6    Arizona, but not full-time staff.  We had hired one

7    other nurse, but I don't remember if it was as of that

8    date.

9         Q.  You told me you worked in the Caregiver

10    Support Program.  You told me you would look to see if

11    they met the criteria.  Could you just tell me a

12    little bit more about your job responsibilities in

13    terms of what you did, you know, on a daily basis in

14    this Caregiver Support Program?

15         A.  My job responsibilities were to the

16    caregivers, because that was my role, because it was

17    to ensure that they were going to be responsible for

18    the veteran.

19              My oversight was to talk to them, support

20    them, get them the resources that they needed to

21    support the veteran, and so all of my documentation

22    and criteria was based on them.

23              I entered them in the system, once we got

24    them enrolled, and so all of my conversations were

25    with them, and that's how I proceeded with my job.

1                SUZANNE SHARON BALL, R.N.

2    walking over to mental health with him?

3        A.   I do.

4        Q.   All right.  Is that on this 3rd that you

5    remember doing that?

6        A.   See, I don't remember.  I don't remember

7    the dates.

8             I remember James in the chair curled up in

9    a ball crying.  We did that event and calmed him down.

10   He finally agreed that he needed help and he was done.

11   He was manic.  He had not slept and hadn't been taking

12   his meds, and he agreed, so I walked him to mental

13   health.

14             They didn't have anybody to see him, so

15   they sent him to emergency, which is what they did

16   when they didn't have any mental health providers that

17   were available right then and there, so I walked him

18   to the ER.  But I couldn't stay with him in the ER

19   because there's other cases going on, and I'm not

20   privy to those, but he had agreed that he needed the

21   help, so I left.  That's what I remember.

22        Q.   Okay.

23        A.   And that was right before the event.  Right

24   before he killed himself.

25        Q.   All right.  So when you were writing to

```
 1                   SUZANNE SHARON BALL, R.N.

 2   anything."

 3        Q.   Okay.  What I'm asking --

 4        A.   Whether it was this time or another date, I

 5   don't know.

 6        Q.   And when you walked over with James to

 7   mental health, and you think it was probably earlier

 8   in the day I think you said --

 9        A.   Uh-huh.

10        Q.   -- you accompanied him to the Mental Health

11   Department?

12        A.   I walked him into mental health, yes.

13        Q.   And who, if anyone, was there when you

14   walked him into mental health?

15        A.   We went in and went to the receptionist and

16   said "I need him to -- this is a walk-in.  I feel he

17   needs to be seen," and they said "We don't have

18   anybody right now, so we need you to take him over to

19   ER," so I walked him over to ER.

20        Q.   What time of day was that, do you know?

21        A.   It was still morning-ish.

22        Q.   Okay.  Did you have regular contact with

23   the Mental Health Department in this timeframe?

24        A.   We always talked, yeah.  Yeah.

25        Q.   Okay.  Do you know how many psychiatrists
```

```
 1                    SUZANNE SHARON BALL, R.N.

 2           A.   I did.

 3           Q.   All right.  Who did you speak with in the

 4      emergency room?

 5           A.   I just talked to the clerk in the front and

 6      said "We're walking him over from mental health.  They

 7      don't have a provider to see him at the moment, and I

 8      need him to be seen."

 9           Q.   Okay.  And what were you told?

10           A.   I was told "Okay.  We'll take care of it,"

11      and they moved him in the back, and I didn't go in the

12      back.

13           Q.   And that would have still been in the

14      morning?

15           A.   Yes.

16           Q.   Do you know what happened in the emergency

17      room after you left?

18           A.   No.

19           Q.   Do you know if he was seen by a physician

20      that day in the emergency room?

21           A.   No.

22           Q.   All right.  The next entry, or further down

23      on your note, or the e-mail of October 16th at the

24      bottom of the first page you wrote "James had been off

25      his meds going on about a month."  Do you see that?
```

1                    SUZANNE SHARON BALL, R.N.

2          A.   Uh-huh.

3          Q.   Okay.   Where did you get that information

4     from, that he had been off his medications for about a

5     month?

6          A.   That probably would have come -- come from

7     him.

8          Q.   Do you remember learning anything -- we

9     talked before about noncompliance when you looked at

10    his medical records --

11         A.   Right.

12         Q.   -- when he had last taken medication for

13    his mental illness.

14         A.   Right, noncompliance.

15         Q.   Right.   And what I'm asking is did you

16    learn anything from looking at his records, not from

17    speaking to him about when it was that he had gone off

18    his medications, but whether it was, you know,

19    something that was different than what you've written

20    here?

21         A.   I'm not sure how to answer this for you.   I

22    guess, I think, I need you to understand that how I

23    answer this, part of my role with these guys is I

24    didn't always look at their charts.   When they came to

25    see me, I was a sounding board, and I was trying to

```
 1              SUZANNE SHARON BALL, R.N.

 2              CERTIFICATION

 3         I CERTIFY that the foregoing deposition

 4    was taken by me pursuant to Notice; that I was then

 5    and there a Certified Reporter for the State of

 6    Arizona, and by virtue thereof authorized to

 7    administer an oath; that the witness before testifying

 8    was duly sworn by me to testify to the truth; that the

 9    questions propounded by counsel and the answers of the

10    witness thereto were taken down by me in shorthand and

11    thereafter transcribed under my direction, and that

12    the foregoing typewritten pages contain a full, true,

13    and accurate transcript of all proceedings had upon

14    the taking of said deposition, all done to the best of

15    my skill and ability; that deposition review and

16    signature was requested.

17         I FURTHER CERTIFY that I am in no way

18    related to nor employed by any of the parties hereto,

19    nor am I in any way interested in the outcome hereof.

20                    .

21

22

23    _____

24    David M. Lee, RMR, CRR

25    Arizona Certificate No. 50391
```



advanced depositions

855.204.8184
PHONE

733 3rd Avenue, 16th Floor • New York, NY 10017
www.advanceddepo-jdr.com

215.751.0581
FAX

```
 1                    SUZANNE SHARON BALL, R.N.

 2                    WITNESS CERTIFICATION

 3          I hereby certify that I have read the

 4    foregoing transcript of my deposition testimony, and

 5    that my answers to the questions propounded, with the

 6    attached corrections or changes, if any, are true and

 7    correct.

 8

 9

10

11

12

13

14    _____   _____
      DATE                 SUZANNE SHARON BALL, R.N.
15

16

17

18    _____
      PRINTED NAME
19

20

21    FILE 13151

22    Susan Ellsworth, ET AL

23    vs.

24    United States of America

25
```



advanced
depositions

855.204.8184        733 3rd Avenue, 16th Floor • New York, NY 10017        215.751.0581
PHONE               www.advanceddepo-jdr.com                               FAX



## advanced depositions

855.204.8184
PHONE

733 3rd Avenue, 16th Floor, New York, NY 10017
www.advanceddepo-jdr.com

215.751.0581
FAX

**INSTRUCTIONS TO DEPONENT:**     In accordance with the Rules of Civil Procedure, reproduced on the reverse side for your information, a copy of your deposition is attached for your inspection and signature. Any changes in the deposition in form or substance which you desire to make are to be made on this sheet with your reasons therefor.
**DO NOT WRITE ON THE DEPOSITION TRANSCRIPT ITSELF.**

| Page | Line | Change or correction and reason |
|------|------|--------------------------------|
|      |      | None noted |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |
|      |      |  |

I have inspected and read my deposition as captioned above and have listed all changes and corrections above, along with my reasons therefor.

_8/14/17_
Date

_Skel_
Signature of Deponent