EXHIBIT 7

# Progress Notes

Printed On Aug 23, 2016

```
STANDARD TITLE: DOMICILIARY TREATMENT PLAN NOTE
DATE OF NOTE: DEC 20, 2012@09:50     ENTRY DATE: DEC 20, 2012@09:50:16
      AUTHOR: PENA,JUAN M            EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Problem: Veteran is being admitted to the DRRTP and does not have a
working Treatment Plan.

Goal:  Veteran will understand where and what is to be accomplished until
receiving Master Treatment Plan.

Patient Activities:
1.  Veteran will be taken to room B140 and have fire safety and rules
    explained, be oriented to environment, acknowledge understanding and
    be given a copy of signed documents. Target Date:  Day of Admission
2.  Veteran will pick up and appointment individualized router at the
    Social Service Assistant (SSA) office B140 and attend all orientation
    activities and medical appointments scheduled. Target Date:
    Sunday-Thursday.
3.  Veteran will pick up medications at the Lower B nursing station if
    prescribed.  Target Date:  Day of admission.
4.  Veteran will follow individualized hard copy schedule activities
    that are circled. Target Date: Daily.

Unit: Lower B
Program: 4H

Responsible Staff;
1.  SSA's
2.  SSA's after 3:00P.M.
3.  Pharmacy staff, located on 1st floor of hospital behind primary
    care teams.
4.  Treatment Coordinator Guy Lamunyon will make an appointment that will not
        be on the router.

Nursing Station:

BAT: 0.000

Patient given copy of plan this date.

/es/ JUAN M PENA
REGISTERED NURSE
Signed: 12/20/2012 09:56


 LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: DEC 18, 2012@14:57     ENTRY DATE: DEC 18, 2012@14:57:20
      AUTHOR: RUEKBERG,BRUCE M       EXP COSIGNER:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001167

# Progress Notes

```
     URGENCY:                           STATUS: COMPLETED

Age: 34   GENDER: MALE    RACE: WHITE
MARITAL STATUS: Divorced



CLINICAL HISTORY

PRESENTING CHIEF COMPLAINT:
Follow-up for Bipolar, social phobia, and drug dependency


HISTORY OF CURRENT ILLNESS:
34 year old with polysubstance dependency (cocaine, bath salts, ephedrine,
alcohol, social phobia and recent diagnosis of Bipolar -affective disorder.
In Dom in October for rehab and medication changes - recently relapsed, left US
VETS  - kicked out for curfew violation and testing positive for met ( he states
he used ephedrine) Now living with friends that are both drinkers (he met them
at the Dom) .Reeports he will be admitted in two days to the Dom for further
rehab and treatment. Has trouble remembering to take medication -has been taking
Divalproex but not gabapentin.




PERTINENT FAMILY, SOCIAL, AND DEVELOPMENTAL HISTORY:
Father and paternal GM -Huntington's Chorea
Maternal Uncle -BPAD, Maternal Aunt Schizophrenia
Only child
Marines 4 years -no combat
Divorced No children

Pertinent Medical - had Huntington's test 2006  result was equivocal



ACTIVE MEDICATIONS:
Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                                      Status
=========================================================================
1)    DIVALPROEX 250MG 24HR(ER) SA TAB TAKE ONE TABLET BY    ACTIVE
         MOUTH EVERY MORNING AND TAKE THREE TABLETS AT
         BEDTIME
2)    GABAPENTIN 400MG CAP TAKE ONE CAPSULE BY MOUTH THREE   ACTIVE
         TIMES A DAY FOR FOOT NEUROPATHY
3)    LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
         EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
         THAN 8 CAPSULES IN 24 HOURS **
MENTAL STATUS EXAM:
```

---

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA   86313

**VISTA Electronic Medical Documentation**
Printed at NORTHERN ARIZONA HCS

ELLSWORTH-VA-001168

# Progress Notes

Printed On Aug 23, 2016

```
--------------------
ORIENTATION AND CONSCIOUSNESS:
  alert and attentive
  oriented x3
APPEARANCE AND BEHAVIOR:
  cooperative and reasonable
  details:
    Multiple tatoos neck and fingers
SPEECH:
  normal rate/rhythm
LANGUAGE:
  intact
MOOD AND AFFECT:
  mood anxious
PERCEPTUAL DISTURBANCE (hallucinations, illusions):
  none
THOUGHT PROCESS AND ASSOCIATION:
  normal, coherent
THOUGHT CONTENT (delusions, obsessions etc.):
  no unusual thought content
SUICIDAL OR VIOLENT IDEATION:
  none
INSIGHT:
  good
JUDGMENT:
  impulsive
  impaired
MEMORY:
  intact
FUND OF KNOWLEDGE
    Average
SUMMARY AND FORMULATION:
------------------------

                    INITIAL DSM-IV DIAGNOSIS:
Axis I Clinical Disorder:
  Anxiety Disorder:  Social Phobia
  Bipolar Disorder:  NOS (Not Otherwise Specified)
  Addictive Disorder:  Alcohol abuse, Cocaine abuse, Stimulant abuse, Other:
bath salts, ephedrine
  Attention Deficit Disorder by history
Axis II Personality Disorders/Traits:
   R/O Antisocial
Axis III Current Medical Conditions:  See Medical History above
Axis IV Current Psychosocial Stressors:
 housing, primary support group, social environment, financial, other:
FH of Hunington Chorea - father
Axis V GAF Score (current level of functioning): 45
Initial Treatment Plan:
Patient reports will be admitted to Domiciliary in 2 days
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA   86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001169

# Progress Notes

```
No medication changes other than recommed changing to taking his Depakote 1000mg
@ bedtime . Check level and labs in Domiciliary. Follow-up with me afer
discharge from Dom.
Long Term goals Sobriety, medication compliance, regain employment and stable
non-enabling social network
Anticipated Duration:Chronic/Ongoing

/es/ Bruce M. RUEKBERG
PSYCHIATRIST
Signed: 12/18/2012 16:20
```

---

```
 LOCAL TITLE: MH HOMELESS OUTREACH DISCHARGE
STANDARD TITLE: HOMELESS PROGRAM NOTE
DATE OF NOTE: DEC 18, 2012@13:14     ENTRY DATE: DEC 18, 2012@13:14:29
      AUTHOR: DAVIS,MELISSA L       EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

Writer was informed Veteran was discharged from US Vets GPD program 12/8/12 due
to use of alcohol/drugs.  He entered US Vets 11/13/12.


Staff Name: Melissa Davis  Site Code: 649
VA HOMES Veteran ID: 127230
Veteran's Last Name: Ellsworth  Veteran's First Name: James
SSN: 099641874  Date of Birth: 06/16/1978

HOMES Episode Start Date: 05/02/2012
Lead Case Manager: N/A
Program Entry Date: 11/13/2012


Residential Treatment Exit Form
Program Type  Grant and Per Diem (GPD)

Program Code:  00-151-AZ

Program Name:  UVI

1. Period covered by this report (Code dates: mm/dd/yy)
Entry Date:   11/13/2012

Exit Date:   12/08/2012

1a. Billable Days (LOS) and Cost of Care
Unpaid Days:   0

Billable Days (LOS):   25

Cost of treatment:  $994
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA   86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001170