EXHIBIT 9

# Progress Notes

```
                      exercise

MONITORING & evaluation
pt has sufficient understanding of information discussed

Nutrition Review by 11/26/12 unless prompted earlier by Vet

/es/ GEORGE M CORAM
R.D.
Signed: 08/21/2012 13:29
```

```
 LOCAL TITLE: RRTP DOM GROUP NOTE
STANDARD TITLE: DOMICILIARY NOTE
DATE OF NOTE: AUG 20, 2012@09:00     ENTRY DATE: AUG 20, 2012@16:51:50
      AUTHOR: HALD,KATHLEEN T        EXP COSIGNER: DEVINE,NANCY P
     URGENCY:                              STATUS: COMPLETED

All members completed check in reporting on cravings and current issues,
stress impacting their early recovery. Additionally progression and consequences
of addiction including contributing factors that exacerbate the addictive
process. Main topic today: alcohol relationships emotional triggers and
safety planning; stress reduction techniques, addiction progression and
consequences; indentifying personal relapse warning signs and lapse/relapse
recovery planning

Began and ended session with calming bells breathing
Topics:
Check-in, weekend triggers; Vet shared personal feedback in response to fellow
group members drug hx
Vet meeting with school advisor to discuss schedule


 cravings 0/10 sleep improved; anxiety moderate
Diagnoses: Polysubstance Dependence

/es/ KATHLEEN T HALD
social work intern
Signed: 08/20/2012 16:54

/es/ NANCY DEVINE
LICSW, LISAC, CSWHC
Cosigned: 08/22/2012 08:42

Receipt Acknowledged By:
08/30/2012 10:00          /es/ GUY C LAMUNYON
                              REGISTERED NURSE
```

```
 LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA  86313

**VISTA Electronic Medical Documentation**
Printed at NORTHERN ARIZONA HCS

ELLSWORTH-VA-001295

# Progress Notes

Printed On Aug 23, 2016

```
DATE OF NOTE: AUG 20, 2012@08:48    ENTRY DATE: AUG 20, 2012@08:48:13
     AUTHOR: SCHERZ,BRUNO           EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED
```

Pt. seen for a 45 min. E & M Office Visit. Medication Reconciliation Performed.

S/O: IDENTIFYING INFORMATION: 34 year old male, resident of the Dom since 5/2/12 diagnosed with the following problems: Attention-Deficit/Hyperactivity Disorder NOS, Polysubstance dependence, Left Inguinal Hernia, Peripheral Nerve Disease, Tinnitus.

Pt. seen because of recent events that resulted in his irregular D/C from the DOM after he went to a bar and got intoxicated. He was then readmitted to the DOM. He wondered if the Paxil may have contributed to his behavior and caused a manic RXN. However, given the circumstances that he got intoxicated, belligerent while intoxicated, it is doubtful that Paxil caused any behavioral change. However, given the possibility of a mood disorder the Paxil was D/C'd. He saw Ms. Hollingsworth as a Crisis Walk In on August 8 and note reads as follows:

"TREATMENT THIS VISIT: Pt seen on a crisis walk in basis and as post hospitalization

The patient was seen for a minimum of 35 minutes.

DIAGNOSES AND PROBLEMS TREATED THIS VISIT: Mood Disorder Nos;

SIGNIFICANT ISSUES/SYMPTOMS/PROBLEMS: Pt is here today because he is anxious and he thinks the Paxil is causing it.  On  August 1st, he was kicked out of the DOM for going into town and drinking heavily.  He then returned to the DOM, fell hit his head, was transported to the YRMC ER. During the ambulance ride, vet assaulted a paramedic. Pt was then brought to the VA ER.

In the VA ER, on August 4th, pt stated that he was afraid that if he left the ER that he would go out, drink and hurt someone. Pt admits that he did a line of bath salts on August 4th.  He was placed on a 1:1, and cleared to go inpt to Phoenix. He was there for four days and no medication changes.

Today, pt wants an additional medication to help him with the anxiety.  Says the that he is clean and hasn't been using any alcohol or bath salts.  He blames his behavior over the past 2 weeks on the Paxil.

RELEVANT MENTAL STATUS AND OTHER OBJECTIVE FINDINGS:This is a 34-year-old Caucasian male; looking stated age; with good grooming and hygiene, dressed appropriately to the situation. Good eye contact.  AAOx3, pleasant and cooperative. Some psychomotor hyperactivity with no abnormal movements noted. Mood reported as "anxious". Affect is anxious in quality, constricted in range, appropriate, related and mostly stable. Speech is normal in tone, rate, rhythm and volume; coherent, logical, goal directed. No formal thought disorder noted. No delusions elicited. No auditory or visual hallucinations or other psychotic symptoms reported. Veteran does not seem preoccupied or responding to internal

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA  86313

VISTA Electronic Medical Documentation
Printed at NORTHERN ARIZONA HCS

# Progress Notes
Printed On Aug 23, 2016

stimuli. No s/h ideations, intent or plan elicited or reported. Insight and judgment are fair at best.  Cognition is grossly intact, but was not formally tested.

ASSESSMENT:      Axis I:          Polysubstance Abuse
                                  Anxiety DO NOS
                                  Anxiety Secondary to substance abuse
                 Axis II:         R/O Antisocial PD

PLAN:
 (include follow-up plan and, when appropriate, changes in medications,
 changes in other interventions or other parts of the treatment plan,
 referrals, lab tests ordered)
-Medications reconciled.
-Patient never picked up the Hydroxyzine or the Trazodone from the Pharmacy on 8/4.  Placed call and he can pick them up today.
-Taper Paxil by decreasing to 20 mg po q day for 7 days then dc.
-Initiate Risperidone 0.5 mg po bid for mood lability and anxiety.  Have also advised pt that he needs to stop abusing substances and his anxiety will decrease significantly. Side effects discussed including risk of hepatotoxicity, blood dyscrasias, metabolic syndrome, prolactinemia, risk of QTc prolongation leading to arrhythmias, EPS, NMS and weight gain as well as orthostatic hypotension and dizziness. Patient voiced informed consent.
-Patient has a med checkup with this writer on 9/19 at 1300.
-Patient is assigned to a permanent provider,Dr. Grindlinger at 1/4/12 at 0930."

ELLSWORTH,JAMES DENNIS JR
BOB STUMP VAMC
            DRRTP 4H
            DO NOT MAIL MEDS
            PRESCOTT, AZ  86313

Attached is a list of your medications

Active Inpatient Medications (including Supplies):

No Medications Found


Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                            Status
=======================================================================
1)   GABAPENTIN 400MG CAP TAKE ONE CAPSULE BY MOUTH THREE     ACTIVE
       TIMES A DAY FOR FOOT NEUROPATHY
2)   HydrOXYzine PAMOATE 50MG CAP TAKE ONE CAPSULE BY         ACTIVE
       MOUTH THREE TIMES A DAY AS NEEDED FOR ANXIETY
3)   LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH         ACTIVE
       EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
       THAN 8 CAPSULES IN 24 HOURS **
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA   86313 | Printed at NORTHERN ARIZONA HCS |

# Progress Notes

Printed On Aug 23, 2016

```
4)   RISPERIDONE 1MG TAB TAKE ONE-HALF TABLET BY MOUTH      ACTIVE
        TWICE A DAY FOR MOOD INSTABILITY
5)   TRAZODONE HCL 100MG TAB TAKE TWO TABLETS BY MOUTH AT   ACTIVE
        BEDTIME AS NEEDED FOR SLEEP

         No Non-VA Meds Extracted

Mental Status Exam:
Alert and oriented x 4
Appearance: small stature white male with multiple tatoos, appears stated age,
appropriately dressed
Behavior: cooperative,good eye contact, no psychomotor agitation or retardation,
  no tremors, tics or unusual movements noted.
Speech:spontaneous, no aphasias or other disorders of production
Affect:broad and appropriate to content of thought
Mood:less anxious today
Thought Process:logical, goal-directed. No evidence of perceptual impairments
such as AH, VH, OH, TH, GH.
Thought Content:ideas of reference. No evidence of SDV, H/I.
Higher Cognitive Functions: Insight and judgment are limited.
   other cognitive functions appeared to be intact from the context of the
   interview but were not formally tested.

A: Axis I  Psychostimulant dependence (bath salts)
           ETOH Intoxication-recent-now in remission.
           Social Anxiety Disorder
           R/O Panic Disorder with Agarophobia
           Amphetamine dependence
           Stimulant induced mood disorder (Psychotic) in remission.
           Attention Deficit Hyperactivity Disorder by History
           Nicotine dependence
     Axis II Antisocial Personality disorder
     Axis IIIInguinal hernia
             Hypertension
             Peripheral Nerve Disease
     Axis IV poor support system, homeless
     Axis  V GAF=45

P: Continue Trazodone  200 mg. Qbedtime.
   D/C     Paroxetine
   Continue Risperidone 0.5 mg. BID.
   F/U in DOM WI Clinic in 3-4 wks.
   I still have serious concerns about his commitment to our Treatment Program,
   Prognosis is guarded.

/es/ BRUNO SCHERZ, M.D.
PHYSICIAN
Signed: 08/22/2012 17:20
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001298

# Progress Notes

Printed On Aug 23, 2016

```
                        REGISTERED NURSE
─────────────────────────────────────────────────────────────────────
 LOCAL TITLE: RRTP DOM GROUP NOTE
STANDARD TITLE: DOMICILIARY NOTE
DATE OF NOTE: OCT 11, 2012@09:00     ENTRY DATE: OCT 11, 2012@10:38:05
      AUTHOR: HALD,KATHLEEN T        EXP COSIGNER: DEVINE,NANCY P
     URGENCY:                              STATUS: COMPLETED

Today's topics:
 Challenging Addictive Thoughts and Using Inner Dialogues to Manage Addictive
Thoughts
Group discussed : Identifying problem stress; using problem solving steps and
stress management to manage stress levels and manage impulsive and relapse
warning signs.

Group helped members  process managing his reaction to problem; discuss using
problem solving method to address stress problem reactions.

Education:
Monitoring of stress; problem solving; using problem solving method to address
stress problem reactions. Begin practice in treatment extend practice after
transition.

Assignment: examine and be prepared to discuss in group problem solving steps
for personal stress problem that endangers sobriety or is a relapse trigger.

Plan:  Continue transition planning; meet with client for individual at 1p
continue focus on  building recovery and symptom management
skills; identify and solidify strong  transition sober support system re:
sponsor and support group

Diagnosis: polysubstance  dep

/es/ KATHLEEN T HALD
social work intern
Signed: 10/11/2012 10:43

/es/ NANCY DEVINE
LICSW, LISAC, CSWHC
Cosigned: 10/11/2012 15:47

Receipt Acknowledged By:
10/17/2012 10:43         /es/ GUY C LAMUNYON
                              REGISTERED NURSE
─────────────────────────────────────────────────────────────────────
 LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: OCT 09, 2012@14:13     ENTRY DATE: OCT 09, 2012@14:13:22
      AUTHOR: SCHERZ,BRUNO           EXP COSIGNER:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001232

# Progress Notes

Printed On Aug 23, 2016

```
         URGENCY:                          STATUS: COMPLETED

    *** MH PSYCHIATRY NOTE Has ADDENDA ***

Pt. was a N/S for his Appt. with me @ 9:30 AM today. Please R/S as needed.

/es/ BRUNO SCHERZ, M.D.
PHYSICIAN
Signed: 10/09/2012 14:14


Receipt Acknowledged By:
10/15/2012 15:42        /es/ JUAN M PENA
                             REGISTERED NURSE

10/15/2012 ADDENDUM                        STATUS: COMPLETED
Forwarded to vets treatment coordinator as this is the second missed appt with
mental health providers (9/28 Hollingsworth and 10/9 Scherz).  Please notify
this writer if vet would like to be rescheduled to see MH provider.

/es/ JUAN M PENA
REGISTERED NURSE
Signed: 10/15/2012 15:44


Receipt Acknowledged By:
10/17/2012 10:37        /es/ GUY C LAMUNYON
                             REGISTERED NURSE
```

---

```
 LOCAL TITLE: RRTP DOM GROUP NOTE
STANDARD TITLE: DOMICILIARY NOTE
DATE OF NOTE: OCT 09, 2012@09:00    ENTRY DATE: OCT 09, 2012@15:27:28
      AUTHOR: HALD,KATHLEEN T     EXP COSIGNER: DEVINE,NANCY P
     URGENCY:                           STATUS: COMPLETED

Today's topics:
 Challenging Addictive Thoughts and Using Inner Dialogues to Manage Addictive
Thoughts
Group discussed : Identifying clear challenging thoughts to immediately
challenge addictive thinking/thoughts, pairing thoughts with strong challenging
image.
Group helped member by using problem solving steps to process current anxiety
producing problem

Education:
Craving cycle: interrupting first level craving using thought challenges

Observations:
 Vet participated fully in group actively made suggestion and assisted group to
process members problem.
```

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

Page 660

ELLSWORTH-VA-001233

# Progress Notes

```
Diet Rx: Regular Large Servings (2800 Kcal;125 g protein)
         yogurt TID per PA

above estimated energy requirements are based on wt maintenance
with sufficient protein to maintain albumin status WNL

NUTRITION Dx: inability to manage self care related to medical Dx as
evidenced by need for admission

NUTRITION INTERVENTION: RD discussed nutritional management with Vet. Vet
declined opportunity for ongoing Nutrition service

EXPECTED OUTCOMES: maintain wt about 180-195
                   exercise

MONITORING & evaluation
pt has sufficient understanding of information discussed

Nutrition Review by 1/28/13 unless prompted earlier by Vet


/es/ GEORGE M CORAM
R.D.
Signed: 10/22/2012 08:23
```

---

```
 LOCAL TITLE: RECREATION THERAPY NOTE
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 19, 2012@15:50     ENTRY DATE: OCT 19, 2012@15:50:10
      AUTHOR: BOLFANGO,PERFECTO D   EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Pt. attended the bowling group 10-18-12, which provides an opportunity for the
pt. to socially interact with peers in a non clinical environment, challenge one
self, engage in friendly competition, test level of focus and concentration,
realize how ones action can effect external  situations and enjoy the sport of
bowling.

/es/ PERFECTO D BOLFANGO
RECREATION THERAPIST
Signed: 10/19/2012 15:50
```

---

```
 LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: OCT 17, 2012@16:36     ENTRY DATE: OCT 17, 2012@16:36:48
      AUTHOR: SCHERZ,BRUNO          EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

   *** MH PSYCHIATRY NOTE Has ADDENDA ***
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA   86313

Printed at NORTHERN ARIZONA HCS

Page 648

ELLSWORTH-VA-001221

# Progress Notes

Pt. seen for a F/U RRTP DOM WALK IN Office 50 min. E & M Office Visit. Medication Reconciliation performed.

DIAGNOSES AND PROBLEMS TREATED THIS VISIT: R/O Bipolar I DO; Hx of ADHD dx

S/O: SIGNIFICANT ISSUES/SYMPTOMS/PROBLEMS:

Last seen by Ms. Hollingsworth on 8/8/2012. Divalproex was initiated, Risperidone was D/C'd. Please see her note of August 8. In the beginning he indicated he was feeling better after he got up to 500 mg. Qbedtime, was sleeping better, mood was more level, decreased lability of mood, anxiety had decreased, is not dreading class.

However, today he indicates he has been irritable over the past week and a half, more short tempered, says he is usually laid back. He was feeling better for a while after the initiation of Divalproex which he is taking at 500 mg. Qbedtime.

His uncle on his mother's side is diagnosed and treated for Bipolar disorder.

ELLSWORTH,JAMES DENNIS JR
BOB STUMP VAMC
          DRRTP 4H
          DO NOT MAIL MEDS
          PRESCOTT, AZ  86313

Attached is a list of your medications

Active Inpatient Medications (including Supplies):

No Medications Found


Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                          Status
=========================================================================
1)   DIVALPROEX 250MG 24HR(ER) SA TAB TAKE ONE TABLET BY    ACTIVE
        MOUTH EVERY MORNING AND TAKE THREE TABLETS AT
        BEDTIME
2)   GABAPENTIN 400MG CAP TAKE ONE CAPSULE BY MOUTH THREE   ACTIVE
        TIMES A DAY FOR FOOT NEUROPATHY
3)   LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
        EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
        THAN 8 CAPSULES IN 24 HOURS **

         No Non-VA Meds Extracted
```

Mental Status Exam:

---

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA  86313

**VISTA Electronic Medical Documentation**
Printed at NORTHERN ARIZONA HCS

ELLSWORTH-VA-001222

# Progress Notes

Printed On Aug 23, 2016

```
         URGENCY:                       STATUS: COMPLETED
```

Random BAC - .000.

/es/ MICHAEL R JENNINGS
SSA
Signed: 12/24/2012 16:29

```
 LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: DEC 24, 2012@10:06     ENTRY DATE: DEC 24, 2012@10:06:54
      AUTHOR: SCHERZ,BRUNO            EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

Pt. seen for a 45 min. RRTP DOM E & M WALK IN Office Visit. Medication reconciliation Performed.

HPI: ELLSWORTH,JAMES DENNIS JR is a 34 year old WHITE MALE returns for the forth time in the past six months. He was regularly discharged a month ago on 11/13. He was in US Vets and got kicked out two weeks ago, missed curfew (because of a girl), was taking Ephedrine for weight loss and as a stimulant (his drug of choice). He is back in the Dom to get back on track. He says he drank "a few beers" while he was gone but did not really go
back to drungs or alcohol.

He will spend 45 dys. in the DOM, then will be accepted back to US Vets.

Took pure Ephedrine 32 mg. TID + Caffeine and ASA. ECA stacks.

Last seen by Dr. Ruekberg on 12/18. Pt. assigned to Dr. Ruekberg as a New Pt.

CLINICAL HISTORY

PRESENTING CHIEF COMPLAINT:
Follow-up for Bipolar, social phobia, and drug dependency


HISTORY OF CURRENT ILLNESS:
34 year old with polysubstance dependency (cocaine, bath salts, ephedrine, alcohol, social phobia and recent diagnosis of Bipolar -affective disorder.
In Dom in October for rehab and medication changes - recently relapsed, left US VETS  - kicked out for curfew violation and testing positive for met ( he states he used ephedrine) Now living with friends that are both drinkers (he met them at the Dom) .Reeports he will be admitted in two days to the Dom for further rehab and treatment. Has trouble remembering to take medication -has been taking Divalproex but not gabapentin.


PERTINENT FAMILY, SOCIAL, AND DEVELOPMENTAL HISTORY:

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA   86313

**VISTA Electronic Medical Documentation**
Printed at NORTHERN ARIZONA HCS

Page 569

ELLSWORTH-VA-001142

# Progress Notes

```
Father and paternal GM -Huntington's Chorea
Maternal Uncle -BPAD, Maternal Aunt Schizophrenia
Only child
Marines 4 years -no combat
Divorced No children

Pertinent Medical - had Huntington's test 2006  result was equivocal


ACTIVE MEDICATIONS:
Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                           Status
=========================================================================
1)   DIVALPROEX 250MG 24HR(ER) SA TAB TAKE ONE TABLET BY    ACTIVE
        MOUTH EVERY MORNING AND TAKE THREE TABLETS AT
        BEDTIME
2)   GABAPENTIN 400MG CAP TAKE ONE CAPSULE BY MOUTH THREE   ACTIVE
        TIMES A DAY FOR FOOT NEUROPATHY
3)   LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
        EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
        THAN 8 CAPSULES IN 24 HOURS **
MENTAL STATUS EXAM:
-------------------
ORIENTATION AND CONSCIOUSNESS:
  alert and attentive
  oriented x3
APPEARANCE AND BEHAVIOR:
  cooperative and reasonable
  details:
    Multiple tatoos neck and fingers
SPEECH:
  normal rate/rhythm
LANGUAGE:
  intact
MOOD AND AFFECT:
  mood anxious
PERCEPTUAL DISTURBANCE (hallucinations, illusions):
  none
THOUGHT PROCESS AND ASSOCIATION:
  normal, coherent
THOUGHT CONTENT (delusions, obsessions etc.):
  no unusual thought content
SUICIDAL OR VIOLENT IDEATION:
  none
INSIGHT:
  good
JUDGMENT:
  impulsive
  impaired
```

---

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA  86313

**VISTA Electronic Medical Documentation**
Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Aug 23, 2016

```
MEMORY:
   intact
FUND OF KNOWLEDGE
     Average
SUMMARY AND FORMULATION:
------------------------


                   INITIAL DSM-IV DIAGNOSIS:
Axis I Clinical Disorder:
  Anxiety Disorder:  Social Phobia
  Bipolar Disorder:  NOS (Not Otherwise Specified)
  Addictive Disorder:  Alcohol abuse, Cocaine abuse, Stimulant abuse, Other:
bath salts, ephedrine
  Attention Deficit Disorder by history
Axis II Personality Disorders/Traits:
    R/O Antisocial
Axis III Current Medical Conditions:  See Medical History above
Axis IV Current Psychosocial Stressors:
 housing, primary support group, social environment, financial, other:
FH of Hunington Chorea - father
Axis V GAF Score (current level of functioning): 45

Initial Treatment Plan:
Patient reports will be admitted to Domiciliary in 2 days
No medication changes other than recommed changing to taking his Depakote 1000mg
@ bedtime . Check level and labs in Domiciliary. Follow-up with me afer
discharge from Dom.
Long Term goals Sobriety, medication compliance, regain employment and stable
non-enabling social network
Anticipated Duration:Chronic/Ongoing

O: as noted above by Dr. Ruekberg. concure with his MSE, findings are the same.

A:Axis I Clinical Disorder:
  Anxiety Disorder:  Social Phobia
  Bipolar Disorder:  NOS (Not Otherwise Specified)
  Addictive Disorder:  Alcohol abuse, Cocaine abuse, Stimulant abuse, Other:
bath salts, ephedrine
  Attention Deficit Disorder by history

Axis II Personality Disorders/Traits:
    R/O Antisocial

Axis III Current Medical Conditions:  See Medical History above
Axis IV Current Psychosocial Stressors: housing, primary support group, social
environment, financial, other: FH of Hunington Chorea - father

Axis V GAF Score (current level of functioning): 45

P: Continue Divalproex 250 mg. QAM; 750 mg. QBedtime.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001144

# Progress Notes

Printed On Aug 23, 2016

```
     Pt. will be F/U by Dr. Ruekberg as he has been assigned to him previously.
     Pt. does not have to be D/C from DOM for F/U with Primary MH Provider.


/es/ BRUNO SCHERZ, M.D.
PHYSICIAN
Signed: 12/30/2012 16:25


Receipt Acknowledged By:
03/09/2013 10:25          /es/ Bruce M. RUEKBERG
                               PSYCHIATRIST
```

```
 LOCAL TITLE: RRTP DOM VERBAL WARNING
STANDARD TITLE: DOMICILIARY ADMINISTRATIVE NOTE
DATE OF NOTE: DEC 23, 2012@09:42    ENTRY DATE: DEC 23, 2012@09:43:17
      AUTHOR: SANTA,CHERYL C      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

During scheduled rounds, found room to be cluttered with clothing on bed and
desk.  Note left for vet to clean room.  Will inform coworkers and Tx.
coordinator.

/es/ CHERYL C SANTA
LPN
Signed: 12/23/2012 09:51

Receipt Acknowledged By:
12/23/2012 10:16         /es/ MARTY JANE HREDZAK
                              LPN
12/26/2012 13:33         /es/ GUY C LAMUNYON
                              REGISTERED NURSE
12/23/2012 14:17         /es/ STEPHANIE L SIMONS
                              LPN
```

```
 LOCAL TITLE: RRTP DOM SSA NOTE
STANDARD TITLE: DOMICILIARY NOTE
DATE OF NOTE: DEC 22, 2012@19:27    ENTRY DATE: DEC 22, 2012@19:27:12
      AUTHOR: JENNINGS,MICHAEL R   EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

   *** RRTP DOM SSA NOTE Has ADDENDA ***

This Veteran was no where to be found in the Dom.  Veteran has been here several
times previously and on week ends he leaves the Dom. Vet often stated that he
was at YCC. He just came in this past week and should not be leaving the Dom.

/es/ MICHAEL R JENNINGS
SSA
Signed: 12/22/2012 19:30
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001145