EXHIBIT 10

# Progress Notes

Printed On Aug 23, 2016

```
Receipt Acknowledged By:
10/30/2012 10:15          /es/ LISA A LAHAIE, LMSW
                               Licensed Master Social Worker
10/30/2012 10:20          /es/ GUY C LAMUNYON
                               REGISTERED NURSE


10/30/2012 ADDENDUM                        STATUS: COMPLETED
Noted

/es/ GUY C LAMUNYON
REGISTERED NURSE
Signed: 10/30/2012 10:21

Receipt Acknowledged By:
10/30/2012 16:53          /es/ KATHLEEN T HALD
                               social work intern
```

```
 LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: OCT 22, 2012@17:14      ENTRY DATE: OCT 22, 2012@17:14:15
      AUTHOR: SCHERZ,BRUNO              EXP COSIGNER:
     URGENCY:                                STATUS: COMPLETED
```

Pt. seen for a F/U RRTP DOM WALK IN Office 50 min. E & M Office Visit. Medication Reconciliation performed.


Pt. seen for F/U of R/O Bipolar I DO; Hx of ADHD dx

S/O: Today he indicates he has been less irritable since increase of Divalproex. He is feeling less anxious, more level headed, less short tempered. Is able to concentrate better. Is doing better therefore with task oriented things, able to focus on homework better.

Reviewed labs. with pt. Divalproex level is increasing.

Has been referred to the Bipolar Group. Mother got the call because he has not changed that number to his current cell phone no. Asked him to check with his Rx. Coordinator as he has been notified. Asked pt. to make sure he gets his cell phone no. in ASAP.

He continues planning on remaining in Prescott. Pt. currently working at Front Desk at the DOM.

His uncle on his mother's side is diagnosed and treated for Bipolar disorder.

ELLSWORTH,JAMES DENNIS JR
BOB STUMP VAMC
            DRRTP 4H

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA   86313

VISTA Electronic Medical Documentation
Printed at NORTHERN ARIZONA HCS

ELLSWORTH-VA-001217

# Progress Notes

Printed On Aug 23, 2016

```
            DO NOT MAIL MEDS
            PRESCOTT, AZ  86313

Attached is a list of your medications

Active Inpatient Medications (including Supplies):

No Medications Found


Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                              Status
=========================================================================
1)   DIVALPROEX 250MG 24HR(ER) SA TAB TAKE ONE TABLET BY    ACTIVE
        MOUTH EVERY MORNING AND TAKE THREE TABLETS AT
        BEDTIME
2)   GABAPENTIN 400MG CAP TAKE ONE CAPSULE BY MOUTH THREE   ACTIVE
        TIMES A DAY FOR FOOT NEUROPATHY
3)   LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
        EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
        THAN 8 CAPSULES IN 24 HOURS **

        No Non-VA Meds Extracted
```

Mental Status Exam:
Alert and oriented x 4
Appearance: small stature white male with multiple tatoos, appears stated age, appropriately dressed
Behavior: cooperative,good eye contact, no psychomotor agitation or retardation,no tremors, tics or unusual movements noted.
Speech:spontaneous, no aphasias or other disorders of production
Affect:reasonably euthymic and appropriate to content of thought
Mood:less anxious today
Thought Process:logical, goal-directed. No evidence of perceptual impairments such as AH, VH, OH, TH, GH.
Thought Content: No current ideas of reference noted. No evidence of
SDV, S/I of H/I.
Memory and Cognition-improving. Says memory is better, concentration is better.
Insight and judgment are improving.


A: Axis I   Psychostimulant dependence (bath salts)
            R/O Bipolar Disorder.
            ETOH Intoxication-recent-now in remission.
            Social Anxiety Disorder
            R/O Panic Disorder with Agarophobia
            Amphetamine dependence
            Stimulant induced mood disorder (Psychotic) in remission.
            Attention Deficit Hyperactivity Disorder by History

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA   86313

**VISTA Electronic Medical Documentation**
Printed at NORTHERN ARIZONA HCS

ELLSWORTH-VA-001218

# Progress Notes

Printed On Aug 23, 2016

```
            Nicotine dependence
   Axis II Antisocial Personality disorder
   Axis IIIInguinal hernia
            Hypertension
            Peripheral Nerve Disease
   Axis IV poor support system, homeless
   Axis  V GAF=45

P: Continue Divalproex---250 mg. QAM; 750 mg. Qbedtime.
   F/U in DOM WI Clinic with me.
   Pt. will stay in Prescott, will go to US Vets.
   Refer to Bipolar  Group.-done
--Patient will be assigned to Dr. Easterday for evaluation and further f/u as
  he was supposed to be seen by Dr. Grindlinger who is leaving the station.
--Appointment will be scheduled and pt notified at US Vets.
--Veteran can be seen as a walk-in to the mental health clinic before the
  date of the initial appointment with Dr. Easterday if he is in crisis.

/es/ BRUNO SCHERZ, M.D.
PHYSICIAN
Signed: 10/23/2012 17:37
```

---

```
 LOCAL TITLE: DOMICILIARY HEALTH AND WELFARE INSPECTION
STANDARD TITLE: DOMICILIARY NOTE
DATE OF NOTE: OCT 22, 2012@15:20     ENTRY DATE: OCT 22, 2012@15:20:23
      AUTHOR: SIMONS,STEPHANIE L   EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

DATE: 10/22/12                  TIME:1330

VETERAN'S  ROOM  NUMBER: B035-1

VETERAN PRESENT DURING SEARCH:    YES     x NO

LOCKER SECURED:                 x YES       NO

MEDICATIONS SECURED:            x YES       NO

UNAUTHORIZED MEDICATIONS FOUND:   YES     x NO
DESCRIBE:


CONTRABAND FOUND:                 YES     x NO
DESCRIBE:


OTHER PROBLEMS FOUND: Some clutter on desk and, dirty clothes in locker. Nothing
out of the ordinary per DOM protocol. Vet was told to just tidy up his room and
agreed to do so.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

Page 646

ELLSWORTH-VA-001219