EXHIBIT 11

# Progress Notes

```
Signed: 08/10/2012 08:27

Receipt Acknowledged By:
08/10/2012 13:54         /es/ Kevin L. Draper, LCSW
                              SWS
08/10/2012 13:50         /es/ BARBARA H ECHEVERRIA
                              PATIENT ADVOCATE
08/10/2012 10:02         /es/ ROBERT S GORELIK
                              SOCIAL WORKER
```

```
 LOCAL TITLE: MH ADDICTION THERAPY GROUP
STANDARD TITLE: MENTAL HEALTH GROUP COUNSELING NOTE
DATE OF NOTE: AUG 08, 2012@15:30    ENTRY DATE: AUG 08, 2012@17:28:27
      AUTHOR: GALICH,GEORGE S      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
```

Mindfulness Meditation Group-60 minutes
Facilitator: George Galich AT
18 Veterans participated

Today from 15:30 to 16:30 the Veteran participated in the Mindfulness Meditation group. The Veteran is alert, animated in affect. There was no SDVI/HI evidenced or reported by the Veteran. The group members through didactic, dialectic, and experiential methods were educated about a basic understanding of what is known about Mindfulness Meditation and how to elicit the relaxation response. Group members were educated about the wellness and recovery benefits of and the how to of cultivating the 7 attitudes of Mindfulness: non-judging, patience, a beginner's mind, trust, non-striving, acceptance, letting go. Group members discussed the ins and outs of Mindfulness and how to use Mindfulness skills to cultivate forgiveness, compassion and lovingkindness for self and others. Group members were instructed in and practiced in today's group the following Mindfulness Meditations: Sitting, Hearing, Breathe, Body Scan, Cultivating Compassion and Welcome Anxiety My Old Friend. Group members were educated about the mental, emotional and physical health, wellness, and recovery benefits of using such Mindfulness skills in their daily lives to further enhance their wellness and recovery processes.

/es/ GEORGE S GALICH
Licensed Chemical Dependency Counselor
Signed: 08/08/2012 17:29

```
 LOCAL TITLE: MH PSYCHIATRY NP PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NURSE PRACTITIONER NOTE
DATE OF NOTE: AUG 08, 2012@10:11    ENTRY DATE: AUG 08, 2012@10:11:47
      AUTHOR: HOLLINGSWORTH,ELEAN  EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
```

TREATMENT THIS VISIT: Pt seen on a crisis walk in basis and as post hospitalization

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001333

# Progress Notes

Printed On Aug 23, 2016

The patient was seen for a minimum of 35 minutes.

DIAGNOSES AND PROBLEMS TREATED THIS VISIT: Mood Disorder Nos;

SIGNIFICANT ISSUES/SYMPTOMS/PROBLEMS: Pt is here today because he is anxious and he thinks the Paxil is causing it.  On  August 1st, he was kicked out of the DOM for going into town and drinking heavily.  He then returned to the DOM, fell hit his head, was transported to the YRMC ER. During the ambulance ride, vet assaulted a paramedic. Pt was then brought to the VA ER.

In the VA ER, on August 4th, pt stated that he was afraid that if he left the ER that he would go out, drink and hurt someone. Pt admits that he did a line of bath salts on August 4th.  He was placed on a 1:1, and cleared to go inpt to Phoenix. He was there for four days and no medication changes.

Today, pt wants an additional medication to help him with the anxiety.  Says the that he is clean and hasn't been using any alcohol or bath salts.  He blames his behavior over the past 2 weeks on the Paxil.

Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                          Status
=========================================================================
1)   GABAPENTIN 400MG CAP TAKE ONE CAPSULE BY MOUTH THREE   ACTIVE
        TIMES A DAY FOR FOOT NEUROPATHY
2)   HydrOXYzine PAMOATE 50MG CAP TAKE ONE CAPSULE BY       ACTIVE
        MOUTH THREE TIMES A DAY AS NEEDED FOR ANXIETY
3)   LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
        EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
        THAN 8 CAPSULES IN 24 HOURS **
4)   RISPERIDONE 1MG TAB TAKE ONE-HALF TABLET BY MOUTH      ACTIVE
        TWICE A DAY FOR MOOD INSTABILITY
5)   TRAZODONE HCL 100MG TAB TAKE TWO TABLETS BY MOUTH AT   ACTIVE
        BEDTIME AS NEEDED FOR SLEEP
```

RELEVANT MENTAL STATUS AND OTHER OBJECTIVE FINDINGS:This is a 34-year-old Caucasian male; looking stated age; with good grooming and hygiene, dressed appropriately to the situation. Good eye contact.  AAOx3, pleasant and cooperative. Some psychomotor hyperactivity with no abnormal movements noted. Mood reported as "anxious". Affect is anxious in quality, constricted in range, appropriate, related and mostly stable. Speech is normal in tone, rate, rhythm and volume; coherent, logical, goal directed. No formal thought disorder noted. No delusions elicited. No auditory or visual hallucinations or other psychotic symptoms reported. Veteran does not seem preoccupied or responding to internal stimuli. No s/h ideations, intent or plan elicited or reported. Insight and judgment are fair at best.  Cognition is grossly intact, but was not formally tested.

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001334

# Progress Notes

```
ASSESSMENT:      Axis I:         Polysubstance Abuse
                                 Anxiety DO NOS
                                 Anxiety Secondary to substance abuse
                 Axis II:        R/O Antisocial PD



PLAN:
 (include follow-up plan and, when appropriate, changes in medications,
 changes in other interventions or other parts of the treatment plan,
 referrals, lab tests ordered)
-Medications reconciled.
-Patient never picked up the Hydroxyzine or the Trazodone from the Pharmacy on
8/4.  Placed call and he can pick them up today.
-Taper Paxil by decreasing to 20 mg po q day for 7 days then dc.
-Initiate Risperidone 0.5 mg po bid for mood lability and anxiety.  Have also
advised pt that he needs to stop abusing substances and his anxiety will
decrease significantly. Side effects discussed including risk of hepatotoxicity,
blood dyscrasias, metabolic syndrome, prolactinemia, risk of QTc prolongation
leading to arrhythmias, EPS, NMS and weight gain as well as orthostatic
hypotension and dizziness. Patient voiced informed consent.
-Patient has a med checkup with this writer on 9/19 at 1300.
-Patient is assigned to a permanent provider, Dr. Grindlinger at 1/4/12 at 0930.
-Pt also agrees to call for an earlier appt, come in as a walk in, go to the
nearest ER or call 911 or Veteran's Hotline should his depressive symptoms
increase.
   Eval for Abnl Involuntary Movements:
     AIMS (Mental Health Instrument)
       The patient was evaluated for symptoms of tardive dyskinesia using
           the AIMS.
              Total score for items 1-7:         0

           1. Facial and Oral Movements    Muscles of facial expression,
           e.g., movements of forehead, eyebrows, periorbital area, cheeks.
           Include frowning, blinking, grimacing of upper face.
           None

           2. Facial and Oral Movements   Lips and perioral area, e.g.,
           puckering, pouting, smacking.
           None

           3. Facial and Oral Movements   Jaw, e.g., biting, clenching,
           chewing, mouth opening, lateral movement.
           None

           4. Facial and Oral Movements    Tongue. Rate only increase in
           movement both in and out of mouth, not inability to sustain
           movement.
           None
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA   86313

VISTA Electronic Medical Documentation
Printed at NORTHERN ARIZONA HCS

ELLSWORTH-VA-001335

# Progress Notes

```
5. Extremity Movements   Upper (arms, wrists, hands, fingers).
Include movements that are choreic (rapid, objectively
purposeless, Irregular, spontaneous) or athetoid (slow,
irregular, complex, serpentine). Do not include tremor
(repetitive, regular, rhythmic movements).
None

6. Extremity Movements   Lower (legs, knees, ankles, toes),
e.g., lateral knee movement, foot tapping, heel dropping, foot
squirming, Inversion and eversion of foot.
None

7. Trunk Movements   Neck, shoulders, hips, e.g., rocking,
twisting, squirming, pelvic gyrations. Include diaphragmatic
movements.
None

8. Global Judgments   Severity of abnormal movements.
none, normal

9. Global Judgments   Incapacitation due to abnormal movements.
none, normal

10. Global Judgments   Patient's awareness of abnormal
movements. Rate only patient's report
no awareness

11. Dental Status   Current problems with teeth and/or dentures.
no

12. Dental Status   Does patient usually wear dentures?
no
```
Atypical Antipsychotic-MD/NP/PA:
```
   ELLSWORTH,JAMES DENNIS JR is a 34 year old MALE veteran who
   presented for care on                   .
   Veteran reports having the following symptoms: No side effects at
   this time.


   EXAMINATION:

   Blood pressure
   8/4/2012@22:11:38        BLOOD PRESSURE: 137/90
   7/30/2012@16:05          BLOOD PRESSURE: 125/82
   7/19/2012@09:00          BLOOD PRESSURE: 120/74
   7/13/2012@08:59:36       BLOOD PRESSURE: 120/80
   7/12/2012@09:12:07       BLOOD PRESSURE: 111/76

   Weight
   7/30/2012@16:05          WEIGHT: 180.2 lb. ( 81.9 kg.)
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA   86313 | Printed at NORTHERN ARIZONA HCS |

# Progress Notes

Printed On Aug 23, 2016

```
    7/11/2012@12:34:03        WEIGHT: 177 lb. ( 80.5 kg.)
    6/13/2012@10:53:33        WEIGHT: 173.2 lb. ( 78.7 kg.)

    Height 67 in [170.2 cm] (07/11/2012 12:34)

    BMI
    BODY MASS INDEX
       28.3 (JUL 30, 2012@16:05:00)
       27.0 (JUL 11, 2012@12:34:03)
       JUN 13, 2012@10:53:33
       MAY 17, 2012@08:28:33
       MAY 02, 2012@14:17:49

    Most Recent Lab Results:
    GLUCOSE                   8/4/12 23:18      97
                              6/24/12 20:58     114 H
                              5/31/12 09:02     71



    HEMOGLOBIN A1C - NONE FOUND



    LIPID Coll. date       CholesteTriglyceDirect HLDL Calc
    5/31/12 09:02             189       197 H    42        108
       See orders tab for any orders that may have been placed.
    PATIENT EDUCATION:
    The patient was educated about the risks and benefits of treatment
    with antipsychotic medications.  The risks discussed include the
    risk of abnormal involuntary movements of the mouth, face, hands,
    and feet.

    In addition, we discussed the risks of a metabolic-type syndrome
    with the use of the atypical antipsychotic class of medicines
    which are less likely to cause movements, although they sometimes
    can occur. These other risks include possible weight gain,
    elevations in blood sugar and blood pressure, and an increase in
    cholesterol and lipids.  In addition, we discussed that some
    patients even develop diabetes.  Patient was given an opportunity
    to ask questions.  Patient indicated an understanding of these
    risks and benefits and chose to proceed with the use of this
    atypical antipsychotic medication.



 /es/ ELEANOR L HOLLINGSWORTH, MS,APRN,PSY.NP
 PSYCHIATRIC,MENTAL HEALTH NURSE PRACTITIONER
 Signed: 08/08/2012 12:30
```

LOCATION: PRE EMERG DEPT VISIT-        VISIT DATE: AUG 04, 2012@22:03

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001337

# Progress Notes

Printed On Aug 23, 2016

```
Diagnosis: Polystubstance dependence

/es/ KATHLEEN T HALD
social work intern
Signed: 09/19/2012 12:50

/es/ NANCY DEVINE
LICSW, LISAC, CSWHC
Cosigned: 09/20/2012 16:50

Receipt Acknowledged By:
09/24/2012 16:25         /es/ GUY C LAMUNYON
                              REGISTERED NURSE
```

```
 LOCAL TITLE: MH PSYCHIATRY NP PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NURSE PRACTITIONER NOTE
DATE OF NOTE: SEP 19, 2012@07:53     ENTRY DATE: SEP 19, 2012@07:53:51
      AUTHOR: HOLLINGSWORTH,ELEAN   EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

TREATMENT THIS VISIT: Pt scheduled with writer for a follow up for medication check. Last seen by Dr. Scherz on August 20th.

The patient was seen for a minimum of 35 minutes.

DIAGNOSES AND PROBLEMS TREATED THIS VISIT: R/O Bipolar I DO; Hx of ADHD dx

SIGNIFICANT ISSUES/SYMPTOMS/PROBLEMS:
Pt last seen by this writer on August 8th.
He was seen in a post hospitalization visit. He had had a reaction to Paroxetine in which he became acutely anxious and irritable. In the VA ER, on August 4th, pt stated that he was afraid that if he left the ER that he would go out, drink and hurt someone.

Since then pt has been on Trazodone for sleep and Risperidone 0.5 mg bid as a mood stabilizer. Pt states that the Trazodone is not effective is helping him sleep. He wakes up at 1am and stays awake for the rest of the night. Says that he has also tried Hydroxyzine and it wasn't helpful either.

Pt reports fluctuations in his mood. Today is a good day, but recently he has been depressed and very irritable. Pt says he has had this cycle in his mood for years and may be part of the reason he abused the cocaine. He will have normal moods for a few days each month, but then become depressed and very irritable. Says that he has also had discreet periods of time in which he has a very elevated mood, racing thoughts, pressured speech, lots of projects that don't get finished. Admits to spending money he doesn't have and behaviors that could get him hurt.

His uncle on his mother's side is diagnosed and treated for Bipolar disorder.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA  86313

VISTA Electronic Medical Documentation
Printed at NORTHERN ARIZONA HCS

Page 683

ELLSWORTH-VA-001256

# Progress Notes

Printed On Aug 23, 2016

```
He says that many of the people on his father's side of the family abuse alcohol
and drugs.  He's not sure about mood disorders with them.

Active Inpatient Medications (including Supplies):

Trazodone 200 mg po q bedtime prn sleep
Risperidone 0.5 mg bid for mood lability

RELEVANT MENTAL STATUS AND OTHER OBJECTIVE FINDINGS:This is a 34-year-old
Caucasian male looking stated age, dressed appropriately to the situation, good
hygiene and grooming, in no apparent distress, alert, oriented x3 with no
psychomotor abnormalities or abnormal movements noted.  Mood is self reported as
"irritable because I'm not sleeping". Affect is appropriate in range, neutral in
quality, appropriate, related, and reactive. Speech is normal in tone, rhythm,
and rate, and volume. Thought processes are coherent, logical, goal directed. No
formal thought disorder noted. No suicidal or homicidal ideations, intent or
plan elicited or reported. No auditory or visual hallucinations reported. No
delusions elicited. The veteran does not seem preoccupied or responding to
internal stimuli. Insight and judgment seem good. Cognition was grossly intact,
but was not formally tested.

ASSESSMENT:      Axis I:         R/O Bipolar I DO, mixed presentation
                                 Anxiety DO NOS
                                 Polysubstance Abuse
                 Axis II:        R/O Antisocial PD



PLAN:
 (include follow-up plan and, when appropriate, changes in medications,
 changes in other interventions or other parts of the treatment plan,
 referrals, lab tests ordered)
-Medications reconciled.
-Discontinue Trazodone.  Pt is not taking it as it is not working.
-Taper pt off of the Risperidone by decreasing to 0.5 mg po q bedtime for 7 days
then discontinue.  Feel pt would do better on a traditional mood stabilizer.
-Initiate Divalproex 24HR ER SA 250 mg po q bedtime for 4 days, then increase to
500 mg po q bedtime until seen again by this writer on the 28th. Side effects
discussed, including risks of liver and pancreatic toxicity, blood dyscrasias,
rashes (including Steven-Johnson syndrome), hair loss, weight gain, dizziness,
sedation. Patient voiced informed consent.
-Pt to have labs drawn on 9/28 for Valproic level, CBC and Chem 14.
-Patient has a med checkup with this writer on 9/28/12 at 1130.
-Patient is assigned to a permanent provider, Dr. Grindlinger at 1/4/13 at 0930.
-Pt also agrees to call for an earlier appt, come in as a walk in, go to the
nearest ER or call 911 or Veteran's Hotline should his depressive symptoms
increase.

/es/ ELEANOR L HOLLINGSWORTH, MS,APRN,PSY.NP
PSYCHIATRIC,MENTAL HEALTH NURSE PRACTITIONER
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
ELLSWORTH,JAMES DENNIS JR
P O BOX 9059
C/O U S VETS
PRESCOTT, ARIZONA  86313

**VISTA Electronic Medical Documentation**
Printed at NORTHERN ARIZONA HCS

Page 684

ELLSWORTH-VA-001257

# Progress Notes

Printed On Aug 23, 2016

```
  LOCAL TITLE: RECREATION THERAPY NOTE
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: SEP 29, 2012@15:53     ENTRY DATE: SEP 29, 2012@15:53:34
      AUTHOR: BOLFANGO,PERFECTO D   EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Pt. attended the bowling group,9-27-12,  which provides an opportunity for the
pt. to socially interact with peers in a non clinical environment, challenge one
self, engage in friendly competition, test level of focus and concentration,
realize how ones action can effect external  situations and enjoy the sport of
bowling.

/es/ PERFECTO D BOLFANGO
RECREATION THERAPIST
Signed: 09/29/2012 15:53
```

```
  LOCAL TITLE: RRTP DOM PATIENT EDUCATION NOTE
STANDARD TITLE: DOMICILIARY NOTE
DATE OF NOTE: SEP 29, 2012@09:00     ENTRY DATE: OCT 04, 2012@15:36:51
      AUTHOR: RAFIDI-TATUM,JOYCE    EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Wellness Education Class focuses on issues common to recovery from addiction,
trauma,
homelessness/unemployment.
31 Veterans in attendance.
Today's topic was Cycle of Addiction.  Discussed "The Cycle of Addiction," based on
Staying Sober, by
Terrence T Gorski & Merlene Miller.  Veterans were active participants in discussing
each of the six items
in the cycle of addiction (short-term gratification; long-term pain; addictive
thinking; increased tolerance;
loss of control; and biopsychosocial damage).  In addition the class listed
characteristics of a person who
are likely to begin using alcohol and other drugs, as well as characteristics of
those who cope in other
ways.
No SDV/HI noted or reported on this date.
Veterans encouraged to stay after group if they had questions, comments, or
concerns.

/es/ JOYCE A RAFIDI-TATUM
PSYCHOLOGIST
Signed: 10/04/2012 15:49
```

```
  LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: SEP 28, 2012@12:01     ENTRY DATE: SEP 28, 2012@12:01:49
      AUTHOR: HOLLINGSWORTH,ELEAN   EXP COSIGNER:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA   86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001241

# Progress Notes

```
       URGENCY:                         STATUS: COMPLETED

    *** MH PSYCHIATRY NOTE Has ADDENDA ***

NO SHOW NOTE

Patient was scheduled for follow up with this writer at 11:30 today with the
understanding that he was to have had his ordered labs completed.

Patient was a no show for his appt today.  He had not had his labs drawn.

PLAN:   Schedule pt for labs on Monday October 1st.
        Schedule pt for a follow up appt with either Scherz or Sadowki once
             lab results are back.


/es/ ELEANOR L HOLLINGSWORTH, MS,APRN,PSY.NP
PSYCHIATRIC,MENTAL HEALTH NURSE PRACTITIONER
Signed: 09/28/2012 12:08

Receipt Acknowledged By:
10/15/2012 11:54         /es/ CHRISTOPHER T HUMMEL
                              CLINICAL PSYCHOLOGIST
09/28/2012 14:19         /es/ JUAN M PENA
                              REGISTERED NURSE
09/28/2012 12:55         /es/ ARTUR P SADOWSKI
                              PSYCHIATRIST MD
09/28/2012 13:48         /es/ BRUNO SCHERZ, M.D.
                              PHYSICIAN

09/28/2012 ADDENDUM                           STATUS: COMPLETED
Forwarded above note to treatment coordinator for review and f/u.  Scheduled for
labs on 10/1 and appt with Dr. Scherz on 10/3.

/es/ JUAN M PENA
REGISTERED NURSE
Signed: 09/28/2012 14:20

Receipt Acknowledged By:
10/01/2012 15:31         /es/ GUY C LAMUNYON
                              REGISTERED NURSE

 LOCAL TITLE: MH VOCATIONAL REHABILITATION PROGRESS NOTE
STANDARD TITLE: VOCATIONAL REHABILITATION NOTE
DATE OF NOTE: SEP 28, 2012@09:27     ENTRY DATE: SEP 28, 2012@09:27:42
      AUTHOR: WEISSER,HARVEY R    EXP COSIGNER:
      URGENCY:                         STATUS: COMPLETED

MH DOM RRTP VOCATIONAL REHABILITATION RE-ASSESSMENT AND PLAN:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>P O BOX 9059<br>C/O U S VETS<br>PRESCOTT, ARIZONA   86313 | Printed at NORTHERN ARIZONA HCS |

ELLSWORTH-VA-001242