Erin Steffin-Bevins (SBN. 024558)
Law Office of Erin Steffin-Bevins
3260 N. Hayden Road, Suite 210
Scottsdale AZ 85251
Telephone:   (480) 285-8259
Facsimile:   (480) 452-1205
E-mail: esteffin@gmail.com

Thomas P. Valet, Esq. (*Pro Hac Vice*)
Thomas P. Valet P.C.
15 Jenna Ct.
Holbrook, NY 11741
Telephone: (631) 697-0135
Email: jvtv83@aol.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Ellsworth,<br><br>    Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>    Defendant. | CV-16-08150-PCT-DLR<br><br>**PLAINTIFF'S APPENDIX OF EVIDENCE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

## APPENDIX OF EVIDENCE

**Exhibit A** : October 25, 2015 Report of Dr. Sporty.

**Exhibit B** : August 16, 2017 Report of Dr. Sporty.

**Exhibit C** : November 10, 2017 Affidavit of Dr. Sporty.

**Exhibit D** : Expert Report of Dr. Ritter with accompanying C.V., List of Cases, Schedule of Fees.

1

**Exhibit E** : Expert Report of Dr. Farber with accompanying C.V., List of Cases, Schedule of Fees.

**Exhibit F** : Relevant Excerpts from the Deposition Testimony of N.P. Eleanor Hollingsworth.

**Exhibit G** : Relevant Excerpts from the Deposition Testimony of Dr. Steven Chintis.

**Exhibit H** : Relevant Excerpts from the Deposition Testimony of Nurse, Social Worker Suzanne Ball.

**Exhibit I** : Relevant Excerpts from Decedent's VA Medical Records

**Exhibit J** : Relevant Excerpts from the Deposition Testimony of Plaintiff, Susan Ellsworth.

                    Respectfully submitted,

Date: November 17, 2017      LAW OFFICE OF ERIN STEFFIN-BEVINS
                                      THOMAS P. VALET, P.C.

                                      By:       */s/ Erin Steffin-Bevins*
                                      ERIN STEFFIN-BEVINS, Attorney for Plaintiff, Susan Ellsworth

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Arizona, using the CM/ECF system.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

           ___/s/ Erin Steffin-Bevins_____
           By:  Erin Steffin-Bevins, Esq.
           Attorney for Plaintiff