EXHIBIT D

Dr. Michael Ritter

# Michael Steven Ritter, MD, FAAEM, FACEP

███████████████████████

**949-230-4557**
**RitterMD@gmail.com**

November 4, 2017

Erin Steffin
Law Office of Erin Steffin
3260 N. Hayden Road Suite 210
Scottsdale AZ 85251

**RE: James Ellsworth Jr**

Dear Ms. Steffin:

I am a residency trained and a Board-Certified Emergency Medicine physician, licensed to practice medicine in the state of California. I have been in Full time active clinical practice as an emergency medicine physician since 1994. Since 1996, I have worked full time in the Emergency Department at Mission Hospital and CHOC Children's Hospital at Mission. In 2012, I became the Medical Director of the Emergency Department. I have also held an appointment as an Assistant Clinical Professor of Emergency Medicine in the Department of Emergency Medicine at the University of California, Irvine Medical Center since 1998 and through the present, providing instruction to medical students and Emergency Medicine residents.

A copy of my curriculum vitae is attached. At your request, I have reviewed the medical records of James Dennis Ellsworth Jr and the depositions of Dr. Steven Chintis, Ms. Eleanor Hollingsworth, PSYNP, and Ms. Suzanne Ball, RN, with regard to the care and treatment he received at the Emergency Department at the Prescott Veterans Affairs Medical Center (VAMC). On the basis of this review, and on the basis of my medical education, medical training, and experience, I have reached the following conclusions and opinions, which I hold to a reasonable degree of medical probability:

James Ellsworth, Jr (Now deceased) was a veteran who was receiving care at the VAMC in Prescott. He had multiple psychiatric diagnoses including psychosis, Bipolar Disorder, mood disorder, social phobia, and polysubstance dependence. His psychiatric care was also through the VAMC. He had a history of prior psychiatric hospitalizations. On September 4, 2014, he presented to the Emergency Department with complaints of auditory hallucinations, anxiety, severe insomnia, and worsening paranoia, and reported that he had been noncompliant with all his medications (Including psychiatric meds) for months. He was noted to be withdrawn, with "fair" judgment. Dr. Chintis evaluated the patient and notes that he "denies any suicidal thoughts or ideations today," provided the

patient with a sedative for insomnia (trazadone 100mg and hydroxizine 50mg) "to take when he gets home," and discharged the patient. He did not order any blood work or drug/alcohol screening in the patient. No further evaluation of this patient for his unpredictable behavior was performed. Given his significant risk factors, Dr. Chintis did not ensure Mr. Ellsworth was stabilized prior to discharge. Additionally, he did not contact the mental health provider on call to do an evaluation of this patient who was obviously in mental health crisis. He acknowledged that at the time of care he had reviewed the notes of a psychiatry consultation done August 4, 2014, that this patient had escalating psychosis and was not taking his medication 30 days prior.

It is my opinion, to a reasonable degree of medical certainty, that the care this patient was provided by Dr. Chintis and the Veterans Administration medical system fell below the standard of care in the emergency department, as delineated as follows:

1. This patient was obviously in a mental health crisis and gravely disabled at the time he presented to the emergency department: he was admittedly off all medications for multiple psychiatric diagnoses, was reporting hallucinations, anxiety, insomnia, and paranoia. Patients who present with these significant risk factors for unpredictable behavior require a detailed evaluation. In my course of practice, that would have entailed a medical clearance and then contacting the on call psychiatrist or other mental health specialist to meet with and evaluate him prior to any discharge. Both Dr. Chintis and Ms. Hollingsworth testified that there was an on call psychiatrist or mental health specialist who could be contacted to do an evaluation at any time. The failure of Dr. Chintis to have performed the required detailed evaluation of Mr. Ellsworth and to have failed to contact the on-call psychiatrist or other mental health specialist to evaluate him was a departure from accepted standards of medical care for a physician treating a gravely disabled patient such as Mr. Ellsworth in the emergency room.

2. Had no psychiatrist or other mental health professional been available after the medical clearance to do a detailed evaluation of this patient, the standard of care would nonetheless require that he be stabilized: This could be accomplished in one of several ways. For example, if the patient indicates that his medications help him, he could take those medications on site and remain until it could be determined that they did in fact help to stabilize him. Discharging this young man without taking those steps, and with a sedative to take later on his own-despite his history of medication non-compliance and despite the fact that this was not addressing the crisis that brought him to the ED in the first place-was a departure from accepted standards of medical care. Another common option, in addition to medical stabilization, would to be to transfer the patient to another facility (VAMC or Community Hospital) to get psychiatric stabilizing treatment and evaluation.

3. A patient who presents as Mr. Ellsworth should have had blood work and a drug screen while in the ED to identify additional risk factors or metabolic issues, given his escalating psychosis. The failure of Dr. Chintis to have performed or ordered requisite blood work and diagnostic for Mr. Ellsworth was a departure from accepted standards of medical care

and was a failure to provide a proper medical screening exam – a direct violation of the federal EMTALA statutes.

4. The suicide risk assessment that was described by Dr. Chintis is woefully lacking. While asking a patient directly if they are currently suicidal, have suicidal ideations, or a plan to commit suicide is part of the screening process, it is not the end. Patients will many times answer in the negative when directly asked about current suicidal thoughts, but will answer in the affirmative when asked indirectly: for example, whether he wishes he could go to sleep and never wake up, et cetera. Furthermore, a suicide risk assessment is intended to actually evaluate the risks of suicide and other unpredictable behavior, and must take into account other factors such as prior history of suicide attempts, diagnosis of mental illness, substance abuse, obtaining additional information about the nature and content of the auditory hallucinations, his prior psychiatric history of medical and psychiatric hospitalizations, whether the patients is judgment is sound, as well as non-verbal cues and the demeanor of the patient. Particularly important in this patient were his reports of hallucinations, anxiety, insomnia, and his history of multiple psychiatric conditions together with his reported failure to take his medications: this was a patient who was certainly at high risk for unpredictable behavior, and for whom more than just a direct question about whether he intended suicide today was necessary. The manner in which Dr. Chintis performed a suicide risk assessment on Mr. Ellsworth was below the requisite medical standard of care and a departure from accepted medical standards.

5. Dr. Chintis does not appear to have the training or background to act as an emergency physician; I question why and how he was acting in that capacity. He testifies that he was a hospitalist, he does not appear to have any emergency department training, or experience working as an Emergency Physician and he was obviously not trained at the time of this young man's treatment to address the types of mental health crises that Mr Ellsworth presented with in the emergency department.   The treatment that Dr. Chintis provided to James Ellsworth fell below the accepted standards of medical care for an emergency room physician. Additionally, Dr. Chintis did not stabilize his emergency medical condition prior to the discharge of Mr. Ellsworth – a direct violation of federal EMTALA statues.

6. The Veterans Administration is also functioning below the standard of care by allowing a physician with no Emergency Medicine training or experience to provide emergency care to a Veteran with an emergency medical condition. Our Veterans deserve better care than this.

7. In my opinion, with a reasonable degree of medical certainty, the aforesaid departures from accepted standards of medical care by Dr. Chintis were a proximate cause of the death by suicide of James Ellsworth.   In my opinion, with proper emergency room psychiatric evaluation and proper suicide risk assessment, James Ellsworth would have received the medical care, treatment and medications to stabilize his mental condition such that his suicide would have been prevented.

I reserve the right to change, amend, or revise this report based on any further materials I may receive.

Sincerely,

**Michael Steven Ritter, MD, FAAEM, FACEP**

# CURRICULUM VITAE

## MICHAEL STEVEN RITTER, MD, FAAEM, FACEP

**HOME ADDRESS:**

**OFFICE ADDRESS:**
**Mission Hospital Emergency Dept.**
**27700 Medical Center Road**
**Mission Viejo, CA 92691**
**(949) 365-2202 (Emergency Dept.)**

**(949) 230-4557 (Cell)**          **(949) 364-1400 x 7476 (Sect. – Mary Ann)**
**e-mail: RitterMD@gmail.com**

**EDUCATION:**

| | |
|---|---|
| **Chief Resident:** **1993-94** | **Emergency Medicine, U.C. Irvine Medical Center** **Orange, California** |
| **Residency:** **1991-94** | **Emergency Medicine, U.C. Irvine Medical Center** **Orange, California** |
| **Medical School:** **1987-91** | **MD, University of California, Irvine** **Irvine, California** |
| **Academic:** **1985-87** | **BA, Chemistry, California State University, Fullerton** **Fullerton, California – "Cum Laude"** |
| **Academic:** **1983-85** | **A.S., Chemistry, Cypress College** **Cypress, California** |

**HONORS AND AWARDS:**

| | |
|---|---|
| **Hospital** | **Physician of Excellence – OC Medical Association 2012-2017** **Physician of the Year – OC Medical Association 2011** **Physician of Excellence – OC Medical Association 2009, 10** **The Codman Award - The Joint Commission 2008** **UCI EM Residency – Alumnus of the Year Award 2008** **"Top Docs" American Health Journal, KCET (PBS) 2007** **Orange County EMS award 2006** **Golden Apple Teaching Award, 1997.** **Attending of the Year, Teaching Award, 1995.** |
| **Residency** | **EM Residents' Association (EMRA) Clinical Excellence Award, 1993.** **Resident Teacher of the year, 1993. Selected by medical students** |
| **Medical School** | **SAEM Excellence in Emergency Medicine** **UCI Senior Humanitarian Award** **Upjohn Senior Excellence in Scholarship and Service Award** **UCI Community Service Award** **Medical School Student Body President, 1990-91** |
| **Undergraduate** | **CSUF Outstanding premedical student award** **Deans list, 1984-87** |

Curriculum Vitae
Michael S. Ritter, MD

## EXPERIENCE:

| | |
|---|---|
| 2012-present | Medical Director, Emergency Department |
| | Mission Hospital and Children's Hospital at Mission |
| 1999-2012 | Associate Medical Director, Emergency Department |
| | Mission Hospital and Children's Hospital at Mission |
| 1996-present | Emergency Department Attending Physician |
| | Mission Hospital and Regional Medical Center & |
| | Children's Hospital at Mission, Mission Viejo, CA |
| 1994-1998 | Emergency Department Attending Physician |
| | Mercy Hospital Medical Center, San Diego, CA |
| 1993-94 | Emergency Department Staff Physician |
| | Kaiser Bellflower Hospital, Bellflower, CA |
| | Newport Walk-In, Newport Beach, CA |
| 1986-88 | Emergency Department Trauma Technician |
| | Hospital of the Good Samaritan, Los Angeles, CA |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1998-present | Assistant Clinical Professor |
| | Department of Emergency Medicine |
| | University of California, Irvine Medical Center |

## LICENSURE:

| | |
|---|---|
| California: | G074723 |
| DEA: | BR3288075 |

## CERTIFICATION:

Fellow, American College of Emergency Physicians
Fellow, American Academy of Emergency Medicine
Diplomate, American Board of Emergency Medicine, 1995, 2005, 2014 (#940712)
Diplomate, National Board of Medical Examiners, 1992
Base Hospital Physician: Orange County
Emergency Neurological Life Support (ENLS) Instructor

## MEMBERSHIPS:

American College of Emergency Physicians, 1990-present
American Academy of Emergency Medicine, 1996-present
California Chapter, American College of Emergency Physicians 1990-present
American Medical Association, 1987-present
Society of Academic Emergency Medicine, 1991-2000
Society of Orange County Emergency Physicians, 1997-present
Orange County Medical Association, 1998-present
California Medical Association, 1998-present

**Curriculum Vitae**
**Michael S. Ritter, MD**

## COMMITTEES:

Quality Review Committee – Mission Hospital – 2017 - present
Perfect Care & Quality Committee – Mission Hospital Board of Trustees - 2016
OC EMS Executive Committee (EMCC) 2015 – present (Chairman 2017)
Chairman, Physician Leadership Council. St Joseph's Health System 2015 - present
Trauma Committee – Mission Hospital / CHOC Hospital 2010 - present
Credentials Committee Mission Hospital / CHOC at Mission - 2006, 2007. 2013 - present

Chairman, Joint Credentials Committee – Mission Hospital: 2004-2005, 2008 – 2012
Emergency Directors Advisory Group – St Joes Health System 2013 - present
Behavioral Health Committee – St Joes Health System 2013 - 2014
Physician Advisory Committee – St Joes Health System 2013 - 2015
Chairman, Department of Emergency Medicine 2012 - present
OC EMS Executive Committee (EMCC) 2007- 2010 (Chairman 2007-2009)
Medical Executive Committee, Mission Hospital Medical Center, 1999 - present
Board of Trustees, Mission Hospital, 2006, 2007
Physician Advisory Committee, Care Redesign – Mission Hospital -2006-2007
Past Chief of Staff, Mission Hospital – 2007
Chief of Staff, Mission Hospital – 2006
Quality Improvement Committee, St. Joseph's Health system – 2006 - present
Chief of Staff Elect, Mission Hospital – 2005
Orange County Emergency Medical Care Committee 2005-2006
Chairman, Quality Leadership Council: 2004 – 2006
Procedural Sedation Committee: 2001-present
Secretary Treasurer – Medical Executive Committee: 2004
Code Blue Committee. Mission & Childrens Hospitals 2001-2006
Pharmacy and Therapeutics Committee, Chairman. Mission Hospital, 1997-2002
Vascular Institute Committee, Mission Hospital and Medical Center, 1998 - 2003
Interdisciplinary Practice Committee, Chairman, Mission Hospital, 1999 - 2000
Reducing Medication Errors Committee, Mission Hospital, 2000-2001
Family Practice Executive Committee, Mission Hospital, 1999 - 2001
Amputation Committee, Mission Hospital, 1999 - 2001
Education Committee, California Chapter, ACEP, 1998-1999
EMTALA Compliance Task Force, California Chapter, ACEP, 1997-1999
Chairman, Awards Committee, California Chapter, ACEP, 1997- 2002
Best Practices Committee - Chair, California Chapter, ACEP, 1997-1999
Quality Assurance Committee, Mission Hospital and Medical Center, 1996 - 1997
QAURM Committee, Mercy Hospital, 1996
Pharmacy and Therapeutics Committee, Mercy Hospital, 1995-1996
Membership Committee, California Chapter, ACEP, 1995-1996
Practice Parameters Committee, California Chapter, ACEP, 1994-1996
Cost Effectiveness Committee, California Chapter, ACEP, 1994-1995
Inservice Survey Task Force, Society of Academic Emergency Medicine, 1993-1994
Emergency Care Committee, Orange County Medical Association, 1990-91
Disaster and Emergency Care Committee, California Medical Association, 1989-90

3

**Curriculum Vitae**
**Michael S. Ritter, MD**

## EMERGENCY MEDICINE ACCOMPLISHMENTS:

Team Stepps Certified Instructor – 2013 - present
Medical Director Emergency Services - Mission Hospital 2012- present
Chairman, EMCC (OC EMS Oversight committee) 2007
    Reelected as chairman in 2008, 2009
Past Chief-of-Staff, Mission Hospital, 2007
Chief-of-Staff, Mission Hospital, 2006
Chief-of-Staff Elect, Mission Hospital, 2005
Secretary-Treasurer, Medical Executive Committee, 2004
Assistant Director, Emergency Department
  Mission Hospital and Children's Hospital at Mission 1999-present
Medical Director, Advanced Cardiac Life Support, Mission Hospital 2002 - present
Board of Directors, American College of Emergency Physicians,
    California Chapter, 1996-1997, reelected 1997-1999
Co-Chair, Scientific Assembly, American College of Emergency Physicians,
    California Chapter, 1997-1999
Co-editor, "Lifeline" Newsletter of California Chapter, ACEP 1996-1999
Director of Quality Assurance, Department of Emergency Medicine, Mission
    Hospital and Children's Hospital at Mission 1996-1998
Director of Quality Assurance & Cost Containment, Department of Emergency
    Medicine, Mercy Hospital 1996
Education Director. Department of Emergency Medicine, Mercy Hospital 1994-1996
Assistant Director, UCI Emergency Department Earthquake Go-Team. Coordinated
    Go-Team that treated patients after the Northridge Earthquake, January 17, 1994.
Medical Student Education Director, UCI Emergency Department 1992-1993
Designed the "TOX BOX," a resuscitation cart for toxicological emergencies, 1992
Field Physician, El Toro Marine Air Show. Over 750,000 people attend. 1992, 1993

**Curriculum Vitae**
**Michael S. Ritter, MD**

## PUBLICATIONS:

### Books

1.      **Ritter MS:** *Pocket Practice Guidelines*. **Editor-in-Chief. CAL/ACEP Press. 1997**

### Book Chapters

1.      **Ritter MS: Endocrine, Metabolic, and Rheumatology Emergencies, in Koenig KK (ed.):** *Clinical Emergency Medicine: Pretest Self-Assessment and Review*. **New York: McGraw-Hill. 1996:119-130.**

2.      **Ritter MS:  Grey-Turner's Sign and Cullens Sign, in Knoop KJ (ed.):** *Atlas of Emergency Medicine*. **New York: McGraw-Hill. 2002:195-196**

### Articles

1.      **Ritter MS, Gordon KS: Pulse Oximetry in Emergency Medicine.** *Emerg Med News* **May 1991; 5: 37.**

2.      **Ritter MS, Mroch HK, Burns MJ: Soaring Suppurative Sea Shells from the Sea Shore**: ***Pseudomonas aeruginosa* and *Klebsiella pneumoniae* Septic Arthritis after a Marine Sea Shell Injury.** *Ped Emerg Care* 1993;9(5): 289-291

3.      **Meyers DM, Ritter MS: The Tox Box: A Mobile Resuscitation Cart for Toxicological Emergencies.** *J Emer Nursing* **1994;20(4): 335-337**

4.      **Langdorf MI, Bearie B, Ritter MS, Ferkich AR:  Emergency Medicine Resident Moonlighting: A Survey of Program Directors.** *Acad. Emerg Med* **1995;2(4): 302-307**

5.      **Langdorf MI, Ritter MS, Bearie B, Ferkich A, Bryan J.  National Survey of Emergency Medicine Resident Moonlighting.** *Acad. Emerg Med* **1995;2(4): 308-314**

6.      **Ritter MS, Bearie B:  Abdominal Pain and Bruising.**  *Journal of Emergency Medicine*. **2002; 23, (3): 287-288**

7.      **Cantrell FL, Ritter MS, Himes E: Intentional overdose with tiagabine: An unusual clinical Presentation.** *J Emergency Medicine*. **2004; 27, (3): 271-272**

8.      **Grijalva RJ, Ritter MR, Langdorf MI: Chest Swelling and Fever in an Intravenous Drug User.** *Western J of EM*. **2008; IX, (2): 112-114**

8.      **Bader MK, Ritter, MS et. al: Rescue Me: Saving the Vulnerable non-ICU Patient Population.** *Joint Commission Journal on Quality and Patient Safety*. **2009; 71 (3): 615-624**

9.      **Brewer J, Ritter MS et al: Building a cutting edge rapid response team in a community hospital.** *Journal of the California Association for Healthcare Quality*. **2009; 33 (2):14-17**

**Curriculum Vitae**
**Michael S. Ritter, MD**

10.     **Ritter MS, Boysen M: Small Bowel Obstruction Caused by Capsule Endoscopy.** *Western J of EM.* **2010: XI (1): 71-73.**

**PRESENTATIONS:**

"Orthopedic emergencies" UCI Emergency Medicine Residency Grand Rounds. UC Irvine Medical Center. October 2017.

"Ketamine for the Trauma Patient" Mission Hospital Trauma Symposium. October 2017.

"Airway management in Stroke Patients" ENLS course. Mission Hospital. Mission Viejo, CA February 2017

"Post resuscitation management" ENLS course. Mission Hospital. Mission Viejo, CA February 2017

"Acute Ischemic Stroke Management" ENLS course. Mission Hospital. Mission Viejo, CA February 2017

"Antiarrhythmic Pharmacology" UC Irvine College of Medicine, Medical Student Pharmacology course. UC Irvine. November 2016.

"Legal Updates" California Emergency Nurses Association annual convention. San Diego, CA November 2016.

"Myths of Marijuana" 3G symposium with OC Sheriffs. Mission Viejo, CA March 2016.

"Geriatric Trauma" Mission Hospital Trauma Symposium. Mission Viejo, CA. Dec 2015

"Antiarrhythmic Pharmacology" UC Irvine College of Medicine, Medical Student Pharmacology course. UC Irvine. Nov 2015.

"How to Find a Quality EM Job" UC Irvine Emergency Medicine Residents. Sept 2015.

"The Medical Impact of High Potency Marijuana" OC Sheriffs marijuana summit. June 2015

"Subarachnoid case study" UC Irvine Emergency Medicine Grand Rounds. March 2015

"ASHRM Medical Malpractice Updates" Mission Hospital Medical Staff Leadership Retreat. La Jolla CA. January 2015

"History of Resuscitation" OC Medical Association. Nov 2014.

"Antiarrhythmic Pharmacology" UC Irvine College of Medicine, Medical Student Pharmacology course. UC Irvine. Sept. 2014.

"How to run a meeting" Physician Leadership Conference, St. Josephs Health System. Newport Beach, CA August 2014

"Handling Medical Malpractice Cases" Beverly Hills Bar Association Panel Discussion.

Curriculum Vitae
Michael S. Ritter, MD

Beverly Hills, CA. June 2014.

"Teen Drug Abuse – Life in the ER." " Laguna Beach High School. May 2014.

Risk Management Monthly Audio CME. "ASHRM Updates" April 2014

Advanced Cardiac Cases and Life Support. UC Irvine College of Medicine – MS4 clinical didactics. March 2014

"Legal Updates." UC Irvine Emergency Medicine Grand Rounds. February 2014.

"Social Media Hazards" Mission Hospital Medical Staff retreat. Jan 2014.

"The hazards of Social Media and Healthcare providers" St Joes Health System risk management conference at ASHRM. Austin Texas. October 2013.

"Prescription Drug abuse by Teens." Drug Use Is Life Abuse Golf Invitational 2013. Aliso Viejo, CA. October 2013.

"The History of Resuscitation" Timely topics in Trauma and Emergency Care. UC Irvine Medical Center October 2013.

"Antiarrhythmic Pharmacology" UC Irvine College of Medicine, Medical Student Pharmacology course. UC Irvine. Sept. 2013.

"Law Enforcement Updates of Rx Drug Abuse." OC Sheriffs Prescription Drug Abuse Conference. OC Sheriff's Academy. Sept 2013.

Team STEPPS - Mission Hospital August 2013

"Law Enforcement Updates of Rx Drug Abuse." OC Sheriffs Drug Abuse Conference. Tustin, CA May 2013.

"Prescription and OTC drug Abuse by Teens." Presented to local law enforcement and CSP & Project PATH drug counselors. Project PATH Conference. February 2013.
 "Over the Counter Medication Pharmacology" UC Irvine College of Medicine, Medical Student
 Pharmacology course. UC Irvine. December 2012.

"Injuries associated with being arrested" Trauma Surgery Grand Rounds.
 Mission Hospital.  Sept. 2012

"Antiarrhythmic Pharmacology" UC Irvine College of Medicine, Medical Student
 Pharmacology course. UC Irvine. Sept. 2012.

"What to look for in an Emergency Medicine position. UCI Emergency
 Medicine Grand Rounds. March 2012.

 "Procedural Sedation" Mission Hospital Grand Rounds. Jan 2012

 "Medical Staff Legal Updates" St Joes Health System Retreat October 2011
 San Diego, CA

"GI Legal case review" UCI Emergency Medicine Grand Rounds August 2011

"GI Emergencies Board Review Cases" UCI Emergency Medicine Grand Rounds August 2011

"Nursing Risk Management" ER Nursing Grand Rounds – Mission Hospital June 2011

"Disaster Preparedness" Mission Hospital Foundation. March 2011
"Challenging Resuscitation Cases" UCI Dept of Emergency
  Medicine Grand  Rounds. UC Irvine Medical Center.  Feb 2011

"Teen Prescription and OTC Drug Abuse" City of Mission Viejo Town Hall Meeting.
  Sponsored by Project CSP / PATH and MADD. Feb 2011

"Cervical Spine Injuries" Los Angeles College of Chiropractic. Jan 2011

"Injuries associated with being arrested" UCI Dept of Emergency
  Medicine Grand  Rounds. UC Irvine Medical Center.  Dec 2010

"Holiday Safety" Cox Forum Television. Air date Dec 7, 2010
"EMTALA Updates" St Joes Health System Risk managers
  ASHRM Conference. Tampa Flordia. October 2010

"Rapid Response Team, Critical Intervention" Anaphylaxis, Vascular, GI and Critical patient
  emergences. RRT nursing intensive education program, Mission Hospital, Sept 2010
"Overdose management in the ED" ENA toxicology review. Mission Hospital, July 2010

"Fatal Fads " UCI Dept of Emergency  Medicine Grand  Rounds.
  UC Irvine Medical Center.  May 2010

"Emergency Medicine Oral Boards Review" UCI Dept of Emergency
  Medicine Grand  Rounds. UC Irvine Medical Center.  May 2010

"Prescription Drug Abuse" American Health Journal Television. Air Date May 18, 2010

"Improving Customer Satisfaction in the Emergency Department" UCI Dept of Emergency
  Medicine Grand  Rounds. UC Irvine Medical Center.  April 2010

"Penetrating Trauma Case Studies & Documentation for Risk reduction"
  Mission Hospital Emergency Conference. Mission Hospital. March 2010

"Credentialing updates and the Aging physician"  Mission Hospital / Children's Hospital
 of Orange County. Medical Staff Leadership retreat January 2010

"OTC Drug use in Teens." Project Path Drug Seminar. Laguna Beach, CA Jan 2010

"Risk Reduction in the Emergency Dept." St Josephs Health System Risk Managers
  Conference, Denver, CO Oct. 2009

"GI Emergencies" UCI Dept of Emergency Medicine Grand  Rounds.
  UC Irvine Medical Center.  September 2009

Curriculum Vitae
Michael S. Ritter, MD

**"Prescription and OTC drug abuse" Tesoro High School April 2009**

**"Medication Mishaps in the ED" UCI Dept of Emergency Medicine Grand
Rounds. UC Irvine Medical Center. April 2009.**

**"Rapid Response Team for Medical Emergencies" Hoag Hospital. March 2009**

**"Trauma Updates" Mission Hospital Nursing Grand Rounds. March 2009**

**"Hip fractures and Dislocations" UCI Dept of Emergency Medicine Grand
Rounds. UC Irvine Medical Center. February 2009.**

**"ED Management of the Burn Patient" Mission Hospital October 2008**

**"Improving Customer Satisfaction in the ED" UCI Dept of Emergency Medicine Grand
Rounds. UC Irvine Medical Center October 2008**

**"The Chronic Pain Patient in the ED" UCI Dept of Emergency Medicine Grand
Rounds. UC Irvine Medical Center October 2008**

**"SCIWORA and pediatric spinal injuries" UCI Dept of Emergency Medicine Grand Rounds.**

UC

**Irvine Medical Center September 2008**

**"10 tough resuscitation cases" UCI Dept of EM Grand Rounds. UCI Medical Center July 2008**

**"History of Resuscitation" Project wipeout lifeguard conference, Hoag Hospital July 2008**
**"History of Resuscitation" 8th annual "No Fear EMS Conference" May 2008**

**"Teenage DUI: Community forum on the consequences of teen drug and alcohol use"
Santiago de Compostela Catholic Church. Lake Forrest, CA March 2008**

**"Non Surgical Abdominal Pain" UC Irvine Dept of EM, Grand Rounds. March 2008**

**"Procedural Sedation" Mission Hospital Grand Rounds. Mission Viejo, CA Feb 2008**

**"Anaphylaxis" UC Irvine Dept of EM, Grand Rounds. Jan 2008**

**"Oncology Emergencies" UC Irvine Dept of EM, Grand Rounds. Nov 2007**

**"Unusual cases in the ED" Emergency Nurses Association annual EM conference. Hoag
Hospital. Newport Beach, CA Nov 2007.**

**"History of Resuscitation" Mission Hospital Grand Rounds. Mission Viejo, CA Nov 07.**
**"Consequences of Underage Drinking" MADD Fourm. Irvine CA. Sept 2007**

**"Orthopedic Emergencies" UC Irvine Dept of EM, Grand Rounds. Sept 2007**

**"Tachycardia" ACLS Lecture. Mission Hospital. June 2007**

**"Unusual cases in the ER" 7th annual "No Fear EMS Conference" May 2007**

Curriculum Vitae
Michael S. Ritter, MD

"Bioterrorism in 2007" Medical Staff Grand Rounds. Mission Hospital, April 2007

"Critical patient evaluation – The first 5 minutes" Mission Hospital Mar 2007

"Street Drugs – What every parent needs to Know" Mission Hospital, Feb 2007

"Teenage drug and alcohol abuse". Aliso Niguel High School. Jan 2007

"Running an effective medical staff committee" Mission Hospital / Children's Hospital of Orange County. Medical Staff Leadership retreat January 2006

"Dealing with Teenage drug and alcohol abuse". St. Timothies Church. October 2006

How to Identify Drug and Alcohol Use in Our Teens, Capistrano Valley High School 10/06

Rapid Response Team, Critical Intervention – Anaphylaxis, Vascular, and Critical patient emergences. RRT nursing intensive education program, Mission Hospital, August 2006

ACLS Instructors course. Mission Hospital, April 2006

"ACLS Pharmacology" ACLS course. Mission Hospital; Sept 2005

"Defibrillation and electrical safety" ACLS course. Mission Hospital; Sept 2005

"Teenage drug and alcohol abuse". San Clemente High School. October 2005

"Procedural Sedation", Mission Hospital Grand Rounds. June 2005.

"ACLS Instructors" Mission Hospital, Mission Viejo, CA. June 2005

"Anaphylaxis" Mission Hospital Regional Paramedic Advisory Committee, Mission Viejo, California; Feb 2005

"Designer Street Drugs – Orangewood Foundation, November 2004

"Pulmonary Embolism" Critical Care Nursing. Mission Viejo, California; August 2004

"Medical Emergencies" Critical Care Nursing. Mission Viejo, California; July 2004

"ACLS Pharmacology" ACLS Instructors course. Mission Viejo, California; May 2004

"Anaphylaxis" Mission Hospital Regional Paramedic Advisory Committee, Mission Viejo, California; April 2004

"Designer Street Drugs: What parents need to know." Cox Forum Television.
March 2004

"Pulmonary Embolism" Critical Care Nursing. Mission Viejo, California; Feb 2004

"Community Acquired Pneumonia", Irvine Medical Center Grand Rounds.
Irvine California. March 2004.

Curriculum Vitae
Michael S. Ritter, MD

"Stroke" Mission Hospital Community Outreach, Jan 2004

"Community Acquired Pneumonia" Mission Hospital Grand Rounds, Jan 2004

"Pneumonia and COPD" Mission Hospital Grand Rounds, November 2003

"Advances in ACLS" Mission and Childrens Grand Rounds, November 2003

"ACLS and Trauma" Mission Hospital Trauma Committee, November 2003

"Tachycardia and ACLS" ACLS Course, Mission Hospital, Mission Viejo, CA Sept 2003

"COPD and Chronic Bronchitis" Laguna Niguel, CA July 2003

"Advanced Cardiac Life Support Updates 2003 – What works, what doesn't. "
 Mission Hospital and Children's Hospital at Mission. May 2003

"Anaphylaxis" Mission Hospital Regional Paramedic Advisory Committee, Mission Viejo,
 California; April 2003

"Street Drugs – What every parent needs to Know"" Capo Valley High School.  Mission
Viejo,
 CA March 2003

"Conscious Sedation" Mission Hospital Medical Staff. Mission Viejo, CA Feb 2003

"Anaphylaxis" Mission radiology staff. Mission Hospital and Regional Medical Center,
 Mission Viejo, California; Jan 2002

"Improving Customer Satisfaction in the ER." 19th Annual Naval Medical Center Emergency
 Medicine Symposium. San Diego, CA; October 2002

"Hospital Disaster Planning" Mission Hospital Board of Directors
 Mission Viejo, CA October 2002

"The Pharmacology of Resuscitation"          Mission Hospital Mission Viejo, CA October
2002

"Resuscitation Dilemmas" Sharp Chula Vista Hospital. San Diego, CA July 2002

"Summertime Emergencies" Cox Forum Television. May 2002

"Youth Development and Drugs" Diocese of Orange Catholic church. Orange, CA
 April 2002

"Improving Customer Satisfaction in the ER." AAEM Scientific Assembly. San Francisco,
 California. March 2002

"Teen Drug & Alcohol Abuse: What every parent should know! " Capo Valley High School.
 Mission Viejo, CA. Oct 2001.

"Occupational exposures in Health Care Workers" Grand Rounds, Mission Hospital and

Curriculum Vitae
Michael S. Ritter, MD

Children's Hospital at Mission. Mission Viejo, CA. Sept 2001.

"Recognizing Child abuse and Domestic Violence" Third Annual Children in Crisis conference
for all south Orange County Elementary and Junior High School Teachers. Irvine CA. August  2001.

"Challenging Cardiac Resuscitation Cases using the new ACLS Guidelines" 18th Annual Naval Medical Center Emergency Medicine Symposium. San Diego, CA; July 2000

"Biological and Chemical Terrorism." General Surgery Grand Rounds Mission Hospital and Children's Hospital at Mission. Mission Viejo, CA. Nov 2001.

"Nuclear, Biological, and Chemical Terrorism in the USA." South Orange County CEO Council. Mission Viejo, CA. Oct 2001.

"Nuclear, Biological, and Chemical Terrorism in the USA." Grand Rounds, Mission Hospital and Children's Hospital at Mission.

"Street drugs 2001 – why you should worry" Cox Forum Television. May 2001

"Advanced Cardiac Life Support Updates 2001 – What works, what doesn't. " Mission Hospital and Children's Hospital at Mission. May 2001

"Special K" Fox News (KTTV) Special assignment. May 2001

"Signs and Symptoms of Drug use in Athletes" Kids and sports 2001 Symposium sponsored by Childrens Hospital of Orange County, Irvine CA, May 2001

"Fad Drug of Abuse" EL Toro High School. El Toro Viejo, CA March 2001

"Drug Use in Athletes" KIIS FM radio with "Vic The Brick", March 2001

"Drowning – What every parent needs to know" TBN Television, March 2001

"Preventing Drug Abuse in Kids" Melinda Heights Elementary School, Rancho Santa Margarita, CA Feb 2001

"Fad Drug of Abuse" Capistrano Valley High School. Mission Viejo, CA Feb 2001

"The American Heart Association's Advanced Cardiac Life Support Updates 2001" Mission Hospital and Children's Hospital at Mission. January 2001

"Teenage Drug Abuse" Northwood High School. Irvine, California; January 2001.

"Breaking the Bond Forum – Teenage Violence, Drugs, and Alcohol." Saddleback Hospital Laguna Hills, California. January 2001.

"Teenage Drug Abuse" Dana Hills High School. Dana Point, California; November 2000

"Environmental Emergencies" Regional Paramedic Advisory Committee. Mission Hospital and Regional Medical Center, Mission Viejo, California; September 2000

Curriculum Vitae
Michael S. Ritter, MD

"Street Drugs – What every paramedic needs to know" Regional Paramedic Advisory
Committee. Mission Hospital, Mission Viejo, California; September 2000

"Domestic Violence and Date Rape" Second Annual Children in Crisis conference for all
South Orange County Elementary and Junior High School Teachers. Irvine CA. August
2000.

"New Dangerous Street Drugs" Southland Today. KDOC Television August 22, 2000

"Challenging Resuscitation Cases" 17h Annual Naval Medical Center
Emergency Medicine Symposium. San Diego, CA; July 2000

"Teenage Drug Abuse" Edison High School. Huntington Beach, California; July 2000

"Fad Drug of Abuse" Safe Kids Day USA" Boys and Girls Club of San Clemente
San Clemente, California; July 2000

"Drowning – A Silent Killer" Southland Today. KDOC Television July 2000

"New Dangerous Street Drugs" Cox Forum Television Show. Orange County Live
Television Show. May 2000

"Teenage Drug Abuse" Aliso Niguel High School. Aliso Viejo, California; May 2000

"Teenage Drug Abuse" Mission Viejo High School. Mission Viejo, California; May 2000

"Exotic Poisons" Grand Rounds, Mission Hospital and Regional Medical Center and
Children's Hospital at Mission, Mission Viejo, California; March 2000

"Fad Drugs of Abuse" Regional Paramedic Advisory Committee. Mission Hospital and
Regional Medical Center, Mission Viejo, California; November 1999

"Environmental Emergencies" 5th annual California Emergency Medicine Board Review
Course. San Diego, CA; October 1999

"Gastrointestinal Emergencies" 5th annual California Emergency Medicine Board Review
Course. San Diego, CA; October 1999

"Vascular and Hypertensive Emergencies"  5Th. annual California Emergency Medicine
Board Review Course. San Diego, CA; October 1999

"Management of the Intoxicated Adolescent" Pediatric Grand Rounds Children's Hospital at
Mission, Mission Viejo, California; Sept 1999

"Anaphylaxis" Regional Paramedic Advisory Committee. Mission Hospital and Regional
Medical Center, Mission Viejo, California; August 1999

"Emergency Medicine Oral Boards Made Easy" Emergency Medicine Residency, Grand
Rounds, UCI Medical Center, Orange, CA; August 1999

"Legal and Ethical Issues in Emergency Medicine" 16th Annual Naval Medical Center

Curriculum Vitae
Michael S. Ritter, MD

Emergency Medicine Symposium. San Diego, CA; July 1999

"The Emergency Department of the Future" Emergency Nursing Grand Rounds
Mission Hospital and Regional Medical Center, Mission Viejo, California; April 1999

"Advanced EMTALA case studies. American College of Emergency
Physicians, Texas Chapter, Scientific Assembly. Austin Texas; April 1999

"Environmental Emergencies" 4Th. annual California Emergency Medicine Board Review
Course. San Diego, CA; October 1998

"Cost Effective Emergency Medicine" 15th Annual Naval Medical Center Emergency
Medicine Symposium. San Diego, CA; July 1998

"How to comply with EMTALA: Advanced Case Studies" American College of Emergency
Physicians, California Chapter, Scientific Assembly. Monterey, California; June 1998

"Pediatric Cardiac Emergencies" Emergency Nursing Grand Rounds
Mission Hospital and Regional Medical Center, Mission Viejo, California; May 1998

"COBRA – How to Avoid Being Bitten by the Snake" Emergency Nursing Grand Rounds
Mission Hospital and Regional Medical Center, Mission Viejo, California; November 1997

"Oral Boards Made Easy" - West Coast Board Review Course Oral Examiner.
San Diego, CA; October 1997

"Difficult Airway management" Emergency Medicine Grand Rounds, Balboa Naval
Hospital, San Diego; September 1997

"Nonsurgical Abdominal Pain" 14th Annual Naval Medical Center Emergency Medicine
Symposium. San Diego, CA; July 1997

"Difficult Airway Management" UCI Emergency Medicine Residency, Grand Rounds,
UCI Medical Center, Orange, CA; July 1997

"Pathophysiology of Penetrating Trauma" Orange Coast Emergency Nurses
Association's annual Murder Mystery course. La Habra, CA; April 1996

"Unusual arrhythmias and AICD malfunction" Regional Paramedic Advisory Committee,
Mission Hospital and Regional Medical Center, Mission Viejo, California; March 1997

"Rapid sequence intubation of the trauma patient" Trauma Management Symposium,
Scripps Mercy Hospital, San Diego; December 1996

"Hematology and Oncology Emergencies" 3rd annual West Coast Board Review.
San Francisco, CA; September 1996

"Airway Management" Internal Medicine Grand Rounds, Mercy Hospital; August 1996

"Induction agents for RSI in the Emergency Department" 13th Annual Naval Medical
Center Emergency Medicine Symposium. San Diego, CA; July 1996

Curriculum Vitae
Michael S. Ritter, MD

"Management of the Patient with an Unknown Overdose" Internal Medicine Grand
Rounds, Mercy Hospital, San Diego; July 1996

"CAL-ACEP Challenge Bowl" American College of Emergency Physicians, California
Chapter, Scientific Assembly. San Diego, California; June 1996

"Exotic Poisons" Orange County Emergency Nurses Association's annual Murder
Mystery course. Irvine Medical Center, Irvine, CA; April 1996

"Rapid Sequence Intubation" UCSD Emergency Medicine Residency, Grand Rounds,
UCSD Medical Center, San Diego; March 1996

"Advanced Airway Management" UCSD Emergency Medicine Residency, Grand Rounds,
UCSD Medical Center, San Diego; March 1996

"Rapid Sequence Intubation" Emergency Medicine Grand Rounds, Balboa Naval
Hospital, San Diego; February 1996

"Difficult Airway Management" Emergency Medicine Grand Rounds, Balboa Naval
Hospital, San Diego; February 1996

"Trauma Airway Management" Trauma Management Symposium, Scripps Mercy Hospital,
San Diego; December 1995

"Pediatric & Adult Toxicology" Emergency Nurses Association, San Diego Chapter,
San Diego, October 1995

"Non-Surgical Abdominal Pain" Emergency Medicine Grand Rounds, Balboa Naval
Hospital, San Diego; September 1995

"Management of the Patient with an Unknown Overdose" Internal Medicine Grand
Rounds, Mercy Hospital, San Diego; July 1995

"CAL-ACEP Challenge Bowl" American College of Emergency Physicians, California
Chapter, Scientific Assembly. Santa Barbara, California; June 1995

"Wound Ballistics" Orange County Emergency Nurses Association, Irvine; June 1995

"Sudden Death, Breaking the Bad News to The Family" Internal Medicine Grand Rounds,
Mercy Hospital, San Diego; May 1995

"Splinting and Casting Workshop" Internal Medicine Grand Rounds,  Mercy Hospital
San Diego; April 1995

"Pediatric Advanced Life Support" (PALS) instructor. Mercy Hospital, San Diego.
February 1995.

"Computer Slide Making" American College of Emergency Physicians, Scientific
Assembly. Orlando, Florida; September 1994

"Non Surgical Abdominal Pain" Internal Medicine Grand Rounds, Mercy Hospital, San
Diego; August 1994

"Orthopedic Emergencies" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; May 1994

"Advances in EMS Systems" Regional Paramedic Advisory Committee, University of California, Irvine, Medical Center, Orange, California; April 1994

"Pediatric Toxicological Emergencies: Little Kids in Big Trouble" Emergency Nursing Symposium, University of California, Irvine, Orange, California; Feb. 1994

"Non-Surgical Abdominal Pain" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; January 1994

"Thoracotomy and Traumatic Full Arrest Management" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; Dec. 1993

"The Tox Box" - Presented at the American College of Emergency Physicians, 1993 Scientific Assembly, Chicago Illinois. October 1993

"Cricothyrotomy, Cricotomes, and Transtracheal Jet Ventilation" Laboratory Instructor. International Symposium on Management of the Difficult Airway, Newport Beach, California, September 1993

"Intraosseous infusions" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; September 1993

"Rapid Sequence Intubation and Airway Pharmacology" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; July 1993

"Neurological Emergencies" - Case Presentation Competition, Society for Academic Emergency Medicine national meeting in San Francisco, California. May 1993

"The High Tech Patient in the Emergency Department" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; April 1993

"Critical Overdose Management" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; December 1992

"ACLS Updates" Emergency Medicine Grand Rounds, University of California, Irvine, Medical Center, Orange, California; October 1992

"Interventions in Prehospital Care" Comprehensive Management of the Trauma Patient, Fountain Valley Regional Hospital, Fountain Valley, California; October 1989

"Basic First Aid and Emergency Treatment" Medical Student Lecture, University of California, Irvine, College of Medicine, Irvine California; October 1988

Knowledge of Medical Spanish

Testimony – Mike Ritter, MD FACEP

2014 – 2017

Sept 2017 – Pfeffer vs Lakewood - trial

August 2017 – Lee vs Kaiser - Depo

August 2017 – Tieu vs Sina International - Depo

June 2017 - Pfeffer vs Lakewood - Depo

June 2017 – Noteboom vs Hoag - depo

June 2017 - Hansen vs Plaza Del Sol - depo

May 2017 – Okoro vs Kaiser - depo

May 2017 Tobin vs Palomar - depo

May 2017 – Richards vs Blythe Memorial - depo

April 2017 – Yazzie vs RMC - depo

Feb 2017 - Carrillo vs Alvarez – depo

Oct 2016 – Clark vs Bakersfield – trial

Sept 2016 – Luther vs Mehdyzadeh – depo

Aug 2016 – Desisto vs Princeton – depo

June 2016 – Valencia vs Kaiser - depo

May 2016 – Huang vs Garfield - depo

April 2016 – Clark vs Bakerfield – Depo

Mar 2016 – Hunter-Binns vs Bakerfield Family Medical – depo

Mar 2016 – Cunningham vs Feeley – trial

June 2015 -  Carillo vs San Antonio Community Hospital - depo

May 2015 – Mau vs Radys - depo

April 2015 – Robinson vs Thomas memorial - depo

Feb 2015 - Cunningham vs Feeley - depo

Jan 2015 – Krall vs Palomar Depo

July 2014 - Bello vs Hernandez - trial

June 2014 – Bello vs Hernandez – Depo

**Michael Steven Ritter, MD, FAAEM, FACEP**

█████████████

**949-230-4557**
**RitterMD@gmail.com**

Schedule of Fees:

$500.00 hour for chart review, research, expert services, etc. (2-hour minimum)

$500.00 hour for depositions (4-hour minimum)

$3000.00 per half day for testimony

$2500.00 travel days other than day of testimony