EXHIBIT I

Relevant Excerpts from Decedent's VA Medical Records

# Progress Notes

Printed On Oct 09, 2014

```
LOCAL TITLE: INFORMATION NOTE
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: SEP 09, 2014@10:33     ENTRY DATE: SEP 09, 2014@10:33:58
     AUTHOR: MONETTE,CLEO B          EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

     *** INFORMATION NOTE  Has ADDENDA ***
```

Writer called mother (Susan) at listed phone number to offer condolences and information  about resources; the phone rang approx 10 times with no answer and no vm. Writer will attempt to call again.

Writer called Prescott police for possible additional information, but a request for information is required.  Yavapai Med Examiner was called and verified cause of death as asphyxia due to hanging - Med Examiner has no additional information at this time, stating a report should be available in 60 - 90 days.

```
/es/ CLEO B MONETTE, LICSW
SOCIAL WORKER
Signed: 09/09/2014 11:23

09/09/2014 ADDENDUM               STATUS: COMPLETED
Upon reviewing ED note, 9/4/14 part 3, name and number of Caregiver provided:
Loren ███████████  Writer called phone number and got this message: "This
phone does not accept incoming calls."  At this time, writer unable to obtain
additional information surrounding Veteran's death.

/es/ CLEO B MONETTE, LICSW
SOCIAL WORKER
Signed: 09/09/2014 11:59
```

```
LOCAL TITLE: INFORMATION NOTE
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: SEP 08, 2014@13:19     ENTRY DATE: SEP 08, 2014@13:19:42
     AUTHOR: MONETTE,CLEO B          EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

Writer called Yavapai County Medical Examiner for information; the determination for cause of death has not been completed.  Initial examination will not begin until tomorrow (9/9/14) - writer will call again for update.

```
/es/ CLEO B MONETTE, LICSW
SOCIAL WORKER
Signed: 09/08/2014 13:22
```

```
LOCAL TITLE: SUICIDE BEHAVIOR REPORT
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>███████<br>PRESCOTT, ARIZONA  86313 | Printed at NORTHERN ARIZONA HCS |

# Progress Notes

```
STANDARD TITLE: SUICIDE RISK ASSESSMENT NOTE
DATE OF NOTE: SEP 08, 2014@12:08     ENTRY DATE: SEP 08, 2014@12:09:02
     AUTHOR: BALL,SUZANNE S        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

      *** SUICIDE BEHAVIOR REPORT Has ADDENDA ***

ELLSWORTH,JAMES DENNIS JR ████████   ██████████
             PRESCOTT, AZ ████ ████
PATIENT PHONE - NONE FOUND
████████████████████████

Date/Time of event: 9/6/14@0600
Location of event: Off station
Patient status at time of event: Outpatient
Outcome of event: died
Source of information: , Other: ex roommate

   Name & Phone # of source: Unknown. Told CWT worker that works with the
cemetary staff, they contacted me to
confirm event
Patient's stated: Level of INTENT of this event was: Low

Staff assessment: Level of INTENT of this event was: Low
Staff assessment: Level of LETHALITY of this event was: High

Last Pain Score: 0 (09/04/2014 21:17)

Did the patient have access to firearms?  No

Family and other supports available at time of the event:
None.

Treatment plan changes at the time of the event:
Medication changes: describe: Provider prescribed meds as vet had been without
for a couple of
weeks per note.


Description of event: Er had prescribed medications as vet had not taken meds
in weeks.


Past 10 Clinic Visits:
09/04/2014 21:09  EMERGENCY DEPARTMENT VISI
08/11/2014 13:00  PRE MHNP MALON IND                    NO-SHOW

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)   | VISTA Electronic Medical Documentation
ELLSWORTH,JAMES DENNIS JR
████████████████████████████
████████████████████████████                                     | Printed at NORTHERN ARIZONA HCS
████████████████████████████

Page 105

# Progress Notes

```
08/04/2014 11:00   ZZPRE MHVR HVSEP TUCK IND
08/04/2014 08:00   MHNP HOLLI CRISIS WALK IN
07/29/2014 09:39   PRE CG PRT II CSC ASSESS              UNSCHEDULED
07/14/2014 10:00   PRE OPTOMETRY WILKINS                 CANCELLED BY PATIENT
07/08/2014 13:30   PRE OPTOMETRY WILKINS
06/20/2014 15:15   PRE MHVR CWT                          UNSCHEDULED
05/19/2014 14:30   PRE ORANGE RN                         NO-SHOW
05/12/2014 16:00   PRE ORANGE MD                         CANCELLED BY CLINIC
```
Patient is currently receiving treatment in the following areas:
Mental Health

Primary Care Provider: SELVAM,AYYASAMY P

Case Manager/Therapist:

Name of Provider prescribing psychiatric medications:Unsure Ruekberg was
original but had not

Active Problem List:

14 Active Problems

| PROBLEM | LAST MOD | PROVIDER |
|---|---|---|
| Unspecified psychosis (ICD-9-CM 298.9) | 08/04/2014 | HOLLINGSWORTH,E |
| Asthma, unspecified Type, unspecified (ICD-9-CM 493.90) | 02/24/2014 | LANGLEY,MICHAEL |
| Metatarsalgia (SCT 10085004) (ICD-9-CM 726.70) | 02/11/2014 | DUENSING,STEPHA |
| BIPOLAR DISORDER, UNSPECIFIED (ICD-9-CM 296.80); Bipolar Disorder, unspecified (ICD-9-CM 296.80) | 10/18/2012 | SCHERZ,BRUNO |
| UNSPECIFIED EPISODIC MOOD DISORDER (ICD-9-CM 296.90); Unspecified episodic mood Disorder (ICD-9-CM 296.90) | 08/22/2012 | SCHERZ,BRUNO |
| ACUTE ALCOHOLIC INTOXICATION IN ALCOHOLISM, EPISODIC DRINKING BEHAVIOR (ICD-9-CM 303.02); Alc Intox, Episodic | 08/22/2012 | SCHERZ,BRUNO |
| SOCIAL PHOBIA (ICD-9-CM 300.23); Social Phobia (ICD-9-CM 300.23) | 07/20/2012 | SCHERZ,BRUNO |
| LACK OF HOUSING (ICD-9-CM V60.0); Homeless Person * (ICD-9-CM V60.0) | 05/07/2012 | WEISSER,HARVEY |
| UNSPECIFIED HYPERKINETIC SYNDROME OF CHILDHOOD (ICD-9-CM 314.9); Attention-Deficit/Hyperactivity Disorder NOS (ICD-9-CM 314.9) | 05/02/2012 | VEDDA,ROSEMARIE |

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH, JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

| | | |
|---|---|---|
| UNILATERAL OR UNSPECIFIED INGUINAL HERNIA, WITHOUT MENTION OF OBSTRUCTION OR GANGRENE (ICD-9-CM 550.90); Left Inguinal Hernia (ICD-9-CM 550.90) | 05/02/2012 | VEDDA,ROSEMARIE |
| Peripheral Nerve Disease (ICD-9-CM 355.9) | 05/02/2012 | VEDDA,ROSEMARIE |
| Tinnitus (ICD-9-CM 388.30) | 05/02/2012 | VEDDA,ROSEMARIE |
| COMBINATIONS OF DRUG DEPENDENCE EXCLUDING OPIOID TYPE DRUG, UNSPECIFIED USE (ICD-9-CM 304.80); Polysubstance dependence (DSM-IV 304.80/ICD-9-CM 304.80/304.90) | 12/04/2006 | THROOP,VERNON D |
| UNEMPLOYMENT (ICD-9-CM V62.0); Unemployment * (ICD-9-CM V62.0) | 12/04/2006 | THROOP,VERNON D |

BRIEF PLAN/DISPOSITION:
None necessary - Patient died

/es/ SUZANNE S BALL RN
CAREGIVER SUPPORT COORDINATOR
Signed: 09/08/2014 12:13

Receipt Acknowledged By:
09/08/2014 15:18        /es/ JO ANNE CARR
                            LCSW
09/08/2014 13:13        /es/ CLEO B MONETTE, LICSW
                            SOCIAL WORKER

09/08/2014 ADDENDUM            STATUS: COMPLETED
Based on concversation with Prescott PD. Vet was found septemebr 6th at 6pm in his bedroom deceased. They did not divulge how, just confirmed the death. Report by ex CWT and roommate stated found hanging in his bedroom with door nailed shut from the inside. Police had to break down door. Unsure if this is the case. Police did not divulge any information as it is an ongoing investigation.

/es/ SUZANNE S BALL RN
CAREGIVER SUPPORT COORDINATOR
Signed: 09/08/2014 12:27

LOCAL TITLE: CAREGIVER PROGRAM SUPPORT NOTE
STANDARD TITLE: CAREGIVER CERTIFICATE
DATE OF NOTE: SEP 08, 2014@08:25    ENTRY DATE: SEP 08, 2014@08:25:51
    AUTHOR: BALL,SUZANNE S        EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH,JAMES DENNIS JR

**VISTA** Electronic Medical Documentation

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

> *** CAREGIVER PROGRAM SUPPORT NOTE Has ADDENDA ***

Received report that veteran committed suicide over the weekend. Report was from old disgruntled roommate. Contacted Prescott PD and asked for a confirmation of the verbal report or a welfare check. Officer Dan Murray contacted this writer and confirmed that veteran was found on 9/6/14 at 6pm in his room, deceased. Case has been assigned to Detective Bernard case ▇▇▇▇▇ Gave them Mother contact info. Contacted caregiver and informed her of event, gave sympathies. Will notify Suicide team and decedent affairs.

/es/ SUZANNE S BALL RN
CAREGIVER SUPPORT COORDINATOR
Signed: 09/08/2014 08:30

Receipt Acknowledged By:
09/08/2014 12:00        /es/ JO ANNE CARR
                             LCSW
09/08/2014 12:33        /es/ CLEO B MONETTE, LICSW
                             SOCIAL WORKER

09/08/2014 ADDENDUM                  STATUS: COMPLETED
adding supervisors and confirmed SPC aware of death.

/es/ JO ANNE CARR
LCSW
Signed: 09/08/2014 12:05

Receipt Acknowledged By:
09/10/2014 09:54        /es/ JERRY L EASTERDAY
                             PSYCHIATRIST
09/08/2014 14:57        /es/ Amy B. Wrabetz, Ph.D.
                             Clinical Psychologist, MHBS
09/08/2014 12:33        /es/ CLEO B MONETTE, LICSW
                             SOCIAL WORKER

09/08/2014 ADDENDUM                  STATUS: COMPLETED
SPC contacted Caregiver Support, requesting completion of SBR in CPRS.

/es/ CLEO B MONETTE, LICSW
SOCIAL WORKER
Signed: 09/08/2014 12:34


 LOCAL TITLE: EMERGENCY DEPT (PART 3) NURSING TREATMENT
 STANDARD TITLE: NURSING EMERGENCY DEPT NOTE
 DATE OF NOTE: SEP 04, 2014@22:08     ENTRY DATE: SEP 04, 2014@22:08:47
       AUTHOR: ROSE,DEBRA J          EXP COSIGNER:
      URGENCY:                             STATUS: COMPLETED

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| ELLSWORTH,JAMES DENNIS JR ▇▇▇▇▇▇▇▇▇▇ | Printed at NORTHERN ARIZONA HCS |

# Progress Notes

```
*********************************************************
            EMERGENCY DEPT (PART 3) NURSING TREATMENT
*********************************************************
```

2115 Ambulatory to ED #125.  Calm & cooperative with care. States sx have been
intermittent over past several weeks.  Feels anxious, cant' sleep.

2135 Seen by Dr Chintis.

2200 Given medications for home per provider order.  Called pts care giver Loren
████████ with pt's permission.  Explained pt needed to take these meds on
his arrival home.  Advises that she will make sure he takes them.  Pt
discharged to home.

/es/ DEBRA J ROSE
REGISTERED NURSE
Signed: 09/04/2014 22:12

---

LOCAL TITLE: EMERGENCY DEPT (PART 4) DISCHARGE INSTRUCTION
STANDARD TITLE: NURSING EMERGENCY DEPT DISCHARGE NOTE
DATE OF NOTE: SEP 04, 2014@22:01     ENTRY DATE: SEP 04, 2014@22:01:41
     AUTHOR: ROSE,DEBRA J        EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

```
*********************************************************
        EMERGENCY DEPT (PART 4) DISCHARGE DISPOSITION/INSTRUCTIONS
*********************************************************
```
Patient is being discharged home.
Primary Care Provider:            Primary Care Team:  ORANGE TEAMLET
                    Phone:

     Primary Care Provider:  SELVAM,AYYASAMY P
              Analog Pager:
             Digital Pager:
              Office Phone:  6010

No Associate Provider Assigned.

          MH Treatment Team:  MH MALONE
   MH Treatment Coordinator:  MALONE,JOAN D
              Analog Pager:
             Digital Pager:
              Office Phone:
```
*********************************************************
*   EMOTIONAL CRISIS HOTLINE PHONE 1-800-273-TALK   *
*********************************************************
```
1. Future Appointments

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation

ELLSWORTH, JAMES DENNIS JR

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

```
10/14/2014 14:30   PRE MHNP MALON IND
07/22/2015 08:00   PRE MHVR CWT
```

2. Disposition: Discharged

3. After care sheet given:  No

4. Follow-up activity-limitations: No restrictions

5. Condition on discharge: Improved
6. Date/Time of discharge: Sep 4,2014@22:01

7. Patient Instructions:
Return to ER if condition worsens.
Take medications as prescribed.
When you get home, take the medications given to you in the ED: trazodone 50mg
x2 & hydroxyzine 25mg x2.
Follow up with the mental health as discussed.

8. Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALOH/MGOH/SIMTH XTRA STRENGTH SUSP TAKE 2 TABLESPOONFULS BY MOUTH THREE TIMES A DAY BEFORE MEALS AS NEEDED FOR STOMACH | ACTIVE |
| 2) | BENZONATATE 100MG CAP TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY AS NEEDED FOR COUGH ** DO NOT CHEW CAPSULE, SWALLOW WHOLE ** | ACTIVE |
| 3) | DOXEPIN HCL 25MG CAP TAKE 1 TO 2 CAPSULES BY MOUTH AT BEDTIME | ACTIVE |
| 4) | HydrOXYzine PAMOATE 50MG CAP TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP | ACTIVE |
| 5) | IPRAtropium/ALBUTerol 120D SPRAY INHALER INHALE 1 PUFF BY MOUTH FOUR TIMES A DAY AS NEEDED FOR SHORTNESS OF BREATH | ACTIVE |
| 6) | LISINOPRIL 10MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE | ACTIVE |
| 7) | LITHIUM CARBONATE 300MG CAP TAKE ONE CAPSULE BY MOUTH AT BEDTIME FOR MOOD | ACTIVE |
| 8) | LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE THAN 8 CAPSULES IN 24 HOURS ** | ACTIVE |
| 9) | OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY BEFORE BREAKFAST | ACTIVE |
| 10) | PSYLLIUM ORAL PWD TAKE 1 TABLESPOONFUL BY MOUTH EVERY DAY (MIXED WITH LIQUID AS DIRECTED) | ACTIVE (S) |
| 11) | RISPERIDONE 2MG TAB TAKE ONE-HALF TABLET BY MOUTH AT | ACTIVE |

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

ELLSWORTH, JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

```
        BEDTIME

9.Patient has received written discharge instructions and medication
reconciliation list and  verbalized understanding of the instructions Yes


/es/ DEBRA J ROSE
REGISTERED NURSE
Signed: 09/04/2014 22:04
```

```
  LOCAL TITLE: EMERGENCY DEPARTMENT PHYSICIAN/PA/NP ASSESSMENT
  STANDARD TITLE: EMERGENCY DEPT NOTE
  DATE OF NOTE: SEP 04, 2014@21:48    ENTRY DATE: SEP 04, 2014@21:48:07
       AUTHOR: CHINTIS,STEVEN B    EXP COSIGNER:
       URGENCY:                          STATUS: COMPLETED


  ***************************************************************
            EMERGENCY DEPT  PHYSICIAN/PA/NP ASSESSMENT
  ***************************************************************
  Part 1 (Nursing Triage) noted and reviewed.

  REASON FOR VISIT (CC): insomnia and anxiety

  pt with multiple psych. diagnosis who has not taken any of his medications for
  months presents with complaints severe insomnia, has not slept in days, some
  auditory but not visual hallucinations, denies any sucidal thoughts or idations
  today,,paranoia seems worse than usual today--lives with a

   Source of hx:
  PAST MEDICAL/SURGICAL HISTORY:
   Medical History:
      Active problems - Computerized Problem List is the source for the following:

   1. Psychosis, NOS
   2. Asthmatic bronchitis (SNOMED CT 405944004)
   3. Metatarsalgia
   4. Bipolar Disorder, unspecified
   5. Unspecified episodic mood Disorder
   6. Alc Intox, Episodic
   7. Social Phobia
   8. Homeless Person *
   9. Attention-Deficit/Hyperactivity Disorder NOS
  10. Left Inguinal Hernia
  11. Peripheral Nerve Disease
  12. Tinnitus
  13. Polysubstance dependence (DSM-IV 304.80/ICD-9-CM 304.80/304.90)
  14. Unemployment *
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH,JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

```
SOCIAL HISTORY:
  MARITAL/DOMESTIC STATUS:
    Living arrangements:
    Single.
    lives with a care giver
MEDICATIONS:
  Active Outpatient Medications (including Supplies):

    Active Outpatient Medications                              Status
  ==============================================================================
1)  ALOH/MGOH/SIMTH XTRA STRENGTH SUSP TAKE 2                   ACTIVE
    TABLESPOONFULS BY MOUTH THREE TIMES A DAY BEFORE
    MEALS AS NEEDED FOR STOMACH
2)  BENZONATATE 100MG CAP TAKE ONE CAPSULE BY MOUTH THREE       ACTIVE
    TIMES A DAY AS NEEDED FOR COUGH ** DO NOT CHEW
    CAPSULE, SWALLOW WHOLE **
3)  DOXEPIN HCL 25MG CAP TAKE 1 TO 2 CAPSULES BY MOUTH AT       ACTIVE
    BEDTIME
4)  HydrOXYzine PAMOATE 50MG CAP TAKE ONE CAPSULE BY            ACTIVE
    MOUTH AT BEDTIME AS NEEDED FOR SLEEP
5)  IPRAtropium/ALBUTerol 120D SPRAY INHALER INHALE 1           ACTIVE
    PUFF BY MOUTH FOUR TIMES A DAY AS NEEDED FOR
    SHORTNESS OF BREATH
6)  LISINOPRIL 10MG TAB TAKE ONE-HALF TABLET BY MOUTH           ACTIVE
    EVERY DAY FOR BLOOD PRESSURE
7)  LITHIUM CARBONATE 300MG CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
    AT BEDTIME FOR MOOD
8)  LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH            ACTIVE
    EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
    THAN 8 CAPSULES IN 24 HOURS **
9)  OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH            ACTIVE
    EVERY DAY BEFORE BREAKFAST
10) PSYLLIUM ORAL PWD TAKE 1 TABLESPOONFUL BY MOUTH EVERY       ACTIVE (S)
    DAY (MIXED WITH LIQUID AS DIRECTED)
11) RISPERIDONE 2MG TAB TAKE ONE-HALF TABLET BY MOUTH AT        ACTIVE
    BEDTIME
PHYSICAL EXAMINATION:
 General Appearance:
    withdrawn but ansswers questions appropriately--
 Head:
  No sign of trauma.
 Psychiatric:
            Judgment: Fair
             Insight: Fair
         Orientation:
                Mood: Alert
       Recent memory: Good
       Remote memory: Good
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| ELLSWORTH,JAMES DENNIS JR | Printed at NORTHERN ARIZONA HCS |

# Progress Notes

Printed On Oct 09, 2014

```
ASSESSMENT:
Medication Non-compliance
Auditory Hallucinations
Insomnia
Paranoia

This is related to a service connected disability.

Risk of elopement:   pt is to be treated as outpatient
Medical risk if elopes:   pt is stable to be treated as Outpatient
Cognitive Impairment:

PLAN:
patient will be given trazadone 100mg x 1 tonight and hydroxizine 50 mg to take
when he gets home tonight as he walked to post tonight.
patient will f/u with team tomorrow
patient is not suicidal tonight and appears to be a safe discharge to home
he is well established here
medication compliance reinforced with patient
RN discussed care with Lauren his care giver when he gets home to make sure he
takes medications

Take medications as prescribed. The following medications were ordered:
Return to ER if symptoms worsen.
Follow up with primary care provider.

--------------------------------------------------------------
The following apply to acute myocardial infarctions:
1. Was thrombolytic given? N/A
   Was it contraindicated?
2. Was ASA given? N/A
--------------------------------------------------------------

/es/ STEVEN B CHINTIS
DO
Signed: 09/04/2014 22:07
```

```
  LOCAL TITLE: EMERGENCY DEPT (PART 2) NURSING ASSESSMENT
STANDARD TITLE: NURSING EMERGENCY DEPT NOTE
DATE OF NOTE: SEP 04, 2014@21:21     ENTRY DATE: SEP 04, 2014@21:21:19
      AUTHOR: ROSE,DEBRA J           EXP COSIGNER:
      URGENCY:                           STATUS: COMPLETED


****************************************************************
            EMERGENCY DEPT (PART 2) NURSING ASSESSMENT:
****************************************************************
SYSTEMS ASSESSMENT:
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH,JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

```
MENTAL STATUS:
Alert , Oriented , Anxious

INTEGUMENTARY:
Assessed
 Color: Normal
 Character: Warm/Dry
 Other:
PSYCHOSOCIAL:
 Family support? Yes
 Lives alone? No
 Homeless? No
 Requests or needs spiritual assistance/pastoral counseling? No
 Needs social services? No

/es/ DEBRA J ROSE
REGISTERED NURSE
Signed: 09/04/2014 21:22
```

```
 LOCAL TITLE: EMERGENCY DEPT (PART 1) NURSING TRIAGE
 STANDARD TITLE: NURSING EMERGENCY DEPT TRIAGE NOTE
 DATE OF NOTE: SEP 04, 2014@21:18    ENTRY DATE: SEP 04, 2014@21:18:39
       AUTHOR: ROSE,DEBRA J       EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

 *************************************************************
           EMERGENCY DEPT (PART 1) INITIAL NURSING TRIAGE
 *************************************************************
 Time to Triage: Sep 4,2014@21:15
 ESI Level 4
 Arrival via: Ambulatory
 Wristband Applied Yes
 Labels Applied Allergy
 ID verified Yes
 CHIEF COMPLAINT: "bad paranoia"  States can't sleep, feeling anxious
 intermittently for several weeks.

 ALLERGIES: PAROXETINE
 New allergy info this visit:


 PATIENT'S AGE: ███
  INITIAL VITAL SIGNS:
 Height: 66 in [167.6 cm] (12/10/2013 14:27)
 Weight: 194.6 lb [88.5 kg] (03/31/2014 14:16)
 Temp:   97.8 F [36.6 C] (09/04/2014 21:17)
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR<br>████████████████ | Printed at NORTHERN ARIZONA HCS |

# Progress Notes

```
Pulse:  113 (09/04/2014 21:17)
Resp:   16 (09/04/2014 21:17)
B/P:    127/95 (09/04/2014 21:17)
Pulse Oximetry:9/4/2014@21:17:29      PULSE OXIMETRY: 96
  Qualifier:
  Supplemental O2:
```

```
**** Screenings:****

Fall Risk Screening: Pt > 50 yrs or Hx of recent falls:

Total Score 0


ABUSE SCREEN
Abuse Screen Negative


*** SUICIDE RISK SCREEN *** ASK

Are you feeling hopeless about the present/future?
No
 ***WEAPONS***
Do you have any weapons or dangerous objects in your possession?
No

/es/ DEBRA J ROSE
REGISTERED NURSE
Signed: 09/04/2014 21:21
```

```
  LOCAL TITLE: MH VOCATIONAL REHABILITATION PROGRESS NOTE
STANDARD TITLE: VOCATIONAL REHABILITATION NOTE
DATE OF NOTE: AUG 07, 2014@08:50    ENTRY DATE: AUG 07, 2014@08:50:28
     AUTHOR: TUCK,WILLIAM        EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED


    *** MH VOCATIONAL REHABILITATION PROGRESS NOTE Has ADDENDA ***

Veteran was referred to writer, 7/22, after several absences, and early
departures from his scheduled working hours (CWT/cemetery), by CWT/Mgr, for
supervision, and escort to NAVAHCS lab for drug screening urinalysis. Veteran
appeared extremely agitated, and intimated to writer, several problems he was
having. One such problem he was having, was his inability to produce urine in a
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

ELLSWORTH, JAMES DENNIS JR

Printed at NORTHERN ARIZONA HCS

# Progress Notes

timely manner, for his drug screen. Writer, in the company of the Veteran, waited 1.5 hrs, while Veteran consumed 5 bottles of water.  Veteran was still unable to provide a sample for the drug screening.

Writer then departed lab, with instructions to the Veteran, that his continued participation in this program, hinged on his successful completion of the drug screening, provided results were negative.

Veteran acknowledged understanding, and eventually provided the sample to the lab. Results were negative. Given that Veteran had admitted to Writer that he had recently used illicit drugs, Writer questioned the results of the test. Veteran replied "I had someone take care of it for me". Writer referred this information to VRS acting supervisor, who later, informed CWT/Mgr. CWT/Mgr scheduled secondary drug screen for 8/4, and on that date, Veteran presented to writer, for re-examination.

Writer requested assistance from the H-PACT, and a secondary screening was ordered.  Veteran was escorted to NAVAHCS Lab for additional drug screening via blood draw.  Results still pending this date.

Veteran has not reported for work at his CWT assignment since submitting to the secondary drug screening.  As a result, Veteran is referred to CWT Manager for evaluation and possible discharge.

/es/ WILLIAM TUCK
VOCATIONAL REHAB SPECIALIST
Signed: 08/07/2014 08:56

Receipt Acknowledged By:
08/08/2014 16:25        /es/ DEBORAH S KEHL
                             CWT PROGRAM MANAGER
08/07/2014 09:13        /es/ LACHELE RENEE VOELKEL
                             VOCATIONAL REHABILITATION SPECIALIST

08/08/2014 ADDENDUM              STATUS: COMPLETED
Writer met with Veteran multiple times throughout the past 3 weeks regarding his inability to maintain a steady work schedule, maintain his housing, handle finances, etc.   Veteran continues to make poor decisions that impact his ability to sustain a reasonable lifestyle.

Writer recommended to Veteran that he consider re-entering the Dom, in order to strengthen his sobriety and develop a strong safety network.  Veteran acknowledged understanding.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLSWORTH, JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

Due to Veteran's continued multiple absences at work, despite all efforts to help him succeed, Veteran is discharged from CWT effective 08.05.14.

/es/ DEBORAH S KEHL
CWT PROGRAM MANAGER
Signed: 08/08/2014 16:29

Receipt Acknowledged By:
08/11/2014 07:50          /es/ WILLIAM TUCK
                               VOCATIONAL REHAB SPECIALIST
08/11/2014 09:25          /es/ LACHELE RENEE VOELKEL
                               VOCATIONAL REHABILITATION SPECIALIST

09/02/2014 ADDENDUM                    STATUS: COMPLETED
Completed CWT NEPEC Discharge Report:

VA Facility Name: VA (649) Date Completed:9/2/2014 1:24:54 PM
Veteran's Name: ELLSWORTH,JAMES SSN:

Compensated Work Therapy:
Discharge Form
Discharge Form
  1. Staff Name: VHA18\VHAPRETUCKW
  2. Date form completed: 9-2-2014
  3. Three or Five digit VA Station Code: 649
  4. Date discharge from CWT: 8-5-2014
  5. Veteran capable of competitive employment: Yes
  6. Veteran interested in competitive employment: Yes
  7. Veteran's employment status at time of discharge from CWT:
       a. Full-time paid competitive employment in community:  No
       b. Part-time paid competitive employment in community:  No
       c. VA's Incentive Therapy (IT) or another CWT: No
       d. Unpaid volunteer: No
       e. Student/Trainee: No
       f. Unemployed: Yes
       g. Retired: No
       h. Too ill to work/Disabled: No
       i. Unknown – veteran left program without indicating employment status: No
       j. NISH No
  8. How many weeks has the veteran worked at this job: 0
  9. GAF SCORE: nq
  10. In the last 90 days prior to discharge, what percent of all contacts between
CWT staff and the veteran were...
       a. At a community work site: 0

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

ELLSWORTH,JAMES DENNIS JR

Printed at NORTHERN ARIZONA HCS

# Progress Note

b. At a VA work site: 30
c. In the community, not at a work site: 0
d. At the VA, not at a work site (e.g. CWT staff office): 70
11. In the 90 days prior to discharge:
(a) Competitive Employment paid directly by employer as part of CWT/SE
  1. Days: 0
  2. Hours: 0
  3. Wage: 0.00
  4. Jobs: 0
  5. Reason: Not applicable
Transitional Employment (TE;paid by CWT program)
(bi) Transitional work experience in the community
  1. Days: 0
  2. Hours 0
  3. Wage: 0.00
  4. Jobs: 0
  5. Reason: Not applicable
(bii) Transitional work experience on VA grounds
  1. Days: 60
  2. Hours: 6
  3. Wage: 7.90
  4. Jobs: 3
  5. Reason:  6 - Fired
(c) NISH job (JWOD)
  1. Days: 0
  2. Hours: 0
  3. Wage: 0.00
  4. Jobs: 0
  5. Reason: Not applicable
(d) Sheltered workshop
  1. Days 0
  2. Hours: 0
  3. Wage: 0.00
  4. Jobs: 0
  5. Reason: Not applicable
(e) Incentive Therapy (IT)
  1. Days: 0
  2. Hours: 0
  3. Wage: 0.00
  4. Jobs: 0
  5. Reason: Not applicable
(f) Volunteer work (unpaid)
  1. Days: 0
  2. Hours: 0
  3. Wage: 0.00
  4. Jobs: 0
  5. Reason: Not applicable
(g) Competitive Employment, not through CWT/SE

---

# Progress Notes

1. Days: 0
2. Hours: 0
3. Wage: 0.00
4. Jobs: 0
5. Reason: Not applicable
(h) Number of Days in ANY of the Above
1. Days: 60
2. Hours: 6
(i) Paid or unpaid prevocational assessment or training
1. Days: 0
2. Hours: 0
(j) Attended job clubs, work readiness groups, or other vocational support groups
1. Days: 2
2. Hours: 1
12. Type of Discharge: Involuntary discharge - failure to comply with program requirements
13. Since admission, veteran received and increase in payment or began receiving
for the first time the following:
   a. Service Connected Psychiatry No
   b. Service Connected Other No
   c. NSC Pension No
   d. SSDI No
   e. SSI (Supplemental Security Income) No
   f. Social Security Retirement No
   g. Other disability (e.g. workmen's compensation) No
   h. Other public support (e.g. food stamps, general relief) No
   i. Other Pension/Retirement (e.g. military pension) No
14. Did the veteran give any indication that one factor for deciding to leave the program was a concern that continued participation in employment would jeopardize the amount of any of the benefits listed in the above question? No

15. Veteran's housing status at discharge from CWT: Own apartment, room, or house (including boarding homes, SROs, etc)
16. In the last 30 days, did the veteran drink to the point of intoxication at least once? Yes
17. Has veteran used illicit substances? Yes
18. Changes in the following work areas over the course of the veteran's participation
in CWT:
   a. Personal hygiene/appearance: Deteriorated
   b. Attendance and punctuality: Deteriorated
   c. Acceptance of supervision: Unchanged
   d. Ability to get along with co-workers: Unchanged
   e. Productivity (output volume): Not applicable
   f. Quality of production Not applicable
19. Changes in clinical areas over the course of the veteran's participation

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| ELLSWORTH,JAMES DENNIS JR | |
| ███████████████████ | Printed at NORTHERN ARIZONA HCS |

# Progress Notes

in CWT:
  a. Alcohol problems: Deteriorated
  b. Drug problems: Deteriorated
  c. Mental problems: Deteriorated
  d. Medical problems: Deteriorated
20. After discharge, the following follow-up treatment will be received:
  a. no arrangements were made at the time of last contact: No
  b. VA psychiatry: Yes
  c. VA substance abuse: No
  d. VA primary care/medical treatment:  Yes
  e. Continued vocational support by CWT staff: Yes
  f. Continued vocational support by a non-VHA program: No
  g. Non-VA mental health program: No
  h. Non-VA substance abuse program: No
  i. Non-VA primary care/medical treatment: No
  j. Other: No
21. During his/her participation in CWT, did the veteran work on a Veterans
Construction Team? No
22. Was this veteran enrolled in Mental Health Intensive Case Management
(MHICM)
at any time during the past 90 days? No
23. Was this veteran receiving formal supported employment (CWT/SE) services
from a SE VRS/employment specialist at any time during the past 90 days? (Do
not include HVSEP.) No


/es/ WILLIAM TUCK
VOCATIONAL REHAB SPECIALIST
Signed: 09/02/2014 11:29


 LOCAL TITLE: MH PSYCHIATRY NP PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NURSE PRACTITIONER NOTE
DATE OF NOTE: AUG 04, 2014@08:19    ENTRY DATE: AUG 04, 2014@08:19:12
    AUTHOR: HOLLINGSWORTH,ELEAN  EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED

TREATMENT THIS VISIT: Pt seen in crisis walkin due to escalating psychosis

The patient was seen for a minimum of 45 minutes.

DIAGNOSES AND PROBLEMS TREATED THIS VISIT: Hx of Social Phobia; Psychosis
Unspecified; Mood DO Unspecified

SIGNIFICANT ISSUES/SYMPTOMS/PROBLEMS: Mr. Ellsworth at the suggestion of Suzanne
Ball, Caregiver Support Coordinator.  He has not taken his psychiatric

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH,JAMES DENNIS JR

VISTA Electronic Medical Documentation

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

medicatios since December 2013.  He was seeing Dr. Ruekberg before the
psychiatrist left the VA.

He is asking today to restart his medications and to be restarted on his
medications.  He will also be reassigned to a new psych provider.

Pt's current symptoms are: significant paranoia, delusional thinking that others
are talking about/laughing about him.  He also has auditory hallucinations which
he does not elaborate about.  He has difficulty falling and staying asleep.

He also has variable moods and says that he gets very irritable.  Reports racing
thoughts, verbally aggressive and occasionally punching something but not doing
too much property damage.

Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ALOH/MGOH/SIMTH XTRA STRENGTH SUSP TAKE 2 TABLESPOONFULS BY MOUTH THREE TIMES A DAY BEFORE MEALS AS NEEDED FOR STOMACH | ACTIVE |
| 2) | BENZONATATE 100MG CAP TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY AS NEEDED FOR COUGH ** DO NOT CHEW CAPSULE, SWALLOW WHOLE ** | ACTIVE |
| 3) | DOXEPIN HCL 25MG CAP TAKE 1 TO 2 CAPSULES BY MOUTH AT BEDTIME | ACTIVE |
| 4) | HydrOXYzine PAMOATE 50MG CAP TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP | ACTIVE |
| 5) | IPRAtropium/ALBUTerol 120D SPRAY INHALER INHALE 1 PUFF BY MOUTH FOUR TIMES A DAY AS NEEDED FOR SHORTNESS OF BREATH | ACTIVE |
| 6) | LISINOPRIL 10MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE | ACTIVE |
| 7) | LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE THAN 8 CAPSULES IN 24 HOURS ** | ACTIVE |
| 8) | OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY BEFORE BREAKFAST | ACTIVE |
| 9) | PSYLLIUM ORAL PWD TAKE 1 TABLESPOONFUL BY MOUTH EVERY DAY (MIXED WITH LIQUID AS DIRECTED) | ACTIVE (S) |
| 10) | RISPERIDONE 2MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME | ACTIVE |

| | Pending Outpatient Medications | Status |
|---|---|---|
| 1) | DOXEPIN HCL 25MG CAP TAKE 1 TO 2 CAPSULES BY MOUTH AT BEDTIME | PENDING |
| 2) | HydrOXYzine PAMOATE 50MG CAP TAKE ONE CAPSULE BY | PENDING |

# Progress Notes

3)    MOUTH AT BEDTIME AS NEEDED FOR SLEEP
      LITHIUM CARBONATE 300MG CAP TAKE ONE CAPSULE BY MOUTH    PENDING
      AT BEDTIME FOR MOOD
4)    RISPERIDONE 2MG TAB TAKE ONE-HALF TABLET BY MOUTH AT      PENDING
      BEDTIME

14 Total Medications

RELEVANT MENTAL STATUS AND OTHER OBJECTIVE FINDINGS:
Mr. Ellsworth is alert and oriented x 3. Variable eye contact. He is pleasant
and cooperative. No hypomotor or abnormal movements noted. The patient reports
his mood as "anxious, a little irritable". Affect is neutral in quality, normal
intensity, appropriate, related, reactive, and stable. Speech is normal in tone,
rhythm, rate, and volume. Thought process is coherent, logical and goal
directed. No formal thought disorder noted today. He reports delusions when
going into a restaurant and believes that people are talking about him. No
auditory or visual hallucinations reported today. Significant paranoia noted.
Insight and judgment are fair at best. Cognition grossly intact but not formally
tested.

Suicide prevention discussed with Mr. Ellsworth and resources provided. He was
advised to call earlier, come as a walk-in, call 911 or hotline or go directly
to the ED in case of symptoms getting worse.

Discussed with patient the risks and benefits of informing vs. not informing a
Health Professional if he is experiencing or feeling SI, HI, AH, or VH..
Veteran verbalized understanding above information and states he will
immediately look for help in case of having disruptive/suicidal types of
thoughts and/or wanting to take action on any of these experiences. Veteran is
evaluated as fully capable to understand the information presented above and he
demonstrated insight in understanding the risk vs. benefits related to his
choice on how to respond to disruptive/suicidal thoughts.

ASSESSMENT:
Psychotic DO Unspecified
Social Phobia
Mood DO Unspecified


PLAN:
 (include follow-up plan and, when appropriate, changes in medications,
 changes in other interventions or other parts of the treatment plan,
 referrals, lab tests ordered)
-Medications reconciled
-Restart Hydroxyzine 50 mg at bedtime as needed for insomnia. Side effects
discussed including deep sleep, uncoordination, and dizziness as well as
hypotension, tinnitis, and headaches. Gastrointestinal effects were also
discussed as well as less serious effects such as dryness of the mouth and

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

ELLSWORTH,JAMES DENNIS JR

Printed at NORTHERN ARIZONA HCS

# Progress Notes

constipation caused by antimuscarinic properties of hydroxyzine. Veteran voices
understanding and gives verbal consent.
-Restart Doxepin 25 mg one to two tabs at bedtime as needed for insomnia.  Side
effects discussed including risk of overdose, arrhythmias, and cholinergic
symptoms. Veteran advised to take medication exactly as prescribed and to inform
providers immediately about any side effects or new symptoms. Due to numerous
medication interactions with TCAs, veteran was advised to always inform other
providers he takes TCA and consult with MH in case if any new medication is to
be started. Veteran voiced informed consent.
-Restart Lithium 300 mg at bedtime.  Side effects discussed including risk of
overdose due to narrow therapeutic window. Risk of renal and thyroid problems
discussed. Possibility of hand tremor, dizziness, weight gain, hair loss and
somnolence discussed. Warning signs and symptoms of toxicity discussed and
veteran instructed to contact providers immediately if they appear. Importance
of good hydration discussed. Warned about using NSAIDs with lithium. Importance
of compliance with medications and blood tests underscored. Veteran voiced
informed consent.
-Have reassigned Mr. Ellsworth to Ms. Malone, APRN,PSYNP.  Appt made.
   Alcohol Use Screen (AUDIT-C):
      SCREEN FOR ALCOHOL (AUDIT-C)
      An alcohol screening test (AUDIT-C) was negative (score=2).

      1. How often did you have a drink containing alcohol in the past
      year?
      Two to four times a month

      2. How many drinks containing alcohol did you have on a typical day
      when you were drinking in the past year?
      1 or 2

      3. How often did you have six or more drinks on one occasion in the
      past year?
      Never
   Atypical Antipsychotic-MD/NP/PA:
      ELLSWORTH,JAMES DENNIS JR is a [REDACTED] old MALE veteran who
      presented for care on
      Veteran reports having the following symptoms: Pt has just restarted
      the 1mg of Risperidone.  Will need to monitor for EPS and  TDK.
      Labs tomorrow


      EXAMINATION:

      Blood pressure
      3/31/2014@14:23:27        BLOOD PRESSURE: 138/93
      3/31/2014@14:16:31        BLOOD PRESSURE: 149/93
      2/24/2014@14:05:44        BLOOD PRESSURE: 125/93
      2/3/2014@16:48:19         BLOOD PRESSURE: 136/90

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

ELLSWORTH,JAMES DENNIS JR

P O BOX 9059

# Progress Notes

```
12/10/2013@14:27:32      BLOOD PRESSURE: 131/86

Weight
3/31/2014@14:16:31       WEIGHT: 194.6 lb. ( 88.5 kg.)
12/10/2013@14:27:32      WEIGHT: 210 lb. ( 95.5 kg.)
11/2/2013@09:29:27       WEIGHT: 204 lb. ( 92.7 kg.)

Height 66 in [167.6 cm] (12/10/2013 14:27)

BMI
BODY MASS INDEX
   31.5 (MAR 31, 2014@14:16:31)
   34.0 (DEC 10, 2013@14:27:32)
   32.0 (NOV 02, 2013@09:29:27)
   32.8 (OCT 01, 2013@15:23:03)
   33.8 (AUG 31, 2013@13:53:02)

Most Recent Lab Results:
GLUCOSE                   3/27/14 13:57    83
                          9/17/13 10:13    109
                          8/5/13 09:53     79
                          5/8/13 20:46     93
                          10/4/12 08:00    87


HEMOGLOBIN A1c - NONE FOUND
HEMOGLOBIN A1C            3/27/14 13:57    5.2
                         8/5/13 09:53      5.3
```

```
LIPID Coll. date        CholesteTriglyceDirect HLDL Calc
3/27/14 13:57           163     139     30     105
8/5/13 09:53            187     255 H   26 L   110
5/31/12 09:02           189     197 H   42     108
```
     See orders tab for any orders that may have been placed.
PATIENT EDUCATION:
The patient was educated about the risks and benefits of treatment
with antipsychotic medications.  The risks discussed include the
risk of abnormal involuntary movements of the mouth, face, hands,
and feet.

In addition, we discussed the risks of a metabolic-type syndrome
with the use of the atypical antipsychotic class of medicines
which are less likely to cause movements, although they sometimes
can occur. These other risks include possible weight gain,
elevations in blood sugar and blood pressure, and an increase in
cholesterol and lipids.  In addition, we discussed that some

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH,JAMES DENNIS JR

VISTA Electronic Medical Documentation

Printed at NORTHERN ARIZONA HCS

# Progress Notes

patients even develop diabetes.  Patient was given an opportunity
to ask questions.  Patient indicated an understanding of these
risks and benefits and chose to proceed with the use of this
atypical antipsychotic medication.


/es/ ELEANOR L HOLLINGSWORTH, MS,APRN,PSY.NP
PSYCHIATRIC,MENTAL HEALTH NURSE PRACTITIONER
Signed: 08/04/2014 11:30

---

LOCAL TITLE: CAREGIVER PROGRAM SUPPORT NOTE
STANDARD TITLE: CAREGIVER CERTIFICATE
DATE OF NOTE: AUG 01, 2014@06:49     ENTRY DATE: AUG 01, 2014@06:49:50
        AUTHOR: BALL,SUZANNE S      EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

Received application for the cg program with ROI's, sent copies to scanning for
upload into CPRS. pending dd 214. caregiver cert completed. Will create contact
in CAT.

/es/ SUZANNE S BALL RN
CAREGIVER SUPPORT COORDINATOR
Signed: 08/01/2014 06:50

---

LOCAL TITLE: CAREGIVER PROGRAM SUPPORT NOTE
STANDARD TITLE: CAREGIVER CERTIFICATE
DATE OF NOTE: JUL 29, 2014@09:39     ENTRY DATE: JUL 29, 2014@09:39:47
        AUTHOR: BALL,SUZANNE S      EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

Vet came to this writers office and wanted info on the cg program. Gave
application to veteran and discussed the program. Will work on enrolling into
program upon receipt of application packet.

/es/ SUZANNE S BALL RN
CAREGIVER SUPPORT COORDINATOR
Signed: 07/29/2014 09:40

---

LOCAL TITLE: OPTOMETRY
STANDARD TITLE: OPTOMETRY NOTE
DATE OF NOTE: JUL 08, 2014@13:53     ENTRY DATE: JUL 08, 2014@13:53:43
        AUTHOR: WILKINS,COURT R     EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED


HISTORY:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH,JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

/es/ SHARON A HUGGETT
SURGERY SECRETARY
Signed: 12/17/2013 13:47

LOCAL TITLE: MH PSYCHIATRY NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: DEC 10, 2013@14:38      ENTRY DATE: DEC 10, 2013@14:38:28
      AUTHOR: RUEKBERG,BRUCE M      EXP COSIGNER:
      URGENCY:                             STATUS: COMPLETED

T: 97.7 F [36.5 C] (12/10/2013 14:27)
P: 90 (12/10/2013 14:27)
R: 18 (12/10/2013 14:27)
BP: 131/86 (12/10/2013 14:27)
Ht:66 in [167.6 cm] (12/10/2013 14:27)
Wt: 210 lb [95.5 kg] (12/10/2013 14:27) BMI:
Pain:0 (12/07/2013 08:57)
11/2/2013@09:29:27      PULSE OXIMETRY: 97
   Qualifier: ROOM AIR
   Supplemental O2:
TREATMENT THIS VISIT:


The patient was seen for a minimum of  minutes.

DIAGNOSES AND PROBLEMS TREATED THIS VISIT:


SIGNIFICANT ISSUES/SYMPTOMS/PROBLEMS:
Vet reports living at US vets working 30hours. denies alcohol or ilicit drug
use. he reorts anticipatory and social anxiety symptoms. Mood is stable and
sleep improved. No prolonged depressed mood, agitation, or hypomanic SX.
When he is in new environment feels people are talking about him or laughing
about him

Active Outpatient Medications (including Supplies):

      Active Outpatient Medications                      Status
=========================================================================

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

ELLSWORTH, JAMES DENNIS JR

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

1)  ALOH/MGOH/SIMTH XTRA STRENGTH SUSP TAKE 2          ACTIVE
    TABLESPOONFULS BY MOUTH THREE TIMES A DAY BEFORE
    MEALS AS NEEDED FOR STOMACH
2)  DOXEPIN HCL 25MG CAP TAKE 1 TO 2 CAPSULES BY MOUTH AT   ACTIVE
    BEDTIME
3)  HydrOXYzine PAMOATE 50MG CAP TAKE ONE CAPSULE BY       ACTIVE
    MOUTH AT BEDTIME AS NEEDED FOR SLEEP
4)  LEVOTHYROXINE NA (SYNTHROID) 0.025MG TAB TAKE ONE      ACTIVE
    TABLET BY MOUTH EVERY DAY BEFORE BREAKFAST FOR
    THYROID
5)  LOPERAMIDE HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
    EVERY DAY AS NEEDED FOR CHRONIC DIARRHEA ** NO MORE
    THAN 8 CAPSULES IN 24 HOURS **
6)  OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH       ACTIVE
    EVERY DAY BEFORE BREAKFAST
7)  PSYLLIUM ORAL PWD TAKE 1 TABLESPOONFUL BY MOUTH EVERY  ACTIVE (S)
    DAY (MIXED WITH LIQUID AS DIRECTED)
8)  RISPERIDONE 2MG TAB TAKE ONE-HALF TABLET BY MOUTH AT   ACTIVE
    BEDTIME

Report Released Date/Time: Sep 22, 2013@12:01
Provider: VEDDA,ROSEMARIE A
    Specimen: URINE RANDOM.          TRI 0922 19
       Specimen Collection Date: Sep 21, 2013@15:15

| Test name | Result | units | Ref.  range | Site Code |
|-----------|--------|-------|-------------|-----------|
| URINE AMPH/METHAMPH | NEG | | NEG CUTOFF - 1000 ng/mL | [649] |
| URINE BARB | NEG | | NEG CUTOFF - <300 ng/mL | [649] |
| URINE BENZO | NEG | | NEG CUTOFF - <300 ng/mL | [649] |
| URINE COC | NEG | | NEG CUTOFF - <300 ng/mL | [649] |
| URINE MTD | NEG | | NEG CUTOFF - <300 ng/mL | [649] |
| URINE OPI | NEG | | NEG CUTOFF - <300 ng/mL | [649] |
| URINE TCA | POS | | NEG CUTOFF - <1000 ng/mL | [649] |
| URINE THC | NEG | | NEG CUTOFF - 50 ng/mL | [649] |

Comment: Tox results are unconfirmed and are to be used for medical purposes.
         Specimens are held 7 days if confirmatory testing is requested.
=================================================================================

Report Released Date/Time: Sep 17, 2013@15:50
Provider: RUEKBERG,BRUCE M
    Specimen: PLASMA.          CH 0917 223

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

ELLSWORTH,JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

Printed On Oct 09, 2014

Specimen Collection Date: Sep 17, 2013@10:13

| Test name | Result | units | Ref.   range | Site Code |
|---|---|---|---|---|
| SODIUM | 138 | mmol/L | 137 - 144 | [649] |
| POTASSIUM | 4.1 | mmol/L | 3.5 - 5.0 | [649] |
| CHLORIDE | 104 | mmol/L | 101 - 110 | [649] |
| CO2 | 24 | mmol/L | 21 - 32 | [649] |
| ANION GAP | 10 | mmol/L | 8 - 16 | [649] |
| GLUCOSE | 109 | mg/dL | 70 - 109 | [649] |
| BUN | 14 | mg/dL | 8 - 25 | [649] |
| CREATININE | 1.3 | mg/dL | .7 - 1.3 | [649] |
| EGFR | >60 | | | [649] |

Eval: eGFR = estimated Glomerular Filtration Rate.
Eval: eGFR uses the four-variable MDRD equation:
Eval:    $175 \times (Pcr)^{-1.154} \times (Age)^{-0.203} \times (0.742$ if female)
Eval:    $x$ (1.21 if African American).
Eval:    Pcr=Serum Creatinine in mg/dL.
Eval:
Eval: Effective 02/26/2013:
Eval:    eGFR Interpretive Data
Eval:    60 - 30 mL/min = Mild renal disease (Stage III)
Eval:    30 - 15 mL/min = Moderate renal disease (Stage IV)
Eval:        <15 mL/min = Severe renal disease (Stage V)
Eval:
Eval: Prior to 02/26/2013:
Eval:    eGFR results >60 are imprecise as many variables influence the
Eval:    calculation. eGFR results >60 must be monitored and interpreted
over
Eval:    time.

| CALCIUM | 9.9 | mg/dL | 8.8 - 10.4 | [649] |
| TSH (WITH REFLEX) FREE T4 | 7.02 H | uIU/mL | 0.35 - 4.94 | [649] |
| FREE T4 | 0.87 | ng/dL | 0.70 - 1.48 | [649] |

=========================================================================

Report Released Date/Time: Sep 17, 2013@16:57
Provider: RUEKBERG,BRUCE M
  Specimen: SERUM.        CH 0917 222
    Specimen Collection Date: Sep 17, 2013@10:13

| Test name | Result | units | Ref.   range | Site Code |
|---|---|---|---|---|
| LITHIUM | 0.79 | mmol/L | 0.5 - 1.2 | [649] |

Comment: ~For Test: LITHIUM
         ~Last dose: 09/16/13 22:00   draw time:
=========================================================================

Report Released Date/Time: Aug 05, 2013@13:30
Provider: REID-MCKEE,CATHERINE N
  Specimen: WHOLE BLOOD.    CH 0805 250

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH, JAMES DENNIS JR

VISTA Electronic Medical Documentation

Printed at NORTHERN ARIZONA HCS

# Progress Notes

```
     Specimen Collection Date: Aug 05, 2013@09:53
     Test name              Result   units    Ref.    range   Site Code
HEMOGLOBIN A1C              5.3       %       4.0 - 6.0        [649]
     Eval: American Diabetes Association goal is <7%.
```
==============================================================================

```
Atypical Antipsychotic-MD/NP/PA:
     ELLSWORTH,JAMES DENNIS JR is a ████ year old MALE veteran who
presented for care on 12/10/13 14:30.
     Veteran reports having the following symptoms: bpad


     EXAMINATION:

     Blood pressure
     12/10/2013@14:27:32    BLOOD PRESSURE: 131/86
     12/7/2013@08:57:01     BLOOD PRESSURE: 125/91
     11/2/2013@09:29:27     BLOOD PRESSURE: 137/92
     10/11/2013@13:29:35    BLOOD PRESSURE: 126/88
     10/7/2013@10:45:15     BLOOD PRESSURE: 120/83


     Weight
     12/10/2013@14:27:32    WEIGHT: 210 lb. ( 95.5 kg.)
     11/2/2013@09:29:27     WEIGHT: 204 lb. ( 92.7 kg.)
     10/1/2013@15:23:03     WEIGHT: 209 lb. ( 95.0 kg.)

     Height 66 in [167.6 cm] (12/10/2013 14:27)

     BMI
     BODY MASS INDEX
         34.0 (DEC 10, 2013@14:27:32)
         33.0 (NOV 02, 2013@09:29:27)
         32.8 (OCT 01, 2013@15:23:03)
         33.8 (AUG 31, 2013@13:53:02)
         33.8 (AUG 31, 2013@12:20:51)


     Most Recent Lab Results:
     GLUCOSE                9/17/13 10:13     109
                            8/5/13 09:53       79
                            5/8/13 20:46       93
                            10/4/12 08:00      87
                            8/4/12 23:18       97


     HEMOGLOBIN A1C         8/5/13 09:53      5.3
```

---

# Progress Notes

| LIPID Coll. date | Choleste | Triglyce | Direct | HLDL | Calc |
|---|---|---|---|---|---|
| 8/5/13 09:53 | 187 | 255 H | 26 L | | 110 |
| 5/31/12 09:02 | 189 | 197 H | 42 | | 108 |

PATIENT EDUCATION:
The patient was educated about the risks and benefits of treatment
with antipsychotic medications.  The risks discussed include the
risk of abnormal involuntary movements of the mouth, face, hands,
and feet.

In addition, we discussed the risks of a metabolic-type syndrome
with the use of the atypical antipsychotic class of medicines
which are less likely to cause movements, although they sometimes
can occur. These other risks include possible weight gain,
elevations in blood sugar and blood pressure, and an increase in
cholesterol and lipids.  In addition, we discussed that some
patients even develop diabetes.  Patient was given an opportunity
to ask questions.  Patient indicated an understanding of these
risks and benefits and chose to proceed with the use of this
atypical antipsychotic medication.


RELEVANT MENTAL STATUS AND OTHER OBJECTIVE FINDINGS:
████ear old cooperative, multiple tatoos,polite,anxious, spontaneous, speech
normal rate, volume and prosody, Mood Anxious, affect, congruent good
range and reactivity,  Cog: oriented X3 TP: organized and goal directed, TC:
without SI, HI, SDV,
perception: No hallucination, mild paranoia in social situations


ASSESSMENT:
BPAD,NOS
Anxiety disorder,  NOS
Cocaine, bath salts and Adderall dependency
Antisocial personality disorder
History of stimulent induced psychosis
High TSH likely secondary to Lithium

PLAN:

Continue Risperidal 1MG q HS
Continue Lithium, Doxepin
F/U with me in 3 weeks or sooner PRN
Recheck TSH, chem screen and lithium level.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH, JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS

# Progress Notes

/es/ BRUCE M RUEKBERG
PSYCHIATRIST
Signed: 12/14/2013 12:42

LOCAL TITLE: MH TELEPHONE NOTE
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: DEC 09, 2013@09:37    ENTRY DATE: DEC 09, 2013@09:37:20
    AUTHOR: CAMERON,SANDIE L    EXP COSIGNER:
    URGENCY:                    STATUS: COMPLETED

    *** MH TELEPHONE NOTE Has ADDENDA ***

Follow up call

I called this Veteran at phone# NO PHONE CURRENTLY LIVING IN US VETS LEFT
MESSAGE WITH CASEMANAGER FOR FOLLOW UP
The Veteran shared the following:
I am in safe housing    ___X____Yes    _____No
I am following my discharge plan:
I am not following my discharge plan:
I have had following up appts:
Talked with Veteran about MyHealtheVet.
The Veteran gave no indication of any immediate distress.


/es/ SANDIE L CAMERON
HEALTH CARE TECHNICIAN
Signed: 12/09/2013 09:38

12/09/2013 ADDENDUM                STATUS: COMPLETED
US VETS RETURN MY CALL AND STATED VETERAN IS DOING WELL. HAS HAD F/U APPTS.

/es/ SANDIE L CAMERON
HEALTH CARE TECHNICIAN
Signed: 12/09/2013 11:07


LOCAL TITLE: IV INSERTION
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: DEC 07, 2013@11:33    ENTRY DATE: DEC 07, 2013@11:33:13
    AUTHOR: CARLSON,ROXANNE L    EXP COSIGNER:
    URGENCY:                    STATUS: COMPLETED

IV Insertion
Location: Left
  Hand, second attempt
Gauge: 22

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

ELLSWORTH,JAMES DENNIS JR

**VISTA Electronic Medical Documentation**

Printed at NORTHERN ARIZONA HCS